**Ethan Levi**, OSB No. 994255
Email: ethan@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241
Facsimile: (971) 544-7092

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON<br><br>Plaintiffs,<br><br>vs.<br><br>DELORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, PATRICK ALLEN, Director of the Oregon Health Authority,<br><br>Defendant. | Case No. 3:21-cv-01637<br><br>**DECLARATION OF JAROD BOWMAN** |

I, Jarod Bowman, make the following declaration under the penalty of perjury, based on my own personal knowledge, and pursuant to 28 U.S.C. § 1746:

1. I am currently incarcerated at the Multnomah County Detention Center.

2. On March 10, 2021, Judge Nan Waller found me guilty except for insanity on Case No 19CR81195 and committed me to the jurisdiction of the Psychiatric Security Review

DECLARATION OF JAROD BOWMAN - 1

**Levi Merrithew Horst PC**
610 SW Alder St. Suite 415
Portland, OR 97205
T: 971.229.1241 | F: 971.544.7092

Board and ordered that I be transported to the Oregon State Hospital for custody, care, and treatment "without unreasonable delay."

3. At first I thought I would be transported to the Oregon State Hospital within 10 days of my commitment.

4. After 10 days, I was not transported to the Oregon State Hospital.

5. Then, I thought that it may take 90 days for me to be transported to the Oregon State Hospital because that is the date the Psychiatric Security Review Board must hold its first hearing about whether I should be conditionally released or discharged under ORS 161.341(6)(a).

6. After 90 days of my commitment, I was not transported to the Oregon State Hospital.

7. Then in June, 2021 my lawyer, Peyton Lee filed a contempt action because I had not been transported to the Oregon State Hospital.

8. At the contempt hearing held in July, Mr. Wehr, a witness for the Oregon State Hospital testified that beds would be available for my admission on or before October 1, 2021.

9. On September 22, 2021 Judge Waller found the Oregon State Hospital in Contempt for not admitting me and having me transported there. Judge Waller ordered the Oregon State Hospital to transport and admit me to the Oregon State Hospital within seven days of her judgment. She also ordered that the Oregon State Hospital deposit $100 per day into a trust fund with the Multnomah County Sheriff for each day that I remained in the custody of the Multnomah County Sheriff.

10. On October 1, 2021, my lawyer, Peyton Lee filed another contempt action because I still had not been transported to the Oregon State Hospital. The hearing on that contempt action was held on October 13, 2021.

11. At the October 13, 2021 contempt hearing Mr. Wehr, testified for the Oregon State Hospital and said that I would be admitted to the Oregon State Hospital in November 2021.

12. On October 22, 2021, Judge Waller again found the Oregon State Hospital in Contempt. Judge Waller ordered me transported within five days of October 13, 2021 and ordered the Oregon State Hospital to deposit $2,500 a day in a Trust Fund with the Multnomah County Sheriff for each day that I remained in the custody of the Multnomah County Sheriff.

13. To date, I have not been transported to the Oregon State Hospital.

14. I have been and remain a prisoner, jailed in the Multnomah County Detention Center despite being adjudicated "guilty except for insanity" and placed in the jurisdiction of the Psychiatric Security Review Board and ordered placed at the Oregon State Hospital.

15. Apart from medication, I have not received any treatment for my qualifying mental disorder.

16. Since being placed under the jurisdiction of the Psychiatric Security Review Board (PSRB), I have never once met with a single employee or agent of the PSRB.

17. As a result of the state's failure to transport me to the Oregon State Hospital, my mental health symptoms have increased.

18. I am presently in disciplinary segregation because I got into a fight in response to my mental health symptoms.

19. Because of my mental health symptoms and allegations of danger made by the Multnomah County Sheriff, the judge has ordered that I appear in leg restraints and belly chains for court appearances.

20. The Oregon State Hospital remains in contempt of court for failing to admit and transport me to the Oregon State Hospital. It is also my understanding that it has not made a single payment as ordered by Judge Waller as a sanction for its contempt.

DATED this 4th day of November, 2021.

By: _____