ELLEN F. ROSENBLUM
Attorney General
CARLA A. SCOTT #054725
Senior Assistant Attorney General
SHEILA H. POTTER #993485
Deputy Chief Trial Counsel
CRAIG M. JOHNSON #080902
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.state.or.us
        Sheila.Potter@doj.state.or.us
        Craig.M.Johnson@doj.state.or.us

Attorneys for Defendants Patrick Allen and Dolores Matteucci

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON, <br><br> Plaintiffs, <br><br> v. <br><br> PATRICK ALLEN, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital, <br><br> Defendants. | Case No.  3:02-cv-00339-MO (Lead Case) <br> Case No.  3:21-cv-01637-MO (Member Case) <br><br> ORDER ON JOINT STIPULATION TO CONTINUE APPOINTMENT OF NEUTRAL EXPERT |

JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,

              Plaintiffs,

          v.

DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, PATRICK ALLEN, Director of the Oregon Health Authority, in his individual and official capacity,

              Defendants.

Case No.  3:21-cv-01637-MO (Member Case)

This matter comes before me on the parties' Joint Stipulation to Continue Appointment of Neutral Expert.  Accordingly, consistent with the parties' stipulation and agreement:

    1.     Dr. Pinals shall remain as the independent expert managing ongoing discussions between the Plaintiffs and the Defendants and monitoring compliance with the recommendations set forth in the reports she has submitted to this Court. She will continue in this role as long as she assents, until Aid & Assist and GEI patients have been timely admitted to the Oregon State Hospital for a period of three months.  For purposes of this paragraph, timely admission means within seven days of a state-court order delivered to OSH ordering a person's admission.

    2.     If needed, OHA will extend its contract with Dr. Pinals and will provide for her payment for the work involved.

    3.     OSH and OHA will continue to provide monthly progress reports on the third of each month to Dr. Pinals and the Plaintiffs regarding steps taken to achieve compliance, barriers to compliance, and status of achieving the next benchmark(s).

    4.     Beginning on September 7, 2022, Dr. Pinals will provide brief quarterly reports to update the Court regarding compliance status and any needed additional recommendations to address any barriers to achieving compliance.

    5.     Unless they otherwise agree, communications between the parties and Dr. Pinals that precede her reports submitted to this Court shall be considered and treated as confidential in furtherance of settlement negotiations.

6.    Case No. 3:21-cv-01637-MO shall remain stayed at least until February 14, 2023, which is the last benchmark date included in Dr. Pinals' second report (dated June 5, 2022) to this Court.

7.    All relevant terms from this Court's initial order appointing neutral expert (ECF No. 240) shall remain in effect.

DATED: 7 June 2022

_____
HONORABLE MICHAEL W. MOSMAN
U. S. District Court Judge

Submitted by: Carla A. Scott
Senior Assistant Attorney General
Attorneys for Defendants