**Eric J. Neiman, OSB #823513**
Eric.Neiman@lewisbrisbois.com
**Emma P. Pelkey, OSB #144029**
Emma.Pelkey@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800

**Thomas R. Johnson, OSB #010645**
Tom.Johnson@stoel.com
STOEL RIVES LLP
730 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.294.9466

**Alex Van Rysselberghe, OSB #174836**
AVanRysselberghe@perkinscoie.com
PERKINS COIE, LLP
1120 NW Couch 10th Floor
Portland, OR 97209
Telephone: 503.727.2000

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDERS INCORPORATED, and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority, DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>Defendants,<br><br>and | Case No. 3:02-cv-00339-MO (Lead Case)<br>Case No. 3:21-cv-01637-MO (Member Case)<br>Case No. 6:22-CV-01460-MC (Member Case)<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT**<br><br>**Pursuant to LR 7-2(b)** |

4879-6514-6677.1

PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

STOEL RIVES LLP
760 SW Ninth Ave, Suite 3000
Portland, Oregon 97205
Phone: +1.503.224.3380 • Fax: +1.503.220.2480

160312247.1

| | |
|---|---|
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH, LEGACY HEALTH SYSTEM, PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES – OREGON,<br><br>        Intervenors. | |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>        Plaintiffs,<br><br>        v.<br><br>DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, PATRICK ALLEN, Director of the Oregon Health Authority, in his individual and official capacity,<br><br>        Defendants,<br><br>        and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH LEGACY HEALTH SYSTEM, PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES,<br><br>        Intervenors. | Case No. 3:21-cv-01637-MO (Member Case) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES OREGON,<br><br>        Plaintiffs,<br><br>        v.<br><br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority,<br><br>        Defendant. | Case No. 6:22-CV-01460-MC (Member Case) |

4879-6514-6677.1

PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

STOEL RIVES LLP
760 SW Ninth Ave, Suite 3000
Portland, Oregon 97205
Phone: +1.503.224.3380 • Fax: +1.503.220.2480

160312247.1

## I.     LOCAL RULE 7-1 CERTIFICATION

Pursuant to LR 7-1(b), Plaintiffs Legacy Emanuel Hospital & Health Center d/b/a Unity Center for Behavioral Health, Legacy Health System, PeaceHealth, and Providence Health & Services – Oregon, and St. Charles Health System ("Plaintiffs") certify that counsel for Plaintiffs have conferred in good faith with counsel for Defendant regarding the relief requested in this Motion. Defendant does not oppose the motion.

## II.     MOTION

Pursuant to Local Rule 7-2(b)[1], Plaintiffs respectfully move the Court to enlarge the page limit for their Opposition to Defendant's Motion to Dismiss by seven pages, from 35 to 42 pages. Plaintiffs' Opposition is due Thursday, January 26, 2023.

Plaintiffs require an additional seven pages to respond thoroughly and sufficiently to each argument raised in Defendant's Motion to Dismiss. Defendant raises over a dozen general arguments for why this Court should dismiss some or all of Plaintiffs' claims, and many of those general argument contain multiple sub-arguments. Several arguments could be found by the Court to be dispositive of at least one of Plaintiffs' claims. Accordingly, Plaintiffs require seven additional pages to be heard sufficiently on each argument and to provide the Court with helpful analysis.

For the foregoing reasons, as well as the fact that this motion is unopposed, Plaintiffs respectfully request that the Court grant leave to exceed the page limit set forth in LR 7-2(b) by seven pages.

---

[1] LR 7-2(b) provides that, without prior approval from the Court, memoranda in support of non-discovery motions cannot exceed 11,000 words (exclusive of the caption, table of contents, table of authorities, signature block, exhibits, and certificates of counsel) or, in the alternative, 35 pages.

4879-6514-6677.1

| INTERVENORS UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT - 1 | **LEWIS BRISBOIS BISGAARD & SMITH** LLP 888 SW Fifth Avenue, Suite 900 Portland, Oregon 97204-2025 Telephone: 971.712.2800 • Fax 971.712.2801 | **STOEL RIVES** LLP 760 SW Ninth Ave, Suite 3000 Portland, Oregon 97205 Phone: +1.503.224.3380 • Fax: +1.503.220.2480 |

160312247.1

| | |
|---|---|
| DATED: January 26, 2023 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By: *s/ Eric J. Neiman*
Eric J. Neiman, OSB #823513
Emma P. Pelkey, OSB #144029
Telephone: 971.712.2800
Facsimile: 971.712.2801

STOEL RIVES, LLP

By: *s/ Thomas R. Johnson*
Thomas R. Johnson, OSB #010645
Telephone: 503.224.3380
Facsimile: 503.220.2480

*Attorneys for Plaintiffs*

4879-6514-6677.1

| INTERVENORS UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT - 2 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>888 SW Fifth Avenue, Suite 900<br>Portland, Oregon 97204-2025<br>Telephone: 971.712.2800 • Fax 971.712.2801 | **STOEL RIVES LLP**<br>760 SW Ninth Ave, Suite 3000<br>Portland, Oregon 97205<br>Phone: +1.503.224.3380 • Fax: +1.503.220.2480 |
|---|---|---|

160312247.1