THOMAS R. JOHNSON, OSB No. 010645
tom.johnson@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

ERIC J. NEIMAN, OSB No. 823513
eric.neiman@lewisbrisbois.com
EMMA P. PELKEY, OSB No. 144029
emma.pelkey@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

*Attorneys for Intervenors and Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON2022

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDERS INCORPORATED, and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority, DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>Defendants,<br><br>and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH, LEGACY HEALTH SYSTEM, PEACEHEALTH, and | Case No. 3:02-cv-00339-MO (Lead Case)<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

Page 1 – NOTICE OF SUBSTITUTION OF COUNSEL
118418916.1 0080339-00001

| | |
|---|---|
| PROVIDENCE HEALTH & SERVICES – OREGON,<br><br>  Intervenors. | |
| METROPOLITAN PUBLIC DEFENDERS INCORPORATED, JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>  Plaintiffs,<br><br>  v.<br><br>DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, PATRICK ALLEN, Director of the Oregon Health Authority, in his individual and official capacity,<br><br>  Defendants,<br><br>  and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH LEGACY HEALTH SYSTEM, PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES – Oregon,<br><br>  Intervenors. | Case No. 3:21-cv-01637-MO (Member Case) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; PROVIDENCE HEALTH & SERVICES – OREGON, and ST. CHARLES HEALTH SYSTEM<br><br>  Plaintiffs,<br><br>  v.<br><br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority,<br><br>  Defendant. | Case No. 6:22-cv-01460-MO (Member Case) |

/ / /

/ / /

Page 2 – NOTICE OF SUBSTITUTION OF COUNSEL
118418916.1 0080339-00001

**PLEASE TAKE NOTICE** that Stoel Rives LLP, and Thomas R. Johnson of that firm, has been substituted for Perkins Coie LLP, and Alex Van Rysselberghe of that firm, as counsel for Intervenors/Plaintiffs Legacy Emanual Hospital & Health Center d/b/a Unity Center for Behavioral Health, Legacy Health System, PeaceHealth and Providence Health & Services – Oregon.  This notice shall apply to the Lead Case as well as any Member Case.

Please include the following address for any future court notifications:

> Thomas R. Johnson, OSB No. 010645
> STOEL RIVES LLP
> 760 SW Ninth Avenue, Suite 3000
> Portland, OR 97205
> Email:  tom.johnson@stoel.com
> Telephone:  503.294.9466

All further notices in this matter should be served on Mr. Johnson on behalf of Plaintiffs/Intervenors.

DATED this 8th day of February, 2023.

STOEL RIVES LLP

By:  *s/ Thomas R. Johnson*
THOMAS R. JOHNSON, OSB No. 010645
thomas.johnson@stoel.com

*Attorneys for Intervenors and Plaintiff*

PERKINS COIE LLP

By:  *s/ Alex Van Rysselberghe*
ALEX VAN RYSSELBERGHE, OSB #174836
avanrysselberghe@perkinscoie.com

*Attorneys for Intervenors and Plaintiffs*