ELLEN F. ROSENBLUM
Attorney General
CARLA A. SCOTT #054725
Senior Assistant Attorney General
SHEILA H. POTTER #993485
Deputy Chief Trial Counsel
CRAIG M. JOHNSON #080902
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.state.or.us
         Sheila.Potter@doj.state.or.us
         Craig.M.Johnson@doj.state.or.us

Attorneys for Defendants David Baden and Dolores Matteucci

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAVID BADEN, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital<br><br>    Defendants,<br><br>  and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH LEGACY HEALTH SYSTEM, PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES,<br><br>    Intervenors. | Case No.  3:02-cv-00339-MO (Lead Case)<br>Case No.  3:21-cv-01637-MO (Member Case)<br>Case No.  6:22-CV-01460-MO **(Member Case)**<br><br>UNOPPOSED MOTION TO AMEND SEPTEMBER 1, 2022 ORDER |

Page 1 -   UNOPPOSED MOTION TO AMEND SEPTEMBER 1, 2022 ORDER
    CAS/mm8/ 763195020

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

| | |
|---|---|
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON, | Case No. 3:21-cv-01637-MO (Member Case)<br>Case No. 3:21-cv-01637-MO (Member Case) |
| Plaintiffs, | |
| v. | |
| DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, DAVID BADEN, Director of the Oregon Health Authority, in his official capacity, and PATRICK ALLEN in his individual capacity, | |
| Defendants, | |
| and | |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH LEGACY HEALTH SYSTEM, PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES, | |
| Intervenors. | |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES OREGON, | Case No. 6:22-CV-01460-MC (Member Case) |
| Plaintiffs,<br>v. | |
| DAVID BADEN, in his official capacity as Director of Oregon Health Authority, | |
| Defendant. | |

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7-1(a)(1)(A), counsel for Defendants conferred with Plaintiffs' and Intervenors' counsel regarding this motion. They do not oppose this motion.

Page 2 -   UNOPPOSED MOTION TO AMEND SEPTEMBER 1, 2022 ORDER
  CAS/mm8/ 763195020

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

# MOTION

The amici Marion, Washington, and Clackamas County District Attorneys have requested that the Oregon State Hospital provide notice to the committing court when any patient is 60 days from the date when OSH must discharge the patient. ORS 161.371(5)(c) calls for 30 days' notice of such discharge. OSH is entirely willing to provide the notice requested by the District Attorneys, but the Health Insurance Portability and Accountability Act of 1996 (HIPAA) allows such disclosures only where they are "otherwise required by law," and the law currently requires 30 days' notice.

Defendants therefore respectfully ask this Court to amend Section (3)d of its September 1, 2022, Order to replace "30 days" with "60 days," such that it reads:

> "Before a patient reaches this maximum duration of commitment for restoration under this Order and remains unfit to proceed, OSH shall notify the committing court of the patient's impending discharge 60 days before the date on which the hospital is required to discharge the patient pursuant to this Order."

Defendants will submit a form of proposed order.

DATED March 30, 2023.

    Respectfully submitted,

    ELLEN F. ROSENBLUM
    Attorney General

    *s/ Carla A. Scott*
    CARLA A. SCOTT #054725
    Senior Assistant Attorney General
    SHEILA H. POTTER #993485
    Deputy Chief Trial Counsel
    CRAIG M. JOHNSON #080902
    Senior Assistant Attorney General
    Trial Attorneys
    Tel (971) 673-1880
    Fax (971) 673-5000
    Carla.A.Scott@doj.state.or.us
    Sheila.Potter@doj.state.or.us
    Craig.M.Johnson@doj.state.or.us
    Of Attorneys for Defendants

Page 3 -    UNOPPOSED MOTION TO AMEND SEPTEMBER 1, 2022 ORDER
CAS/mm8/ 763195020

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000