THOMAS R. JOHNSON, Bar No. 010645
tom.johnson@stoel.com
ALEX VAN RYSSELBERGHE, Bar No. 174836
alex.vanrysselberghe@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Intervenors/Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDERS INCORPORATED, and A.J. MADISON,<br><br>    Plaintiffs,<br><br>v.<br><br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority, DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>    Defendants,<br><br>and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH, LEGACY HEALTH SYSTEM, PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES – OREGON,<br>            Intervenors. | Case No.: 3:02-cv-00339-MO (Lead Case)<br><br>**NOTICE OF APPEARANCE** |

Page 1 – NOTICE OF APPEARANCE
119109271.1 0080339-00001

| | |
|---|---|
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>    Plaintiffs,<br><br>v.<br><br>DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, PATRICK ALLEN, Director of the Oregon Health Authority, in his individual and official capacity,<br><br>    Defendants,<br><br>and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH LEGACY HEALTH SYSTEM, PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES – OREGON,<br><br>    Intervenors | Case No.: 3:21-cv-01637-MO (Member Case) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; PROVIDENCE HEALTH & SERVICES – OREGON, and ST. CHARLES HEALTH SYSTEM<br><br>    Plaintiffs,<br><br>v.<br><br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority,<br><br>    Defendant. | Case No.: 6:22-cv-01460-MO (Member Case) |

**PLEASE TAKE NOTICE** that attorney Alex Van Rysselberghe of Stoel Rives LLP hereby enters an appearance as additional counsel for Intervenors/Plaintiffs Legacy Emanual Hospital & Health Center d/b/a Unity Center for Behavioral Health, Legacy Health System, PeaceHealth, Providence Health & Services – Oregon, and St. Charles Health System. This notice shall apply to the Lead Case as well as any Member Case in the above-entitled action. Counsel requests that service of all papers and pleadings herein also be made upon him at the address shown below:

> Alex Van Rysselberghe
> Stoel Rives LLP
> 760 SW Ninth Avenue, Suite 3000
> Portland, OR 97205
> Telephone: (503) 224-9458
> Facsimile: (503) 220-2480
> Email: alex.vanrysselberghe@stoel.com

Thomas Johnson of Stoel Rives LLP remains as counsel for Plaintiffs.

DATED: April 21, 2023

STOEL RIVES LLP

*/s/ Alex Van Rysselberghe*
THOMAS R. JOHNSON, Bar No. 010645
tom.johnson@stoel.com
ALEX VAN RYSSELBERGHE, Bar No. 174836
alex.vanrysselberghe@stoel.com

*Attorneys for Intervenors/Plaintiffs*