ELLEN F. ROSENBLUM
Attorney General
CARLA A. SCOTT #054725
SHEILA H. POTTER #993485
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
SHAUNEE MORGAN #194256
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Carla.A.Scott@doj.oregon.gov
       Sheila.Potter@doj.oregon.gov
       Craig.M.Johnson@doj.oregon.gov
       Shaunee.Morgan@doj.oregon.gov

Attorneys for Defendants David Baden and Dolores Matteucci

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVID BADEN, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>    Defendants. | Case No. 3:02-cv-00339-AN (Lead Case)<br>Case No. 3:21-cv-01637-AN (Member Case)<br><br>NOTICE OF ASSOCIATION OF COUNSEL |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>    Plaintiffs,<br><br>v.<br><br>DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual | Case No. 3:21-cv-01637-AN |

Page 1 -   NOTICE OF ASSOCIATION OF COUNSEL
        CAS/a3m/967985607

and official capacity, David Baden, Director of the Oregon Health Authority, in his official capacity, and PATRICK ALLEN in his individual capacity,

        Defendants,

Defendants hereby gives notice that Shaunee Morgan, Assistant Attorney General, is now an additional counsel of record in this proceeding. Carla A. Scott, Senior Assistant Attorney General, continues as lead counsel. The address for the receipt of all correspondence and pleadings remains the same.

DATED July 17, 2024.

        Respectfully submitted,

        ELLEN F. ROSENBLUM
        Attorney General

        *s/ Shaunee Morgan*
        CARLA A. SCOTT #054725
        CRAIG M. JOHNSON #080902
        SHEILA H. POTTER #993485
        Senior Assistant Attorneys General
        SHAUNEE MORGAN # 194256
        Assistant Attorney General
        Trial Attorneys
        Tel (971) 673-1880
        Fax (971) 673-5000
        Carla.A.Scott@doj.oregon.gov
        Sheila.Potter@doj.oregon.gov
        Craig.M.Johnson@doj.oregon.gov
        Shaunee.Morgan@doj.oregon.gov
        Of Attorneys for Defendants

Page 2 -   NOTICE OF ASSOCIATION OF COUNSEL
       CAS/a3m/967985607

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000