**John E. Mansfield**, OSB No. 055390
Senior Assistant County Counsel
john_mansfield@washingtoncountyor.gov
Office of Washington County Counsel
155 N First Avenue, Suite 340, MS #24
Hillsboro, OR 97124
Phone (503) 846-8747
Fax (503) 846-8636
Attorney for Amicus Washington County

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BADEN, in his official capacity as head of the Oregon health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>Defendants,<br><br>and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES OREGON,<br><br>Intervenors. | No. 3:02-cv-00339-MO (L)<br>3:21-cv-01637-MO (M)<br><br>NOTICE OF WITHDRAWAL OF COUNSEL FOR AMICUS WASHINGTON COUNTY |

Page 1 –   NOTICE OF WITHDRAWAL OF COUNSEL FOR AMICUS WASHINGTON COUNTY

JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,

Plaintiffs,

v.

DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, PATRICK ALLEN, Director of the Oregon Health Authority, in his individual and official capacity,

Defendants,

and

LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES OREGON,

Intervenors.

_____

LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES OREGON,

Plaintiffs,

v.

PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority,

Defendants.

Page 2 –   NOTICE OF WITHDRAWAL OF COUNSEL FOR AMICUS WASHINGTON COUNTY

The undersigned attorney, John E. Mansfield, hereby withdraws from this case and shall no longer be associated as counsel of record for *amicus curiae* Washington County.  Eamon McMahon, from the same office, shall continue as counsel.

DATED: July 23, 2024.

      *s/John Mansfield*
John Mansfield, OSB No. 055390
Senior Assistant County Counsel
john_mansfield@washingtoncountyor.gov