ELLEN F. ROSENBLUM
Attorney General
CARLA A. SCOTT #054725
SHEILA H. POTTER #993485
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
SHAUNEE MORGAN #194256
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.oregon.gov
        Sheila.Potter@doj.oregon.gov
        Craig.M.Johnson@doj.oregon.gov
        Shaunee.Morgan@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sajel Hathi, Dolores Matteucci, and Sara Walker

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON, | Case No.  3:02-cv-00339-AN (Lead Case)<br>Case No.  3:21-cv-01637-AN (Member Case)<br>Case No.  6:22-CV-01460-AN (Member Case) |
| Plaintiffs, | NOTICE OF SUBSTITUTION OF DEFENDANTS |
| v. | |
| SAJEL HATHI, in her official capacity as head of the Oregon Health Authority,[1] and SARA WALKER in her official capacity as Interim Superintendent of the Oregon State Hospital,[2] | |
| Defendants. | |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON, | Case No.  3:21-cv-01637-AN (Member Case) |
| Plaintiffs, | |

[1] Pursuant to FRCP 25(d) David Baden is automatically substituted with his successor Sajel Hathi.

[2] Pursuant to FRCP 25(d) Dolores Matteucci is automatically substituted with her successor Sara Walker.

Page 1 -   NOTICE OF SUBSTITUTION OF DEFENDANTS
CAS/a3m/968037814

v.

SARA WALKER, Interim Superintendent of
the Oregon State Hospital,[3] in her official
capacity, DOLORES MATTEUCCI, in her
individual capacity, SAJEL HATHI, Director
of the Oregon Health Authority,[4] in her official
capacity, and PATRICK ALLEN in his
individual capacity,

            Defendants.

LEGACY EMANUEL HOSPITAL &
HEALTH CENTER d/b/a UNITY CENTER
FOR BEHAVIORAL HEALTH; LEGACY
HEALTH SYSTEM; PEACEHEALTH; and
PROVIDENCE HEALTH & SERVICES
OREGON,

            Plaintiffs,

   v.

SAJEL HATHI, in her official capacity as
Director of Oregon Health Authority,[5]

            Defendant.

Case No.  6:22-CV-01460-AN (Member Case)

 

Defendants hereby gives notice that Sajal Hathi, in her official capacity as Director of

Oregon Health Authority, is now defendant of record in these proceeding in place of David

Baden and James Schrader.

---

[3] Pursuant to FRCP 25(d) Dolores Matteucci is automatically substituted with her successor Sara
Walker.

[4] Pursuant to FRCP 25(d) David Baden is automatically substituted with his successor Sajel Hathi.

[5] Pursuant to FRCP 25(d) David Baden is automatically substituted with his successor Sajel Hathi.

Page 2 -   NOTICE OF SUBSTITUTION OF DEFENDANTS
       CAS/a3m/968037814

Additionally, Sara Walker, in her official capacity as Interim Superintendent of the Oregon State Hospital, is now defendant of record in these proceedings in place of Dolores Matteucci in her former official capacity as Superintendent of the Oregon State Hospital.

DATED July  24, 2024.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

_s/ Carla A. Scott_
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
SHEILA H. POTTER #993485
Senior Assistant Attorneys General
SHAUNEE MORGAN # 194256
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Carla.A.Scott@doj.oregon.gov
Sheila.Potter@doj.oregon.gov
Craig.M.Johnson@doj.oregon.gov
Shaunee.Morgan@doj.oregon.gov
Of Attorneys for Defendants

Page 3 -    NOTICE OF SUBSTITUTION OF DEFENDANTS
CAS/a3m/968037814

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000