Jon W. Monson, OSB No. 102650
jmonson@cablehuston.com
Nicole M. Swift, OSB No. 141419
nswift@cablehuston.com
Victoria K. Baker, OSB No. 225400
vbaker@cablehuston.com
CABLE HUSTON LLP
1455 SW Broadway, Suite 1500
Portland, OR 97201-3412
(503) 224-3092 Telephone
(503) 224-3176 Facsimile

*Special Assistant Attorneys General for Defendant Sejal Hathi, MD, in her official capacity as Director of Oregon Health Authority*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON; METROPOLITAN PUBLIC DEFENDERS INCORPORATED; and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>SEJAL HATHI, in her official capacity as Director of Oregon Health Authority; and SARA WALKER, in her official capacity as INTERIM Superintendent of the Oregon State Hospital,<br><br>Defendants.<br>(*caption continued next page*) | Case No. 3:02-cv-00339-AN (Lead Case)<br>Case No. 3:21-cv-01637-AN (Member Case)<br>**Case No. 6:22-cv-01460-AN (Member Case)**<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>By Cable Huston LLP |

Page 1 - NOTICE OF ASSOCIATION OF COUNSEL (By Cable Huston LLP)

| | |
|---|---|
| JAROD BOWMAN; and JOSHAWN DOUGLAS SIMPSON,<br><br>      Plaintiffs,<br><br>    v.<br><br>SARA WALKER, Interim Superintendent of the Oregon State Hospital, in her official capacity; DOLORES MATTEUCCI, in her individual capacity; SAJEL HATHI, Director of the Oregon Health Authority, in her official capacity; and PATRICK ALLEN, in his individual capacity,<br><br>      Defendants. | Case No.: 3:21-cv-01637-AN (Member Case) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; PROVIDENCE HEALTH & SERVICES – OREGON; and ST. CHARLES HEALTH SYSTEM, INC.<br><br>      Plaintiffs,<br><br>    v.<br><br>SEJAL HATHI, MD, in her official capacity as Director of Oregon Health Authority,<br><br>      Defendant. | Case No.: 6:22-cv-01460-AN (Member Case) |

PLEASE TAKE NOTICE that pursuant to LR 83-9, Jon W. Monson, Nicole M. Swift, and Victoria K. Baker of Cable Huston LLP hereby appear in the above-captioned action as co-counsel of record for Defendant Sejal Hathi, MD, in her official capacity as Director of Oregon Health Authority, in Case No. 6:22-cv-01460-AN.

Carla A. Scott, Sheila H. Potter, Craig M. Johnson, and Shaunee Morgan of the Oregon Department of Justice, remain as counsel for all Defendants in the above-captioned cases. All

Page 2 - NOTICE OF ASSOCIATION OF COUNSEL (By Cable Huston LLP)

notices, including electronic, regarding this matter should be co-served on Jon W. Monson, Nicole M. Swift, and Victoria K. Baker at the following address:

    CABLE HUSTON LLP
    1455 SW Broadway, Suite 1500
    Portland, OR 97201-3412
    Tele:   (503) 224-3092
    Fax:    (503) 224-3176
    Email:  jmonson@cablehuston.com
           nswift@cablehuston.com
           vbaker@cablehuston.com

                                  CABLE HUSTON LLP

                                  s/ Jon W. Monson
                                  s/ Nicole M. Swift
                                  s/ Victoria K. Baker
                                  Jon W. Monson, OSB No. 102650
                                  jmonson@cablehuston.com
                                  Nicole M. Swift, OSB No. 141419
                                  nswift@cablehuston.com
                                  Victoria K. Baker, OSB No. 225400
                                  vbaker@cablehuston.com
                                  1455 SW Broadway, Suite 1500
                                  Portland, OR 97201-3412
                                  Tele:  (503) 224-3092

                                  *Special Assistant Attorneys General for Defendant Sejal Hathi, MD, in her official capacity as Director of Oregon Health Authority*