Jon W. Monson, OSB No. 102650
jmonson@cablehuston.com
Nicole M. Swift, OSB No. 141419
nswift@cablehuston.com
Victoria K. Baker, OSB No. 225400
vbaker@cablehuston.com
CABLE HUSTON LLP
1455 SW Broadway, Suite 1500
Portland, OR 97201-3412
(503) 224-3092 Telephone
(503) 224-3176 Facsimile

*Special Assistant Attorneys General for Defendant Sejal Hathi, MD, in her official capacity as Director of Oregon Health Authority*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON; METROPOLITAN PUBLIC DEFENDERS INCORPORATED; and A.J. MADISON,<br><br>      Plaintiffs,<br><br>    v.<br><br>SEJAL HATHI, in her official capacity as Director of Oregon Health Authority; and SARA WALKER, in her official capacity as INTERIM Superintendent of the Oregon State Hospital,<br><br>      Defendants.<br>      (*caption continued next page*) | Case No. 3:02-cv-00339-AN (Lead Case)<br>Case No. 3:21-cv-01637-AN (Member Case)<br>**Case No. 6:22-cv-01460-AN (Member Case)**<br><br>**DEFENDANT SEJAL HATHI'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO NATIONAL ALLIANCE ON MENTAL ILLNESS-OREGON'S MOTION TO INTERVENE** |

| | |
|---|---|
| JAROD BOWMAN; and JOSHAWN DOUGLAS SIMPSON, <br><br> Plaintiffs, <br><br> v. <br><br> SARA WALKER, Interim Superintendent of the Oregon State Hospital, in her official capacity; DOLORES MATTEUCCI, in her individual capacity; SAJEL HATHI, Director of the Oregon Health Authority, in her official capacity; and PATRICK ALLEN, in his individual capacity, <br><br> Defendants. | Case No.: 3:21-cv-01637-AN (Member Case) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; PROVIDENCE HEALTH & SERVICES – OREGON; and ST. CHARLES HEALTH SYSTEM, INC. <br><br> Plaintiffs, <br><br> v. <br><br> SEJAL HATHI, MD, in her official capacity as Director of Oregon Health Authority, <br><br> Defendant. | Case No.: 6:22-cv-01460-AN (Member Case) |

## LR 7-1 CERTIFICATION

Pursuant to L.R. 7-1, counsel for Defendant Sejal Hathi, MD, in her official capacity as Director of Oregon Health Authority ("Defendant"), conferred with counsel for National Alliance on Mental Illness-Oregon ("NAMI") concerning this matter and NAMI's counsel does not oppose this motion.

/ / /

/ / /

## **MOTION**

Pursuant to Fed. R. Civ. P 6(b), Defendant moves this court for an order extending the deadline for Defendant to file her response to NAMI's Motion to Intervene from November 4, 2024 to November 18, 2024.

        CABLE HUSTON LLP

        s/ Nicole M. Swift
        Jon W. Monson, OSB No. 102650
        jmonson@cablehuston.com
        Nicole M. Swift, OSB No. 141419
        nswift@cablehuston.com
        Victoria K. Baker, OSB No. 225400
        vbaker@cablehuston.com
        1455 SW Broadway, Suite 1500
        Portland, OR 97201-3412
        Tele: (503) 224-3092

*Special Assistant Attorneys General for Defendant Sejal Hathi, MD, in her official capacity as Director of Oregon Health Authority*