STEVE ELZINGA, OSB# 123102
Marion County Legal Counsel
*selzinga@co.marion.or.us*
SCOTT A. NORRIS, OSB# 913834
Sr. Assistant Legal Counsel
*snorris@co.marion.or.us*
555 Court Street N.E.
PO Box 14500
Salem, OR 97301
Telephone: (503) 588-5220
Attorney for Marion County

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>*Plaintiffs*,<br><br>v.<br><br>DAVID BADEN, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital<br><br>*Defendants*. | 3:02-cv-00339-MO (Lead Case)<br>3:21-cv-01637-MO (Member Case)<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |
| JAROD BOWMAN and JOSHAWN DOUGLAS- SIMPSON,<br><br>*Plaintiffs*,<br>v.<br><br>DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, DAVID BADEN, Director of the Oregon Health Authority, in his official capacity, and PATRICK ALLEN in his individual capacity,<br><br>*Defendants*. | 3:21-CV-01637-MO (Member Case) |

Page **1** of **3** – **NOTICE OF SUBSTITUTION OF ATTORNEY**

NOTICE IS HEREBY GIVEN THAT attorney Scott A. Norris is withdrawing as attorney for Marion County effective as of November 2024. John Pettifer, who is already registered as attorney of record in this case, will continue to represent Marion County.

DATED this 20th day of November, 2024.

                                                    Respectfully submitted,

                                                    STEVE ELZINGA
                                                    MARION COUNTY LEGAL COUNSEL

                                                    /s/ Scott A. Norris
                                                    Scott A. Norris, OSB# 913834
                                                    Of Attorneys for Marion County
                                                    555 Court St. N.E., Suite 5242
                                                    PO Box 14500
                                                    Salem, OR 97309
                                                    Telephone: (503) 588-5220
                                                    Email: snorris@co.marion.or.us

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **Notice of Substitution of Attorney** upon interested counsel by the following indicated method on the date set forth below:

<u>XX</u>   By electronic means through the Court's Case Management/Electronic Case File system on the date set forth below;

___   By faxing a copy thereof to each attorney at each attorney's last-known facsimile number on the date set forth below;

___   By mailing a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorney's last-known office address listed above and causing it to be deposited in the U.S. mail at Salem, Oregon on the date set forth below;

___   By causing a copy thereof to be hand-delivered to said attorney at each attorney's last-known office address listed above on the date set forth below;

Dated this 20th day of November, 2024

/s/ Scott A. Norris
Scott A. Norris, OSB# 913834
Of Attorneys for Marion county
555 Court St. N.E., Suite 5242
PO Box 14500
Salem, OR 97309
Telephone: (503) 588-5220
Email: snorris@co.marion.or.us