DAVID DOYLE, OSB #901477
Deschutes County Legal Counsel
david.doyle@deschutes.org
1300 NW Wall Street, Suite 205
Bend, OR 97703
 (541) 388-6623
Of Attorneys for Deschutes County

KATHLEEN J. RASTETTER, OSB #931145
Sr. Assistant County Counsel
kathleenras@clackamas.us
2051 Kaen Road
Oregon City, OR  97045
503-655-8362
Of Attorneys for Clackamas County

CHRISTIAN BOENISCH, OSB #972170
County Counsel
boenischc@co.yamhill.or.us
535 NE 5th Street
McMinnville, OR 97128
503-434-7502
Of Attorneys for Yamhill County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON PORTLAND

DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES SCHROEDER, in his official capacity as head of the Oregon health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>Defendants,<br><br>and | 3:02-cv-00339-MO (Lead Case)<br>3:21-cv-01637-MO (Member Case)<br>6:22-cv-01460-MO (Member Case)<br><br>**NOTICE OF APPEARANCE** |

| | |
|---|---|
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES OREGON,<br><br>Intervenors. | No. 3:21-cv-01637-MO (Member Case) |
| JARROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON<br><br>Plaintiffs,<br><br>v.<br><br>DOLORES MATTEUCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, PATRICK ALLEN, Director of the Oregon Health Authority, in his individual and official capacity,<br><br>Defendants,<br><br>and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES OREGON,<br><br>Intervenors. | No. 6:22-cv-01460-MO (Member Case) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES OREGON,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES SCHROEDER, in his official capacity as Director of Oregon Health | |

Page 2 of 5 – **NOTICE OF APPEARANCE**

Authority,

Defendants.

**PLEASE TAKE NOTICE** Christian Boenisch, County Counsel, hereby enters her appearance on behalf of Yamhill County, in the above entitled lawsuit.

DATED: May 25, 2023.

                                        /s/ *Christian Boenisch*
                                        CHRISTIAN BOENISCH, OSB: 972170
                                        County Counsel
                                        boenischc@co.yamhill.or.us

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I caused true and correct copies of the foregoing **NOTICE OF APPEARANCE** to be served upon the following listed party(ies) by:

  __XX__    NOTICE OF ELECTRONIC FILING USING THE Cm/ECF SYSTEM upon the following parties to the above entitled action on the date set forth below:

  _____  U.S. Mail, Second Class, Postage Prepaid on the date set forth below.

| | |
|---|---|
| **Emily R. Cooper**<br>Disability Rights Oregon<br>511 SW 10th Avenue<br>Suite 200<br>Portland, OR 98104<br>503-243-2081<br>Email: ecooper@droregon.org<br>Of Attorneys for Plaintiffs | **Jesse A. Merrithew**<br>Levi Merrithew Horst LLP<br>610 SW Alder St.<br>Suite 415<br>Portland, OR 97205<br>971-229-1241<br>Fax: 971-544-7092<br>Email: jesse@lmhlegal.com<br>Of Attorneys for Plaintiffs |
| **Thomas Stenson**<br>Disability Rights Oregon<br>511 SW 10th Avenue<br>Suite 200<br>Portland, OR 97205<br>503-243-2081<br>Fax: 503-243-1738<br>Email: tstenson@droregon.org<br>Of Attorneys for Plaintiffs | **Carla Scott**<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>971-673-1880<br>Fax: 971-673-5000<br>Email: carla.a.scott@doj.state.or.us<br>Of Attorneys for Defendants |
| **Craig M. Johnson**<br>Oregon Department of Justice<br>Assistant Attorney General<br>1162 Court St. NE<br>Salem, OR 97301<br>503-947-4700<br>Fax: 503-947-4792<br>Email: craig.m.johnson@doj.state.or.us<br>Of Attorneys for Defendants | **Sheila H. Potter**<br>Oregon Department of Justice<br>Trial Division<br>100 SW Market Street<br>Portland, OR 97201<br>971-673-1880<br>Fax: 971-673-5000<br>Email: sheila.potter@doj.state.or.us<br>Of Attorneys for Defendants |
| **Thomas A. Carr**<br>Washington County Counsel<br>155 N First Avenue<br>MS 24<br>Suite 340<br>Hillsboro, OR 97124<br>503-846-8605 | **Jane E. Vetto**<br>Marion County Legal Counsel<br>PO Box 14500<br>Salem, OR 97309<br>503-588-5220<br>Fax: 503-373-4367 |

| | |
|---|---|
| Fax: 503-846-8636<br>Email: tom_carr@washingtoncountyor.gov<br>Of Attorneys for Washington County | Email: jvetto@co.marion.or.us<br>Of Attorneys for Marion County |
| **Billy Williams**<br>Best Best & Krieger LLP<br>360 SW Bond Street<br>Suite 400<br>Bend, OR 97702<br>541-382-3011<br>Email: billy.williams@bbklaw.com<br>Of Attorneys for Washington, Clackamas and Marion County District Attorneys | **Josh Newton**<br>Best Best & Krieger LLP<br>360 SW Bond St., Ste. 400<br>Bend, OR 97702<br>541-382-3011<br>Fax: 541-388-5410<br>Email: josh.newton@bbklaw.com<br>Of Attorneys for Washington, Clackamas and Marion County District Attorneys |
| **Keith M. Garza**<br>Law Office of Keith M. Garza<br>PO Box 68106<br>Oak Grove, OR 97268<br>503-344-4766<br>Fax: 503-344-4767<br>Email: keithgarza@comcast.net<br>Of Attorneys for Judge Matthew J. Donohue, Judge Audrey J. Broyles, Judge Jonathan R. Hill, Judge Kathleen Proctor and Judge Nan. G. Waller | **Emma P. Pelkey**<br>Lewis Brisbois Bisgaard & Smith LLP<br>888 SW Fifth Avenue<br>Suite 900<br>Portland, OR 97204-2025<br>971-712-2800<br>Fax: 971-712-2801<br>Email: Emma.Pelkey@lewisbrisbois.com<br>Of Attorneys for Legacy Emanuel Hospital, Providence Health & Services, Legacy Health Systems, PeaceHealth and St. Charles |
| **Eric J. Neiman**<br>Lewis Brisbois Bisgaard & Smith LLP<br>888 SW Fifth Avenue<br>Suite 900<br>Portland, OR 97204-2025<br>971-712-2800<br>Fax: 971-712-2801<br>Email: eric.neiman@lewisbrisbois.com<br>Of Attorneys for Legacy Emanuel Hospital, Providence Health & Services, Legacy Health Systems, PeaceHealth and St. Charles | **Thomas R. Johnson**<br>Stoel Rives LLP<br>760 S.W. Ninth Ave.<br>Suite 3000<br>Portland, OR 97205<br>503-220-2480<br>Email: tom.johnson@stoel.com<br>Of Attorneys for Legacy Emanuel Hospital, Providence Health & Services, Legacy Health Systems, PeaceHealth and St. Charles |

DATED: May 25, 2023.

/s/ *Christian Boenisch*
CHRISTIAN BOENISCH, OSB: 972170
County Counsel
boenischc@co.yamhill.or.us

Page 5 of 5 – **NOTICE OF APPEARANCE**