*Verified Correct Copy of Original 8/9/2023*

STATE OF OREGON
Marion County Circuit Court
AUG 09 2023
**FILED**

## IN THE CIRCUIT COURT OF THE STATE OF OREGON

## FOR THE COUNTY OF MARION

| STATE OF OREGON | CASE NO: ▮▮▮▮▮ |
|---|---|
| Plaintiff, | |
| v. | **30 DAY DISCHARGE PLANNING EXTENSION ORDER** |
| ▮▮▮▮▮ | |
| Defendant. | |

This matter came before the Court for a determination of placement pursuant to end of jurisdiction notice provided by Oregon State Hospital (OSH).

Based upon State's Motion and affidavit:

**THE COURT FINDS:**
1. Defendant is being held at OSH pursuant to ORS 161.370
2. Defendant has an end of jurisdiction date of August 9, 2023.
3. If Defendant were to be released today, August 9, 2023, defendant would not have an appropriate placement.
4. Marion County Mental Health had been working with Defendant and his family for transition out of the hospital. On July 28, 2023, Marion County Mental Health realized that placement with family would not be appropriate for Defendant.
5. A referral for Adult Foster Home went out on July 28, 2023.
6. On August 9, 2023, Marion County Mental Health received a call from an adult foster home in Woodburn, regarding interest in Defendant residing with them.
7. Marion County Mental Health is coordinating an interview for this facility.
8. Court finds return to Marion County jail would be counter productive to the progress she has made, as stated in Dr. Andrew Bustos and Mr. Reid Faith report dated July 18, 2023.
9. The extension is necessary, and it is not due to failure to coordinate discharge by the Community Mental Health Program.
10. Defense does not object to an extension under the July 3, 2023, Second Amended Order to Implement Neutral Expert's Recommendations in *Disability Rights Oregon et al v. Allen et al.*, USDC Oregon Case No. 02-cv-00039-MO (lead case).

**THE COURT ORDERS:**
1. Defendant shall return to Oregon State Hospital for an additional maximum 30 days beyond the timelines described in July 3, 2023, Second Amended

PAIGE CLARKSON
District Attorney for Marion County, Oregon
100 HIGH STREET NE
P O BOX 14500
SALEM OR 97309

Verified Correct Copy of Original 8/9/2023

Order to Implement Neutral Expert's Recommendations in *Disability Rights Oregon et al v. Allen et al.*, USDC Oregon Case No. 02-cv-00039-MO (lead case).

2. The criminal proceeding against the defendant in the aforementioned matter continues to be suspended
3. Defendant's commitment to the Superintendent of the Oregon State Hospital continues as required by ORS 161.370 and ORS 161.371.
4. The Marion County Sheriff's Office/Department shall **transport** Defendant from the jail to Oregon State Hospital in Salem, Oregon today, August 9, 2023.

DATED: 8/9/2023

_____
Circuit Court Judge

Verified Correct Copy of Original 8/9/2023

PAIGE CLARKSON
District Attorney for Marion County, Oregon
100 HIGH STREET NE
P O BOX 14500
SALEM OR 97309