| | |
|---|---|
| **From:** | WELLHOUSER Jeffrey J |
| **To:** | OSH Admissions; *Lane LCSO Core Transport |
| **Cc:** | CRAWFORD Codey D |
| **Subject:** | RE: Request to transport |
| **Date:** | Monday, July 28, 2025 12:30:45 PM |
| **Attachments:** | image001.png |

You don't often get email from jeffrey.wellhouser@lanecountyor.gov. Learn why this is important

**Think twice** before clicking on links or opening attachments. This email came from outside our organization and might not be safe. If you are not expecting an attachment, contact the sender before opening it.

Sorry. Due to Staffing levels we are unable to bring ▮▮▮▮▮ up on Wednesday to OSH.

Jeff

---

**From:** OSH Admissions <OSH.Admissions@odhsoha.oregon.gov>
**Sent:** Monday, July 28, 2025 12:24 PM
**To:** *Lane LCSO Core Transport <LCSOCoreTransport@lanecountyor.gov>
**Subject:** Request to transport

[EXTERNAL ⚠]

We need to have ▮▮▮▮▮▮▮▮▮ transported to OSH on Wednesday 7/30. Please confirm as soon as possible and provide an ETA so we can prepare for the admission.

If transport is not able to occur on the day that OSH is offering, we will need to skip over the person we are trying to schedule and move to the next person on the wait list. We will reach back out to arrange transport when the next bed is available. We are not able to hold a bed for another day if the jail is not able to transport on the day offered.

If there are any concerns, please contact Brandy Eurto at brandy.eurto@oha.oregon.gov

**Victor Steffen** | Admissions Analyst
**OREGON STATE HOSPITAL** | Oregon Health Authority
Email: **Victor.H.Steffen2@oha.oregon.gov**
**Phone: 503-945-9762**

Patient #1

Exhibit 4 to Eurto Declaration
Page 1 of 14

**Fax: 503-945-9839**

**CONFIDENTIALITY NOTICE**
This electronic mail transmission contains information belonging to the Oregon Health Authority and Oregon State Hospital. This information may be confidential and/or legally privileged and is intended only for the use of the addressee(s) designated above. If you are not the intended recipient, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

**Oregon State Hospital**

**Oregon State Hospital – Department of Admissions**

Tina Kotek, Governor



Date: 7/28/2025

Honorable Judge Conover

Oregon State Hospital (OSH) is notifying the court and parties that pursuant to this court's Order of Commitment to OSH of ▇▇▇▇▇▇▇ issued on 7-22-2025, OSH requested Lane County Sheriffs Office to transport ▇▇▇▇▇▇▇ for admission on 7-30-2025. The Lane County Sheriffs Office declined to transport on the day the bed was available. To comply with the OSH's obligations under the federal order in the Mink-Bowman case, OSH is required to offer the bed to another person on the list. *See Oregon Advocacy Center, et al. v. Mink, et al.*, Oregon District Court case no. 3:02-cv-00339-MO. We will offer a new date for ▇▇▇▇▇▇▇ when the next bed becomes available.

Thank you,

*Brendy Eoob* on behalf of

James A. Diegel, Interim Superintendent
Oregon State Hospital

| | |
|---|---|
| From: | SHERIFFTRANSPORT |
| To: | OSH Admissions |
| Cc: | Brian Walker; Jeff Lemke |
| Subject: | Re: EXTERNAL: Request to transport |
| Date: | Thursday, August 7, 2025 9:04:11 AM |
| Attachments: | image001.png |
| | image001.png |

**Think twice** before clicking on links or opening attachments. This email came from outside our organization and might not be safe. If you are not expecting an attachment, contact the sender before opening it.

Due to staffing we will not be able transport on Friday 8/8. Please let us know when another bed becomes available.

Dep. Buckman
Sent from my iPhone

> On Aug 7, 2025, at 8:46 AM, OSH Admissions <OSH.Admissions@odhsoha.oregon.gov> wrote:
>
> **EXTERNAL EMAIL CAUTION:** Do not click links or open attachments unless you know the content is safe.
>
> **SECURE EMAIL DELIVERY:** This email message was securely transmitted from a sender at Oregon ODHSOHA to your email system using Transport Layered Security (TLS).
>
> We need to have [redacted] transported to OSH on Friday 8/8. Please confirm as soon as possible and provide an ETA so we can prepare for the admission.
>
> If transport is not able to occur on the day that OSH is offering, we will need to skip over the person we are trying to schedule and move to the next person on the wait list. We will reach back out to arrange transport when the next bed is available. We are not able to hold a bed for another day if the jail is not able to transport on the day offered.
>
> If there are any concerns, please contact Brandy Eurto at brandy.eurto@oha.oregon.gov

## Victor Steffen | Admissions Analyst

**OREGON STATE HOSPITAL** | **Oregon Health Authority**
Email: Victor.H.Steffen2@oha.oregon.gov
Phone: 503-945-9762
Fax: 503-945-9839



