# Forensic Community Capacity Expansion Projects Now Underway

OHA is spending **$9.4** million to create more placements for the A&A and GEI populations:

- **Northwest Regional Re-Entry Center (NWRRC)**: $4 million to add approximately 20 beds by 8/30/2026.

- **BH-OR-OPCO MLK Center, LLC (Jackson House - SRTF):** $749,900 to add 16 beds by 8/30/26.

- **Lifeworks NW (Kendall House - SRTF):** $300,000 to add 5 beds originally by 8/31/25, new date TBD.

- **Lifeworks NW (Fredrick House - SRTF):** $1.2 million to add 5 beds by 8/30/26.

- **Cascadia (Nadine's Place - SRTF):** $191,704 to update existing facility to prevent loss of beds and provide an ADA accessible bed.

- **Cascadia (23rd Ave House - SRTF):** $449,600 to update existing facility to prevent loss of beds and provide an ADA accessible bed.

- **Cameron Care (Jackson House - SRTF):** $2,508,796 to add 16 beds by 8/30/2027 (new construction for this build will take a minimum of 2 years).