UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 03 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| OREGON ADVOCACY CENTER; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> PATRICK ALLEN, Director of the Department of Human Services, in his official capacity and DOLORES MATTEUCCI, Superintendent of Oregon State Hospital, in her official capacity, <br><br> Defendants - Appellees, <br><br> v. <br><br> MARION COUNTY, Proposed Intervenor, <br><br> Movant - Appellant. | No. 23-35516 <br><br> D.C. No. 3:02-cv-00339-MO <br> U.S. District Court for Oregon, Portland <br><br> **MANDATE** |

The judgment of this Court, entered May 10, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT