ELLEN F. ROSENBLUM  
Attorney General  
CARLA A. SCOTT #054725  
SHEILA H. POTTER #993485  
CRAIG M. JOHNSON #080902  
Senior Assistant Attorneys General  
SHAUNEE MORGAN #194256  
Assistant Attorney General  
Department of Justice  
100 SW Market Street  
Portland, OR 97201  
Telephone: (971) 673-1880  
Fax: (971) 673-5000  
Email:  Carla.A.Scott@doj.oregon.gov  
          Sheila.Potter@doj.oregon.gov  
          Craig.M.Johnson@doj.oregon.gov  
          Shaunee.Morgan@doj.oregon.gov  

Attorneys for Defendants Patrick Allen, Sajel Hathi, Dolores Matteucci, and Sara Walker

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON, <br><br>Plaintiffs, <br><br>v. <br><br>SAJEL HATHI, in her official capacity as head of the Oregon Health Authority, and SARA WALKER in her official capacity as Interim Superintendent of the Oregon State Hospital, <br><br>Defendants. | Case No.  3:02-cv-00339-AN (Lead Case) <br> Case No.  3:21-cv-01637-AN (Member Case) <br> Case No.  6:22-CV-01460-AN (Member Case) <br><br> NOTICE RE ECF NO. 515 |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON, <br><br>Plaintiffs, <br><br>v. <br><br>SARA WALKER, Interim Superintendent of the Oregon State Hospital, in her official | Case No.  3:21-cv-01637-AN (Member Case) |

Page 1 -   NOTICE RE ECF NO. 515  
  CAS/a3m/976296124

capacity, DOLORES MATTEUCCI, in her individual capacity, SAJEL HATHI, Director of the Oregon Health Authority, in her official capacity, and PATRICK ALLEN in his individual capacity,

      Defendants.

LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES OREGON,

      Plaintiffs,

v.

SAJEL HATHI, in her official capacity as Director of Oregon Health Authority,

      Defendant.

Case No. 6:22-CV-01460-AN (Member Case)

## NOTICE

Defendants hereby provide notice of that as of today they have returned to compliance with this Court's Second Amended Order to Implement Neutral Expert's Recommendations (Second Amended Order) issued on July 3, 2023, at ECF No. 416. On October 10, 2024, the Oregon State Hospital discharged the patient at issue in Defendants prior notice at ECF No. 515 through transport provided by the Marion County Sheriff's Office to a community restoration placement.

DATED October 10, 2024.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

    *s/ Carla A. Scott*
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
SHEILA H. POTTER #993485

Page 2 -   NOTICE RE ECF NO. 515
        CAS/a3m/976296124

        Senior Assistant Attorneys General
SHAUNEE MORGAN # 194256
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Carla.A.Scott@doj.oregon.gov
Sheila.Potter@doj.oregon.gov
Craig.M.Johnson@doj.oregon.gov
Shaunee.Morgan@doj.oregon.gov
Of Attorneys for Defendants

Page 3 -    NOTICE RE ECF NO. 515
      CAS/a3m/976296124