
Emily Cooper OSB #182254
ecooper@droregon.org
Thomas Stenson OSB #152894
tstenson@droregon.org
Dave Boyer, OSB # 235450
Dboyer@droregon.org
**Disability Rights Oregon**
511 SW 10th Avenue, Suite 200
Portland, Oregon 97205
(503) 243-2081
*Counsel for Amicus Curiae Disability Rights Oregon*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LEGACY EMANUAL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; PROVIDENCE HEALTH & SERVICES—OREGON; and ST. CHARLES HEALTH SYSTEM, INC., <br><br>Plaintiffs,<br><br>v.<br><br>PATRICK ALLEN, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>**Error! Reference source not found.**. | Case No. 6:22-cv-01460-MO<br>Case No. 3:02-cv-00339-MO (Lead Case)<br>Case No. 3:21-cv-01637-MO (Member Case)<br><br>DECLARATION OF THOMAS STENSON IN SUPPORT OF AMICUS BRIEF REGARDING MOTIONS TO INTERVENE AND THIRD-PARTY STANDING |

**DECLARATION OF THOMAS STENSON IN SUPPORT OF AMICUS BRIEF REGARDING MOTIONS TO INTERVENE AND THIRD-PARTY STANDING**

I hereby declare under penalty of perjury:

1. I am a resident of Oregon, over the age of 21, and competent to testify to the following.

Page 1 -   DECLARATION OF THOMAS STENSON IN SUPPORT OF AMICUS BRIEF REGARDING MOTIONS TO INTERVENE AND THIRD-PARTY STANDING

2. Attached as Exhibit 1 to this declaration is a true and correct copy of the February 2024 report—with minor redactions—of the Centers for Medicare & Medicaid Services regarding EMTALA violations at the Providence Milwaukie Hospital, dated February 15, 2024.

3. Providence Milwaukie Hospital is a hospital operated by Providence Health & Services-Oregon, one of the plaintiffs in this matter.

DATED January 21, 2025.

DISABILITY RIGHTS OREGON

/s *Thomas Stenson*
Emily Cooper OSB # 182254
ecooper@droregon.org
Thomas Stenson, OSB # 152894
tstenson@droregon.org
Dave Boyer, OSB # 235450
Dboyer@droregon.org
511 SW 10th, Suite 200
Portland OR 97205
Tel:    (503) 243 2081
FAX:   (503) 243 1738

*Counsel for Plaintiff Disability Rights Oregon*