DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
SHEILA H. POTTER #993485
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Carla.A.Scott@doj.oregon.gov
Sheila.Potter@doj.oregon.gov
Craig.M.Johnson@doj.oregon.gov
Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sajel Hathi, Dolores Matteucci, and Sara Walker

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>SEJAL HATHI, in her official capacity as head of the Oregon Health Authority, and SARA WALKER in her official capacity as Interim Superintendent of the Oregon State Hospital,<br><br>Defendants. | Case No. 3:02-cv-00339-AN (Lead Case)<br>Case No. 3:21-cv-01637-AN (Member Case)<br>Case No. 6:22-CV-01460-AN (Member Case)<br><br>DECLARATION OF EBONY CLARKE |



Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

| | |
|---|---|
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>Plaintiffs,<br><br>v.<br><br>SARA WALKER, Interim Superintendent of the Oregon State Hospital, in her official capacity, DOLORES MATTEUCCI, in her individual capacity, SEJAL HATHI, Director of the Oregon Health Authority, in her official capacity, and PATRICK ALLEN in his individual capacity,<br><br>Defendants. | Case No. 3:21-cv-01637-AN (Member Case) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES OREGON,<br><br>Plaintiffs,<br>v.<br><br>SEJAL HATHI, in her official capacity as Director of Oregon Health Authority,<br><br>Defendant. | Case No. 6:22-CV-01460-AN (Member Case) |

I, Ebony Clarke, declare:

1. I am the Behavioral Health Director at the Oregon Health Authority ("OHA").

2. I make this declaration based upon a combination of personal knowledge and in reliance upon records which are regularly maintained in the ordinary course of business.

3. OHA is required to operate within established budgets and all funds in its budget for the relevant biennium (2025-2027) are allotted to crucial programs and staffing. There are no discretionary funds available to pay fines. In addition, OHA anticipates a loss of $4,556,029.28 in federal funds due to cuts imposed by the federal government. If a stay of the Order imposing fines is not granted, irreparable harm will result.



Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

4. After performing an analysis of where potential fine money would come from to minimize negative impacts, OHA may be unable to pay COLA increases to the entire behavioral health workforce in the community necessary to maintain the pace of increased workforce demands. OHA would also likely become unable to meet unplanned or unexpected behavioral health needs, leaving it unable to serve Oregonians when emergency situations arise.

5. Long-planned capacity-building in the community is now regularly bringing new community placements online, as demonstrated in the chart below:

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /



Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

| Organization & Facility Name* | Facility Type | Population Addressed | Capacity (Beds) | Anticipated Occupancy Date** |
|---|---|---|---|---|
| Ohana Ventures New Wave – Centurion RTH | RTH | Civil/PSRB/AA | 5 | 4/01/25 |
| New Narrative – Gresham RTF | RTF | PSRB | 11 | 5/01/25 |
| Coos County – Azalea House AFH | AFH | Serious and Persistent Mental Illness and Activities of Daily Living | 5 | 5/15/25 |
| Lane County - Bracole AFH | AFH | Serious and Persistent Mental Illness | 5 | 06/01/25 |
| Lifeworks - Kendall House | RTH | AA | 5 | 08/31/2025 |
| CGCH II, Inc – 300 RTF | RTF | Civil/AA | 10 | 07/30/25 |
| Live.Grow.Share - Lotus RTF | RTF | Civil/PSRB | 16 | 07/31/25 |
| Cascadia – Treeline RTF | RTF | AA | 10 | 08/01/25 |
| KBBH - RTF & Crisis Center | RTF | SPMI | 16 | 12/01/25 |
| Cascadia - Buena Vista RTF | RTF | PSRB | 6 | 06/30/2025 |
| CGCH II, Inc – 301 RTF | RTF | Civil/AA | 10 | 12/30/25 |
| **Total** | | | **99** | **By End of 2025** |

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on June 18, 2025.

*s/ Ebony Clarke*
EBONY CLARKE



Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000