Emily Cooper, OSB #182254
ecooper@droregon.org
Thomas Stenson, OSB #152894
tstenson@droregon.org
David Boyer, OSB # 235450
dboyer@droregon.org
Hanah Morin, OSB # 230043
hmorin@droregon.org
Disability Rights Oregon
511 SW 10th Avenue, Suite 200
Portland, Oregon 97205
(503) 243-2081
*Counsel for Plaintiff, Disability Rights Oregon*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC.,** & **A.J. MADISON,** Plaintiffs, <br><br> v. <br><br> **SAJEL HATHI,** in her official capacity as head of the Oregon Health Authority, & **SARA WALKER**, in her official capacity as Superintendent of the Oregon State Hospital, Defendants. <br><br> **JAROD BOWMAN** and **JOSHAWN DOUGLAS-SIMPSON**, Plaintiffs, <br><br> v. <br><br> **SARA WALKER**, Interim Superintendent of the Oregon State Hospital, in her official capacity, **SAJEL HATHI**, Director of the Oregon Health Authority, in her official capacity, Defendants. | Case No. 3:02-cv-00339-AN (Lead Case) <br> Case No. 3:21-cv-01637-AN (Member Case) <br><br><br> PLAINTIFFS' PETITION FOR ATTORNEYS' FEES AND COSTS |

///

///

///

## LR 7-1(a) CERTIFICATE OF COMPLIANCE

In compliance with LR 7-1(a), Plaintiff Disability Rights Oregon ("DRO") hereby certifies they conferred in good faith with Defendants' counsel regarding the issues in dispute, but the Parties have been unable to reach an agreement.

## MOTION

Plaintiff DRO respectfully moves this Court for an award of reasonable attorney fees and costs in the amount of $214,218.50. Plaintiff makes this motion pursuant to 42 U.S.C. § 1988 and Fed. R. Civ. P. 54(d).

This motion is supported by the following, submitted herewith:

1. Plaintiff's Brief in Support of its Motion for Attorney Fees and Costs.
2. Declaration of lead counsel, Emily Cooper, in Support of Plaintiff's Motion for Attorney Fees and Costs;
3. Declaration of Tom Stenson in Support of Plaintiff's Motion for Attorney Fees and Costs;
4. Declaration of Hanna Morin in Support of Plaintiff's Motion for Attorney Fees and Costs; and
5. Declaration of Dave Boyer in Support of Plaintiff's Motion for Attorney Fees and Costs;

A summary of the fees and costs, showing a breakdown of the number of hours and rates of each attorney is attached to Emily Cooper's Declaration as Exhibits D and E.

In addition, Plaintiff reserves the right to seek recovery for all work performed in this fee petition proceeding, in an amount to be determined and submitted at the appropriate time.

For the reasons set forth herein and in supporting documents, Plaintiff DRO respectfully requests this Court enter an order granting Plaintiff's Petition for Attorney Fees and Costs in the

amount of $214,218.50, granting fees and costs for the work performed in the present action in an amount to be calculated, and granting post-judgment interest as appropriate at the current applicable rate.

DATED this 20th day of June, 2025.

Respectfully Submitted:

/s *Emily Cooper*
David Boyer OSB # 235450
dboyer@droregon.org
Emily Cooper OSB # 182254
ecooper@droregon.org
Thomas Stenson, OSB # 152894
tstenson@droregon.org
Hanah Morin, OSB # 230043
hmorin@droregon.org
511 SW 10th, Suite 200
Portland OR 97205
Telephone: (503) 243 2081
Facsimile: (503) 243 1738
*Counsel for Plaintiff Disability Rights Oregon*