Victoria K. Baker, OSB #225400
E-mail: victoria.baker@bakersterchi.com
BAKER STERCHI COWDEN & RICE LLC
<u>Mailing Address:</u>
2100 Westlake Avenue, N., Suite 206
Seattle, Washington  98109
<u>Physical Address:</u>
1120 SE Madison Street
Portland, Oregon  97214
Telephone:  (971) 374-5580

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON; METROPOLITAN PUBLIC DEFENDERS INCORPORATED; and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>SEJAL HATHI, in her official capacity as Director of Oregon Health Authority; and SARA WALKER, in her official capacity as Interim Superintendent of the Oregon State Hospital,<br><br>Defendants.<br>(*caption continued next page*) | Case No. 3:02-cv-00339-AN (Lead Case)<br>Case No. 3:21-cv-01637-AN (Member Case)<br>**Case No. 6:22-cv-01460-AN (Member Case)**<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

| | |
|---|---|
| JAROD BOWMAN; and JOSHAWN DOUGLAS SIMPSON,<br><br>              Plaintiffs,<br><br>    v.<br><br>SARA WALKER, Interim Superintendent of the Oregon State Hospital, in her official capacity; DOLORES MATTEUCCI, in her individual capacity; SAJEL HATHI, Director of the Oregon Health Authority, in her official capacity; and PATRICK ALLEN, in his individual capacity,<br><br>              Defendants. | Case No. 3:21-cv-01637-AN (Member Case) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; PROVIDENCE HEALTH & SERVICES – OREGON; and ST. CHARLES HEALTH SYSTEM, INC.,<br><br>              Plaintiffs,<br><br>    v.<br><br>SEJAL HATHI, MD, in her official capacity as Director of Oregon Health Authority,<br><br>              Defendant. | Case No. 6:22-cv-01460-AN (Member Case) |

      PLEASE TAKE NOTICE that pursuant to Local Rule 83-11(b), the undersigned attorney, Victoria K. Baker, hereby withdraws as co-counsel for Defendant Sejal Hathi, MD, in her official capacity as Director of Oregon Health Authority, in Case No. 6:22-cv-01460-AN, and shall no longer be associated as counsel of record. Defendant Sejal Hathi, MD remains represented by Jon W. Monson and Nicole M. Swift of Cable Huston LLP, and by

**NOTICE OF WITHDRAWAL OF COUNSEL**
**Page 2**

Carla A. Scott, Sheila H. Potter, Craig M. Johnson, and Shaunee Morgan of the Oregon Department of Justice. This withdrawal shall take effect immediately.

DATED: September 10, 2025.

                                          BAKER STERCHI COWDEN & RICE, LLC

                                        By  *s/ Victoria K. Baker*
                                              Victoria K. Baker, OSB #225400
                                              E-mail: victoria.baker@bakersterchi.com
                                              Telephone: (971) 374-5580

                                              **Mailing Address:**
                                              **2100 Westlake Avenue, N., Suite 206**
                                              **Seattle, Washington  98109**
                                              Physical Address:
                                              1120 SE Madison Street
                                              Portland, Oregon  97214

                                              *Withdrawing Attorney for Defendant Sejal Hathi, MD, in her official capacity as Director of Oregon Health Authority*

4925-2808-6120, v. 1