BILLY J. WILLIAMS, Bar No. 901366
billy.williams@bbklaw.com
JOSH NEWTON, Bar No. 983087
josh.newton@bbklaw.com
SARAH MONKTON, Bar No. 196018
sarah.monkton@bbklaw.com
BEST BEST & KRIEGER LLP
360 SW Bond Street, Suite 400
Bend, Oregon  97702
Telephone:  (541) 382-3011
Facsimile:  (541) 388-5410

*Of Attorneys for Amici Curiae Washington County District Attorney, Clackamas County District Attorney, and Marion County District Attorney*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SEJAL HATHI, in her official capacity as Director of Oregon Health Authority, and JAMES DIEGEL, in his official capacity as INTERIM Superintendent of the Oregon State Hospital,<br><br>　　　　　Defendants.<br>　　　　　(*caption continued next page*) | Case No.: 3:02-cv-00339-AN (Lead Case)<br>Case No.: 3:21-cv-01637-AN (Member Case)<br><br>***AMICI* DISTRICT ATTORNEYS' MOTION TO WITHDRAW AS *AMICUS CURIAE*** |

Page 1 – **AMICI DISTRICT ATTORNEYS' MOTION TO WITHDRAW AS AMICUS CURIAE**
13914.00001\42896621.3

| | |
|---|---|
| JAROD BOWMAN, and JOSHAWN DOUGLAS-SIMPSON,<br><br>      Plaintiffs,<br><br>    v.<br><br>JAMES DIEGEL, Interim Superintendent of the Oregon State Hospital, in his official capacity, SEJAL HATHI, Director of Oregon Health Authority, in her official capacity; and PATRICK ALLEN, in his individual capacity,<br><br>      Defendants. | Case No.: 3:21-cv-01637-AN (Member Case) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; PROVIDENCE HEALTH & SERVICES – OREGON, and ST. CHARLES HEALTH SYSTEM, INC.<br><br>      Plaintiffs,<br><br>    v.<br><br>SEJAL HATHI, MD, in her official capacity as Director of Oregon Health Authority,<br><br>      Defendant. | Case No.: 6:22-cv-01460-AN (Member Case) |

Pursuant to Local Rule 7-1, counsel certifies that he has conferred, or attempted to confer in good faith with counsel for the plaintiffs, defendants, and the other *amici curiae* through personal communication. To date, no counsel expressed opposition or have objection to this motion.

*Amici* District Attorneys no longer wish to continue as amicus curiae in these consolidated matters. *Amici* District Attorneys, therefore, respectfully move the Court for an entry of an order withdrawing as *amicus curiae*.

Page 2 – **AMICI DISTRICT ATTORNEYS' MOTION TO WITHDRAW AS AMICUS CURIAE**
13914.00001\42896621.3

Dated: September 15, 2025

BEST BEST & KRIEGER LLP

By: *s/ Billy J. Williams*
 BILLY J. WILLIAMS, Bar No. 901366
 billy.williams@bbklaw.com
 JOSH NEWTON, Bar No. 983087
 josh.newton@bbklaw.com
 SARAH MONKTON, Bar No. 196018
 sarah.monkton@bbklaw.com

 Attorneys for Amicus Curiae
 Washington County District Attorney,
 Clackamas County District Attorney, and
 Marion County District Attorney

Page 3 – **AMICI DISTRICT ATTORNEYS' MOTION TO WITHDRAW AS AMICUS CURIAE**
13914.00001\42896621.3

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Oregon via the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

        BEST BEST & KRIEGER LLP

        *s/ Billy Williams*
        Billy Williams, Bar No. 901366
        Billy.williams@bbklaw.com

        *Of Attorneys for Amici Curiae*