IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DISABILITY RIGHTS OREGON,[1] METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>        Plaintiffs,<br>v.<br><br>SEJAL HATHI, in her official capacity as Director of the Oregon Health Authority, and JAMES DIEGEL, in his official capacity as Interim Superintendent of the Oregon State Hospital,<br><br>        Defendants. | Case No.: 3:02-cv-00339-AN (lead)<br>             3:21-cv-01637-AN<br>             (consolidated)<br><br>SECOND JUDGMENT REGARDING CONTEMPT FINES |

        Based on this Court's Opinion and Order of June 6, 2025, ECF [604], and Opinion and Order of August 6, 2025, ECF [645],

        1.        Judgment is entered against defendants in the total amount of $1,257,000.00, in contempt fines covering the period of July 15, 2025, through November 14, 2025.

        2.        Delineated, this total amount consists of $127,000.00 for the period of July 15, 2025, through August 14, 2025; $187,000.00 for the period of August 15, 2025, through September 14, 2025; $447,000.00 for the period of September 15, 2025, through October 14, 2025; and $496,000.00 for the period of October 15, 2025, through November 14, 2025.

        3.        The total amount of $1,257,000.00 shall be paid via cashier's check or certified check, payable to the Clerk, U.S. District Court.

---

[1] Plaintiff Disability Rights Oregon ("DRO") is named on the docket as "Oregon Advocacy Center" but has been largely referred to as DRO in this case since approximately January of 2023.

      4.      This Judgment shall bear interest at the federal statutory rate until satisfied.  This interest shall begin to accrue one calendar day following the date of entry of the Judgment and shall continue to accrue until satisfied.

IT IS SO ORDERED.

      DATED this 9th day of December, 2025.

*Adrienne E. Nelson*
Adrienne Nelson
United States District Judge