DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
SHEILA H. POTTER #993485
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.oregon.gov
              Sheila.Potter@doj.oregon.gov
              Craig.M.Johnson@doj.oregon.gov
              Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sejal Hathi, Dolores Matteucci, and James Diegel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>SEJAL HATHI, in her official capacity as head of the Oregon Health Authority, and JAMES DIEGEL in his official capacity as Interim Superintendent of the Oregon State Hospital,<br><br>Defendants. | Case No.  3:02-cv-00339-AN (Lead Case)<br>Case No.  3:21-cv-01637-AN (Member Case)<br>Case No.  6:22-CV-01460-AN (Member Case)<br><br>DEFENDANTS' DECEMBER 22, 2025, STATUS REPORT |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES DIEGEL, Interim Superintendent of the Oregon State Hospital, in his official capacity, DOLORES MATTEUCCI, in her | Case No.  3:21-cv-01637-AN (Member Case) |

Page 1 -    DEFENDANTS' DECEMBER 22, 2025, STATUS REPORT
        CAS/j3b/1007126732
                                                    Department of Justice
                                                    100 SW Market Street
                                                    Portland, OR 97201
                                            (971) 673-1880 / Fax: (971) 673-5000

individual capacity, SEJAL HATHI, Director of the Oregon Health Authority, in her official capacity, and PATRICK ALLEN in his individual capacity,

        Defendants.

LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES OREGON,

        Plaintiffs,
  v.

SEJAL HATHI, in her official capacity as Director of Oregon Health Authority,

        Defendant.

Case No. 6:22-CV-01460-AN (Member Case)

Pursuant to this Court's December 9, 2025, Minute Order, Defendants provide this update on the status of negotiations between the Oregon Health Authority (OHA) and the counties regarding the County Financial Assistance Agreement (CFAA). Through the CFAA, OHA contracts with the county Community Mental Health Programs (CMHPs) to provide and coordinate, among other things, services to both persons discharging from the Oregon State Hospital (OSH) and to persons at risk of being committed to OSH or other facilities.

Between December 8 and 17, 2205, three structured meetings were held to advance these negotiations and reach mutual agreement. The meetings included representatives from the Governor's Office, the OHA Behavioral Health Director, the Oregon Department of Justice, the Association of County Commissioners, a small group of county counsels, and Community Mental Health Program (CMHP) Directors.

As a result of these discussions, along with follow-up emails and phone calls, Defendants are confident that mutual agreement has been achieved. The Association of Oregon Counties (AOC) President has confirmed that the majority, if not all, of the counties

intend to sign the CFAA. The CFAA will need to be signed by the county councils in board actions. In light of the upcoming holidays and the fact that many county boards do not meet again until after the new year, the AOC President has been working behind the scenes to connect with counties individually to confirm their intent to sign.

Concurrently, OHA has worked expeditiously over the past week to review and approve final local plans and budgets to ensure that contracts can be processed, signed, and executed without delay. In summary, thirty (30) approval letters have been issued. Three (3) CMHPs are in the process of finalizing revisions of their local plans & budgets (Lake, Malheur, and Lane). Two (2) CMHPs have not yet submitted their revised plans & budgets (Clackamas & Warm Springs).

DATED December  22 , 2025.

Respectfully submitted,

DAN RAYFIELD
Attorney General

    s/ Carla A. Scott
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
SHEILA H. POTTER #993485
Senior Assistant Attorneys General
JILL CONBERE # 193430
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Carla.A.Scott@doj.oregon.gov
Sheila.Potter@doj.oregon.gov
Craig.M.Johnson@doj.oregon.gov
Jill.Conbere@doj.oregon.gov
Of Attorneys for Defendants

Page 3 -   DEFENDANTS' DECEMBER 22, 2025, STATUS REPORT
CAS/j3b/1007126732

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000