FILED 29 DEC '25 11:22USDC-ORP

PRESTON BERMAN
2600 Center St. NE
Salem, OR 97301-2669
Telephone: (503) 947-3764
Preston@CitizensForMentalHealthReform.com

Non-Party Movant, appearing pro se

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON; METROPOLITAN PUBLIC DEFENDER SERVICES, INC; A.J. MADISON, <br><br> Plaintiffs, <br><br> v. <br><br> SEJAL HATHI, in her official capacity as Director of the Oregon Health Authority; JAMES DIEGEL, in his official capacity as Interim Superintendent of the Oregon State Hospital, <br><br> Defendants. | Case No: 3:02-cv-00339-AN (lead) <br> 3:21-cv-01637-AN <br> (consolidated) <br><br> NON-PARTY PRESTON BERMAN'S MOTION FOR LEAVE TO APPEAR AS AMICUS CURIAE AND TO FILE AMICUS BRIEF <br><br> (Attached: Proposed Amicus Brief; Exhibit 1; Exhibit 2) |

PAGE 1 - NON-PARTY PRESTON BERMAN'S MOTION FOR LEAVE TO APPEAR AS
AMICUS CURIAE

## CERTIFICATION OF CONFERRAL (LR 7-1)

Pursuant to LR 7-1(a), Movant certifies that they made a good faith effort to confer with counsel for Plaintiffs and Defendants regarding the relief requested in this motion. On December 13, 2025, Movant sent an email to Emily Cooper (OSB #182254), Thomas Stenson (OSB #152894), and David Boyer (OSB #235450), counsel for Plaintiff Disability Rights Oregon. On December 14, 2025, Movant sent an email to Jesse Merrithew (OSB #074564), counsel for Plaintiffs Metropolitan Public Defender Services, Inc. and A. J. Madison. In addition, on December 13, 2025, Movant sent an email to counsel for Defendants, Carla A. Scott (OSB #054725), Sheila H. Potter (OSB #993485), Craig M. Johnson (OSB #080902), and Jill Conbere (OSB #193430), requesting consent or a statement of position regarding this motion.

As of December 16, 2025, Plaintiff Disability Rights Oregon "DRO takes no position on your Motion for Leave to Appear as Amicus in Mink." Plaintiffs Metropolitan Public Defender Services, Inc. and A. J. Madison "I do not object to you appearing as amicus for the limited purpose of submitting this brief for the court's consideration. It's not clear to me whether you're asking for anything beyond that. I would oppose ongoing amicus status for a single individual but am open to considering other targeted submissions like this one in the future" , and Defendants "Take no position on the motion."

## MOTION

Non-Party Movant Preston Berman ("Movant"), appearing pro se, respectfully moves for leave to appear as amicus curiae and to file the attached Amicus Brief and Exhibits 1 and 2, in these consolidated matters. This motion is brought under Federal Rule of Civil Procedure 7(b)(1), D. Or. LR 7-1, and the Court's inherent authority to permit amicus participation.

PAGE 2 - NON-PARTY PRESTON BERMAN'S MOTION FOR LEAVE TO APPEAR AS AMICUS CURIAE

District courts have broad discretion to permit amici when an amicus submission will assist the court, including by providing a distinct perspective or expertise not fully presented by the parties. *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982); see also *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005).

Movant is a long-term patient under the jurisdiction of the Psychiatric Security Review Board (PSRB) and currently hospitalized at the Oregon State Hospital. Movant seeks to provide the Court with a focused, experience-based perspective relevant to remedial and operational issues in this consolidated litigation, which concerns system-wide capacity and compliance across both aid-and-assist and GEI admission pathways.

Movant's proposed amicus submission is narrowly tailored. It does not seek to intervene, add claims or parties, or expand the scope of the litigation. Instead, it offers concrete, administratively feasible options the Court may consider in evaluating remedial design and ongoing compliance monitoring. *See Legacy Health Sys. v. Allen,* No. 6:22-cv-01460-AN (consolidated), Op. & Order at 4-5 (D. Or. Dec. 9, 2025) (describing the consolidated Mink and Bowman matters and noting prior amicus participation).

For these reasons, Movant respectfully requests that the Court grant leave for Movant to appear as amicus curiae and to file the attached Amicus Brief with Exhibit 1 and Exhibit 2.

