Eric J. Neiman, OSB #823513  
eneiman@ebglaw.com  
Emma P. Pelkey, OSB #144029  
epelkey@ebglaw.com  
EPSTEIN BECKER & GREEN, P.C.  
1125 NW Couch St., Suite 500  
Portland, OR  97209  
Telephone:  503.343.6475  

Thomas R. Johnson, OSB #010645  
Tom.Johnson@stoel.com  
Alex Van Rysselberghe, OSB #174836  
Alex.VanRysselberghe@stoel.com  
STOEL RIVES LLP  
760 SW Ninth Avenue, Suite 3000  
Portland, OR  97205  
Telephone:  503.224.3380  

*Attorneys for Plaintiffs*

Hon. Adrienne Nelson

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON; METROPOLITAN PUBLIC DEFENDERS INC.; and A.J. MADISON,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>SEJAL HATHI, in her official capacity as Director of Oregon Health Authority; and JAMES DIEGEL, in his official capacity as Interim Superintendent of the Oregon State Hospital,<br><br>　　　　　　Defendants, | Case No.:  3:02-cv-00339-AN (Lead Case)<br><br>DECLARATION OF ERIC J. NEIMAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT |

DECLARATION OF ERIC J. NEIMAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT  
Page 1

**EPSTEIN BECKER & GREEN, P.C.**  
1125 NW Couch Street, Suite 500  
Portland, Oregon 97209  
Phone: 503.334.6475 • Fax: 503.343.6476

**STOEL RIVES** LLP  
760 SW Ninth Avenue, Suite 3000  
Portland, Oregon 97205  
Phone: 503.224.3380 • Fax: 1.503.220.2480

| | |
|---|---|
| JAROD BOWMAN; and JOSHAWN DOUGLAS SIMPSON,<br><br>        Plaintiffs,<br><br>v.<br><br>JAMES DIEGEL, Interim Superintendent of the Oregon State Hospital, in his official capacity; DOLORES MATTEUCCI, in her individual capacity; SEJAL HATHI, Director of Oregon Health Authority, in her official capacity; and PATRICK ALLEN in his individual capacity,<br><br>        Defendants, | Case No.: 3:21-cv-01637-AN (Member Case) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; PROVIDENCE HEALTH & SERVICES – OREGON; and ST. CHARLES HEALTH SYSTEM,<br><br>        Plaintiffs,<br><br>v.<br><br>SEJAL HATHI, in her official capacity as Director of Oregon Health Authority,<br><br>        Defendant. | Case No.: 6:22-cv-01460-AN (Member Case) |

I, Eric J. Neiman, declare as follows:

1.     I am one of the attorneys for Plaintiffs in the consolidated case *Legacy v. Hathi*, 6:22-cv-01460-AN. This declaration is based on personal knowledge.

DECLARATION OF ERIC J. NEIMAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT
Page 2

**EPSTEIN BECKER & GREEN, P.C.**
1125 NW Couch Street, Suite 500
Portland, Oregon 97209
Phone: 503.334.6475 • Fax: 503.343.6476

**STOEL RIVES** LLP
760 SW Ninth Avenue, Suite 3000
Portland, Oregon 97205
Phone: 503.224.3380 • Fax: 1.503.220.2480

2. I have conferred with Jon Monson, counsel for Defendant, regarding the extension requested in Plaintiffs' motion, and received his consent to our proposed extension.

3. Plaintiffs seek a 30-day extension of time—from Thursday, January 8, 2026, through and including Friday, February 6, 2026, within which to file a Third Amended Complaint.

4. The reason for this request is to allow Plaintiffs and their counsel sufficient time to confer and coordinate among themselves regarding whether to proceed with filing a Third Amended Complaint pursuant to this Court's order entered on December 9, 2025. *See* Doc. 473. The 30-day extension will then allow sufficient time to draft the Third Amended Complaint if Plaintiffs choose to proceed in that manner.

5. This is Plaintiffs' first request for an extension of this deadline.

6. This request is made in good faith and not for purposes of delay.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: December 30, 2025

> *s/ Eric J. Neiman, OSB No. 823513*
> Eric J. Neiman, OSB No. 823513
> eneiman@ebglaw.com
> *Attorney for Plaintiffs*

DECLARATION OF ERIC J. NEIMAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT
Page 3

EPSTEIN BECKER & GREEN, P.C.
1125 NW Couch Street, Suite 500
Portland, Oregon 97209
Phone: 503.334.6475 • Fax: 503.343.6476

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, Oregon 97205
Phone: 503.224.3380 • Fax: 1.503.220.2480