# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF Oregon

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:02-cv-00339-AN (lead); 3:21-cv-01637-AN

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 3/19/2002

Date of judgment or order you are appealing: 1/8/2026

Docket entry number of judgment or order you are appealing: 701

**Fee paid for appeal?** *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Sejal Hathi, Director of Oregon Health Authority, in her official capacity; James Diegel, Interim Superintendent of Oregon State Hospital, in his official capacity

Is this a cross-appeal?  ○ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ⦿ Yes   ○ No

If yes, what is the prior appeal case number? 25-3868; 25-5609; 25-5769; 26-64

Your mailing address (if pro se):

City:           State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Robert Koch      **Date** 1/20/2026

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                          Rev. 06/09/2022

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Sejal Hathi, Director of Oregon Health Authority, in her official capacity; James Diegel, Interim Superintendent of Oregon State Hospital, in his official capacity

Name(s) of counsel (if any):
Robert Koch; Leigh Salmon

Address: 1162 Court Street NE, Salem, OR 97301

Telephone number(s): (503) 378-4402

Email(s): robert.a.koch@doj.oregon.gov; leigh.a.salmon@doj.oregon.gov

Is counsel registered for Electronic Filing in the 9th Circuit?    ◉ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Oregon Advocacy Center

Name(s) of counsel (if any):
Emily R. Cooper; Thomas Stenson; David Boyer

Address: 511 SW 10th Ave, Suite 200, Portland, OR 97205

Telephone number(s): (503) 243-2081

Email(s): ecooper@droregon.org; tstenson@droregon.org; dboyer@droregon.org

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                          1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:
Metropolitan Public Defenders Incorporated

Name(s) of counsel (if any):
Jesse A. Merrithew

Address: 610 SW Alder Street, Suite 415, Portland, OR 97205

Telephone number(s): (971) 229-1241

Email(s): jesse@lmhlegal.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                               2                              New 12/01/2018