**From:** OSH Admissions <OSH.Admissions@odhsoha.oregon.gov>
**Sent:**
**To:** Jail Transport
**Cc:** Jail Commander
**Subject:** Request to transport

> **!** **Caution:** External email - If unexpected, verify with known contacts. If suspicious, use **Report > Report Phishing**. If you clicked/opened/replied/entered credentials, contact **Service Desk** immediately.

We need to have John Doe transported to OSH on Tuesday 1/27.

Please confirm as soon as possible and provide an ETA so we can prepare for the admission.

Oregon State Hospital (OSH) has been under a long-standing federal injunction to admit in-custody aid and assist defendants within 7 days. Defendants' constitutional rights are violated when they wait longer than 7 days for admission to OSH and the federal judge is being informed when those rights are violated due to the action of other parties beyond OHA.

If transport is not able to occur on the day that OSH is offering, we will need to skip over the person we are trying to schedule and move to the next person on the wait list. We will reach back out to arrange transport when the next bed is available. We are not able to hold a bed for another day if the jail is not able to transport on the day offered.

Please note that OSH will not accept food items.

**Admissions Director**
**Oregon State Hospital | Oregon Health Authority**
**Email:**
**Phone:**
**Fax:**