*CONFIDENTIALITY NOTICE*
*This electronic mail transmission contains information belonging to the Oregon Health Authority and Oregon State Hospital. This information may be confidential and/or legally privileged and is intended only for the use of the addressee(s) designated above. If you are not the intended recipient, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.*

**Oregon State Hospital**

**Oregon State Hospital – Department of Admissions**

Tina Kotek, Governor



Date: 8/7/2025

**Honorable Judge Cromwell,**

Oregon State Hospital (OSH) is notifying the court and parties that pursuant to this court's Order of Commitment to OSH of ▮▮▮▮▮ issued on 7/30/2025, OSH requested Jackson Sheriff's Office to transport ▮▮▮▮▮ for admission on 8/8/2025. The Jackson County Sheriff's Office declined to transport on the day the bed was available. To comply with the OSH's obligations under the federal order in the Mink-Bowman case, OSH is required to offer the bed to another person on the list. *See Oregon Advocacy Center, et al. v. Mink, et al.*, Oregon District Court case no. 3:02-cv-00339-MO. We will offer a new date for ▮▮▮▮▮ when the next bed becomes available.

Thank you,

*Brendy Earb on behalf of*

James A. Diegel, Interim Superintendent
Oregon State Hospital

Patient #2

Exhibit 4 to Eurto Declaration
Page 6 of 14

| | |
|---|---|
| From: | SHERIFFTRANSPORT |
| To: | OSH Admissions |
| Subject: | RE: Request to transport |
| Date: | Friday, August 8, 2025 7:37:11 AM |
| Attachments: | image002.png |

> **Think twice** before clicking on links or opening attachments. This email came from outside our organization and might not be safe. If you are not expecting an attachment, contact the sender before opening it.

We are not able to bring him on Monday but we are able to do so on Tuesday 8/12.
Lemke

**From:** OSH Admissions <OSH.Admissions@odhsoha.oregon.gov>
**Sent:** Thursday, August 7, 2025 3:04 PM
**To:** SHERIFFTRANSPORT <SHERIFFTRANSPORT@jacksoncountyor.gov>
**Subject:** EXTERNAL: Request to transport

> **EXTERNAL EMAIL CAUTION:** Do not click links or open attachments unless you know the content is safe.

> **SECURE EMAIL DELIVERY:** This email message was securely transmitted from a sender at Oregon ODHSOHA to your email system using Transport Layered Security (TLS).

We need to have ███████████ transported to OSH on Monday 8/11. Please confirm as soon as possible and provide an ETA so we can prepare for the admission.

If transport is not able to occur on the day that OSH is offering, we will need to skip over the person we are trying to schedule and move to the next person on the wait list. We will reach back out to arrange transport when the next bed is available. We are not able to hold a bed for another day if the jail is not able to transport on the day offered.

If there are any concerns, please contact Brandy Eurto at brandy.eurto@oha.oregon.gov

**Victor Steffen** | Admissions Analyst
**OREGON STATE HOSPITAL** | Oregon Health Authority
**Email:** Victor.H.Steffen2@oha.oregon.gov

Patient #2

Exhibit 4 to Eurto Declaration
Page 7 of 14

Phone: 503-945-9762
Fax: 503-945-9839

**CONFIDENTIALITY NOTICE**
*This electronic mail transmission contains information belonging to the Oregon Health Authority and Oregon State Hospital. This information may be confidential and/or legally privileged and is intended only for the use of the addressee(s) designated above. If you are not the intended recipient, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.*

**Oregon State Hospital**

**Oregon State Hospital – Department of Admissions**

Tina Kotek, Governor



Date: 8/8/2025

Honorable Judge Cromwell,

Oregon State Hospital (OSH) is notifying the court and parties that pursuant to this court's Order of Commitment to OSH of ███████ issued on 7/30/2025, OSH requested Jackson Sheriff's Office to transport ███████ for admission on 8/11/2025. The Jackson County Sheriff's Office declined to transport on the day the bed was available. To comply with the OSH's obligations under the federal order in the Mink-Bowman case, OSH is required to offer the bed to another person on the list. See *Oregon Advocacy Center, et al. v. Mink, et al.*, Oregon District Court case no. 3:02-cv-00339-MO. We will offer a new date for ███████ when the next bed becomes available.

Thank you,

*Brandy Ecob on behalf of*

James A. Diegel, Interim Superintendent
Oregon State Hospital

Patient #2

Exhibit 4 to Eurto Declaration
Page 9 of 14

| | |
|---|---|
| **From:** | Nicholas Ensley |
| **To:** | OSH Admissions |
| **Subject:** | Re: Request to transport |
| **Date:** | Friday, August 8, 2025 10:35:46 AM |
| **Attachments:** | image001.png |

You don't often get email from nicholas.ensley@currycountyor.gov. Learn why this is important

**Think twice** before clicking on links or opening attachments. This email came from outside our organization and might not be safe. If you are not expecting an attachment, contact the sender before opening it.