## **PRAYER FOR RELIEF**

WHEREFORE, Non-Party Movant Preston Berman respectfully prays that the Court:

1.  Grant Movant leave to appear as amicus curiae in this consolidated matter;

2.  Grant Movant leave to file the accompanying Amicus Brief and supporting Exhibits 1
    and 2; and

3.  Grant such other and further relief as the Court deems just and proper.

DATED: December 16, 2025.           Respectfully submitted,

                                    s/ *Preston Berman*
                                    PRESTON BERMAN
                                    2600 Center St. NE
                                    Salem, OR 97301-2669
                                    Telephone: (503) 947-3764
                                    Preston@CitizensForMentalHealthReform.com

                                    Non-Party Movant, appearing pro se

## CERTIFICATE OF SERVICE

I certify that on December 16, 2025, I served the foregoing NON-PARTY PRESTON

BERMAN'S MOTION FOR LEAVE TO APPEAR AS AMICUS CURIAE AND TO FILE

AMICUS BRIEF upon the parties hereto by the method indicated below, and addressed to the

following:

| | |
|---|---|
| DAN RAYFIELD | ___ HAND DELIVERY |
| Attorney General | ___ MAIL DELIVERY |
| CARLA A. SCOTT #054725 | ___ OVERNIGHT MAIL |
| SHEILA H. POTTER #993485 | ___ TELECOPY (FAX) |
| CRAIG M. JOHNSON #080902 | _X_ E-MAIL |
| Senior Assistant Attorneys General | ___ E-SERVE |
| JILL CONBERE #193430 | |
| Assistant Attorney General | |
| Department of Justice | |
| 100 SW Market Street | |
| Portland, OR 97201 | |
| Telephone: (971) 673-1880 | |
| Fax: (971) 673-5000 | |
| Email: Carla.A.Scott@doj.oregon.gov | |
|  Sheila.Potter@doj.oregon.gov | |
|  Craig.M.Johnson@doj.oregon.gov | |
|  Jill.Conbere@doj.oregon.gov | |

*Attorneys for Defendants Patrick Allen, Sejal Hathi,*
*Dolores Matteucci, and James Diegel*

DATED: December 16, 2025.        Respectfully submitted,

s/ *Preston Berman*
PRESTON BERMAN
2600 Center St. NE
Salem, OR 97301-2669
Preston@CitizensForMentalHealthReform.com

Non-Party Movant, appearing pro se

## CERTIFICATE OF SERVICE

I certify that on December 16, 2025, I served the foregoing NON-PARTY PRESTON

BERMAN'S MOTION FOR LEAVE TO APPEAR AS AMICUS CURIAE AND TO FILE

AMICUS BRIEF upon the parties hereto by the method indicated below, and addressed to the

following:

Emily Cooper OSB #182254
ecooper@droregon.org
Thomas Stenson OSB #152894
tstenson@droregon.org
David Boyer OSB # 235450
dboyer@droregon.org
Disability Rights Oregon
511 SW 10th Avenue, Suite 200
Portland, Oregon 97205
(503) 243-2081
*Counsel for Plaintiff, Disability Rights Oregon*

_____ HAND DELIVERY
_____ MAIL DELIVERY
_____ OVERNIGHT MAIL
_____ TELECOPY (FAX)
__X_ E-MAIL
_____ E-SERVE

DATED: December 16, 2025.

Respectfully submitted,

s/ *Preston Berman*
PRESTON BERMAN
2600 Center St. NE
Salem, OR 97301-2669
Preston@CitizensForMentalHealthReform.com

Non-Party Movant, appearing pro se

## CERTIFICATE OF SERVICE

I certify that on December 16, 2025, I served the foregoing NON-PARTY PRESTON

BERMAN'S MOTION FOR LEAVE TO APPEAR AS AMICUS CURIAE AND TO FILE

AMICUS BRIEF upon the parties hereto by the method indicated below, and addressed to the

following:

Jesse Merrithew OSB #074564
Email: jesse@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241
Facsimile: (971) 544-7092

___ HAND DELIVERY
___ MAIL DELIVERY
___ OVERNIGHT MAIL
___ TELECOPY (FAX)
_X_ E-MAIL
___ E-SERVE

Counsel for Plaintiffs Metropolitan Public Defender;
A.J. Madison

DATED: December 16, 2025.                  Respectfully submitted,

                                           s/ *Preston Berman*
                                           PRESTON BERMAN
                                           2600 Center St. NE
                                           Salem, OR 97301-2669
                                           Preston@CitizensForMentalHealthReform.com

                                           Non-Party Movant, appearing pro se