Due to our current staffing levels, we will not be able to accommodate transport on the 11th.

Nicholas Ensley
Corrections Sergeant
Curry County Sheriff's Office
29808 Colvin St. (Physical)
94235 Moore St. #311 (Mailing)
Gold Beach, Or. 97444
541-247-3344
ensleyn@co.curry.or.us

**From:** OSH Admissions <OSH.Admissions@odhsoha.oregon.gov>
**Sent:** Thursday, August 7, 2025 3:05 PM
**To:** !Transports <!Transports@currycountyor.gov>; Ryan Brose <Ryan.Brose@currycountyor.gov>
**Subject:** Request to transport

We need to have ▮▮▮▮▮▮▮▮▮▮ transported to OSH on Monday 8/11. Please confirm as soon as possible and provide an ETA so we can prepare for the admission.

If transport is not able to occur on the day that OSH is offering, we will need to skip over the person we are trying to schedule and move to the next person on the wait list. We will reach back out to arrange transport when the next bed is available. We are not able to hold a bed for another day if the jail is not able to transport on the day offered.

If there are any concerns, please contact Brandy Eurto at brandy.eurto@oha.oregon.gov

**Victor Steffen** | Admissions Analyst

**OREGON STATE HOSPITAL** | **Oregon Health Authority**
Email: **Victor.H.Steffen2@oha.oregon.gov**
Phone: **503-945-9762**
Fax: **503-945-9839**

*CONFIDENTIALITY NOTICE*

*This electronic mail transmission contains information belonging to the Oregon Health Authority and Oregon State Hospital. This information may be confidential and/or legally privileged and is intended only for the use of the addressee(s) designated above. If you are not the intended recipient, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.*

**Oregon State Hospital**

Oregon State Hospital – Department of Admissions

Tina Kotek, Governor



Date: 8/7/2025

Honorable Judge Beaman,

Oregon State Hospital (OSH) is notifying the court and parties that pursuant to this court's Order of Commitment to OSH of ███████████ issued on 7/28/2025, OSH requested Curry Sheriff's Office to transport ███████████ for admission on 8/8/2025. The Curry County Sheriff's Office declined to transport on the day the bed was available. To comply with the OSH's obligations under the federal order in the Mink-Bowman case, OSH is required to offer the bed to another person on the list. *See Oregon Advocacy Center, et al. v. Mink, et al.*, Oregon District Court case no. 3:02-cv-00339-MO. We will offer a new date for ███████████ when the next bed becomes available.

Thank you,

*Brendy ___ on behalf of*

James A. Diegel, Interim Superintendent
Oregon State Hospital

2600 Center St. NE, Salem, OR, 97301

Patient #3

Exhibit 4 to Eurto Declaration
Page 12 of 14

**Oregon State Hospital**

**Oregon State Hospital – Department of Admissions**

Tina Kotek, Governor



Date: 8/8/2025

Honorable Judge Beaman,

Oregon State Hospital (OSH) is notifying the court and parties that pursuant to this court's Order of Commitment to OSH of ▮▮▮▮▮▮▮▮ issued on 7/28/2025, OSH requested Curry Sheriff's Office to transport ▮▮▮▮▮▮▮▮ for admission on 8/11/2025. The Curry County Sheriff's Office declined to transport on the day the bed was available. To comply with the OSH's obligations under the federal order in the Mink-Bowman case, OSH is required to offer the bed to another person on the list. *See Oregon Advocacy Center, et al. v. Mink, et al.*, Oregon District Court case no. 3:02-cv-00339-MO. We will offer a new date for ▮▮▮▮▮▮▮▮ when the next bed becomes available.

Thank you,

*Brendy Saab on behalf of*

James A. Diegel, Interim Superintendent
Oregon State Hospital

2600 Center St. NE, Salem, OR, 97301

Patient #3
Exhibit 4 to Eurto Declaration
Page 13 of 14

**Oregon State Hospital**

Oregon State Hospital – Department of Admissions

Tina Kotek, Governor



Date: 8/8/2025

Honorable Judge Beaman,

Oregon State Hospital (OSH) is notifying the court and parties that pursuant to this court's Order of Commitment to OSH of █████████████ issued on 7/28/2025, OSH requested Curry Sheriff's Office to transport ███████████████ for admission on 8/12/2025. The Curry County Sheriff's Office declined to transport on the day the bed was available. To comply with the OSH's obligations under the federal order in the Mink-Bowman case, OSH is required to offer the bed to another person on the list. *See Oregon Advocacy Center, et al. v. Mink, et al.*, Oregon District Court case no. 3:02-cv-00339-MO. We will offer a new date for ███████████████ when the next bed becomes available.

Thank you,

*Brendy ████ on behalf of*

James A. Diegel, Interim Superintendent
Oregon State Hospital

2600 Center St. NE, Salem, OR, 97301

Patient #3
Exhibit 4 to Eurto Declaration
Page 14 of 14