Location : All Locations    Images Help

# REGISTER OF ACTIONS
## CASE NO. 25CR41359

| | | | |
|---|---|---|---|
| **State of Oregon vs Makayla Wulf** | § § § § § § § | Case Type: | **Offense Misdemeanor** |
| | | Date Filed: | **07/25/2025** |
| | | Location: | **Marion** |
| | | District Attorney Number: | **25-7283-A** |

---

### RELATED CASE INFORMATION

**Related Cases**
  25CR51565 (Related - Same Defendant)

---

### PARTY INFORMATION

| | | | |
|---|---|---|---|
| **Defendant** | **Wulf, Makayla** | Female | **Attorneys** |
| | SID: OR27892443 | DOB: 1998 | **Sophia K Harris** |
| | | 5' 1", 108 lbs | *Court Appointed* |
| | | | 503 480-0521 x205(W) |
| | | | |
| **Plaintiff** | **State of Oregon** | | **Evelyn F Centeno** |
| | | | 503 576-7173(W) |
| | | | |
| | | | DAVID RUSSELL WILSON |
| | | | 503 588-5222(W) |
| | | | |
| | | | ~~Nicole Mira~~ |
| | | | |
| | | | ~~Sarah Meyer~~ |
| | | | ~~503 588-5222(W)~~ |

---

### CHARGE INFORMATION

| Charges: Wulf, Makayla | Statute | Level | Date |
|---|---|---|---|
| 1.  Improper Use of an Emergency Reporting System | 165.570 | Misdemeanor Class A | 07/25/2025 |

---

### EVENTS & ORDERS OF THE COURT

| | |
|---|---|
| | **OTHER EVENTS AND HEARINGS** |
| 07/25/2025 | *CANCELED*   **Arraignment**  (2:30 PM) (Judicial Officer Taylor, Drew) |
| | *Other* |
| | Created: 07/25/2025 10:49 AM |
| 07/25/2025 | **Information** |
| | Created: 07/25/2025 1:18 PM |
| 07/25/2025 | **Agreement - Conditional Release** |
| | *SB48* |
| | Created: 08/22/2025 8:06 AM |
| 08/22/2025 | **Arraignment**  (9:00 AM) (Judicial Officer Taylor, Drew) |
| | Result: FTA - Warrant |
| | Created: 07/25/2025 10:50 AM |
| 09/02/2025 | **Warrant - Return of Service** |
| | Created: 09/02/2025 11:48 AM |
| 09/02/2025 | **Agreement - Conditional Release** |
| | *SB48* |
| | Created: 09/02/2025 4:06 PM |
| 09/15/2025 | **Arraignment**  (9:00 AM) (Judicial Officer Taylor, Drew) |
| | Result: Failure to Appear |
| | Created: 09/02/2025 4:07 PM |
| 09/15/2025 | **Arraignment**  (2:30 PM) (Judicial Officer Vlach-Ing, Michelle) |
| | *09/15/2025 Reset by Court to 09/15/2025* |
| | Result: Held |
| | Created: 09/15/2025 11:32 AM |
| 09/15/2025 | **Arraignment** (Judicial Officer: Vlach-Ing, Michelle ) |
| | *INFO* |
| | Created: 09/15/2025 3:48 PM |
| 09/15/2025 | **Order - Setting Bail Security** (Judicial Officer: Vlach-Ing, Michelle ) |
| | *$5K BAIL PTR* |
| | Signed Date:  09/15/2025 |
| | Created: 09/15/2025 3:52 PM |

3/5/26, 10:13 AM
Case 6:22-cv-01460-AN    Document 335-1    Filed 03/17/26    Page 2 of 8
publicaccess.courts.oregon.gov/PublicAccessLogin/CaseDetail.aspx?CaseID=35240580

| | |
|---|---|
| 09/15/2025 | **Order - Appointing Counsel** (Judicial Officer: Vlach-Ing, Michelle )<br>*Attorney: HARRIS*<br>Signed: 09/15/2025<br>Created: 09/15/2025 3:53 PM |
| 09/16/2025 | **Report - Release Recommendation**<br>Created: 09/17/2025 3:45 PM |
| 09/17/2025 | **Agreement - Monitored Pretrial Release**<br>*MC PTR*<br>Created: 09/17/2025 8:33 AM |
| 09/18/2025 | **Request - Discovery**<br>Created: 09/18/2025 4:18 PM |
| 09/22/2025 | **Notice - Violation of Release**<br>Created: 09/23/2025 8:43 AM |
| 10/13/2025 | **Notice - Violation of Release**<br>Created: 10/13/2025 4:46 PM |
| 10/15/2025 | *CANCELED* **Arraignment** (2:30 PM) (Judicial Officer Taylor, Drew)<br>*Other*<br>Created: 10/15/2025 11:51 AM |
| 10/15/2025 | **Arraignment - Show Cause** (2:30 PM) (Judicial Officer Taylor, Drew)<br>*Revoke Release*<br>Result: Held<br>Created: 10/15/2025 11:53 AM |
| 10/15/2025 | **Motion - Revoke Release**<br>Created: 10/15/2025 1:56 PM |
| 10/15/2025 | **Order - Revoke Monitored Release** (Judicial Officer: Taylor, Drew )<br>Signed: 10/15/2025<br>Created: 10/15/2025 2:37 PM |
| 10/15/2025 | **Order - Setting Bail Security** (Judicial Officer: Taylor, Drew )<br>*$5K JSO REFUSED*<br>Signed Date: 10/15/2025<br>Created: 10/15/2025 3:07 PM |
| 10/16/2025 | **Arraignment - Show Cause** (2:30 PM) (Judicial Officer Taylor, Drew)<br>*DAY 2*<br>Result: Held<br>Created: 10/15/2025 3:07 PM |
| 10/16/2025 | **Assignment - Trial Judge** (Judicial Officer: Zimmerman, Natasha A. )<br>Created: 10/16/2025 3:20 PM |
| 10/16/2025 | **Notice - Representation**<br>Created: 10/16/2025 4:23 PM |
| 10/16/2025 | **Notes - Correspondence**<br>*Email string re: A&A concerns for DEF and Judge Taylor observing her in the jail cell*<br>Created: 10/16/2025 5:03 PM |
| 10/16/2025 | **Start Pending Fitness to Proceed**<br>*Judge Taylor's observations*<br>Created: 10/16/2025 5:03 PM |
| 10/23/2025 | *CANCELED* **Hearing - Plea** (1:30 PM) (Judicial Officer Taylor, Drew)<br>*New Proceeding*<br>Created: 09/15/2025 3:55 PM |
| 10/27/2025 | **Hearing - Status Check** (8:15 AM) (Judicial Officer Zimmerman, Natasha A.)<br>*I/C;*<br>Created: 10/16/2025 3:32 PM |
| 10/28/2025 | *CANCELED* **Hearing - Fitness to Proceed** (8:05 AM) (Judicial Officer Zimmerman, Natasha A.)<br>*Other*<br>*Status Check*<br>Created: 10/16/2025 3:14 PM |
| 01/12/2026 | **Hearing - Fitness to Proceed** (9:30 AM) (Judicial Officer Zimmerman, Natasha A.)<br>*End of Jurisdiction; Def to appear via Webex*<br>Result: Held<br>Created: 11/19/2025 7:30 AM |
| 01/12/2026 | **Order** (Judicial Officer: Zimmerman, Natasha A. )<br>*30-day discharge planning extension*<br>Signed: 01/12/2026<br>Created: 01/12/2026 4:00 PM |
| 01/26/2026 | *CANCELED* **Hearing - Status Check** (8:15 AM) (Judicial Officer Zimmerman, Natasha A.)<br>*Other*<br>*I/C; Def still at OSH?*<br>Created: 10/30/2025 8:44 AM |
| 02/09/2026 | **Hearing - Fitness to Proceed** (11:00 AM) (Judicial Officer Zimmerman, Natasha A.)<br>*Def via WebEx - OSH*<br>Result: Held<br>Created: 02/02/2026 2:35 PM |
| 02/09/2026 | **Order** (Judicial Officer: Zimmerman, Natasha A. )<br>Signed: 02/09/2026<br>Created: 02/09/2026 11:30 AM |
| 02/09/2026 | **Order - Finding Unfit - Community Restoration** (Judicial Officer: Zimmerman, Natasha A. )<br>Signed: 02/09/2026<br>Created: 02/09/2026 1:08 PM |
| 02/10/2026 | **Reported - OSP 181A.290**<br>Created: 02/10/2026 6:06 AM |
| 02/12/2026 | *CANCELED* **Hearing - Fitness to Proceed** (9:00 AM) (Judicial Officer Zimmerman, Natasha A.)<br>*Other*<br>*End of Jurisdiction- contd from 1/12/26; Def to appear via Webex*<br>Created: 01/12/2026 10:52 AM |
| 03/05/2026 | **Hearing - Fitness to Proceed** (3:30 PM) (Judicial Officer Broyles, Audrey J) |

Created: 02/09/2026 11:20 AM

3/5/26, 10:13 AM
Case 6:22-cv-01460-AN    Document 335-1    Filed 03/17/26    Page 4 of 8
publicaccess.courts.oregon.gov/PublicAccessLogin/CaseDetail.aspx?CaseID=35327788

# REGISTER OF ACTIONS
## CASE No. 25CR51565

| | | |
|---|---|---|
| **State of Oregon vs Makayla Wulf** | §<br>§<br>§<br>§<br>§<br>§ | Case Type: **Offense Misdemeanor**<br>Date Filed: **09/15/2025**<br>Location: **Marion**<br>District Attorney Number: **25-9122-A** |

---

### RELATED CASE INFORMATION

**Related Cases**
  25CR41359 (Related - Same Defendant)

---

### PARTY INFORMATION

| | | | |
|---|---|---|---|
| | | | **Attorneys** |
| **Defendant** | **Wulf, Makayla**<br>  SID: OR27892443 | Female<br>DOB: 1998<br>5' 1", 108 lbs | **Sophia K Harris**<br>  *Court Appointed*<br>503 480-0521 x205(W) |
| | | | |
| **Plaintiff** | **State of Oregon** | | **Evelyn F Centeno**<br>503 576-7173(W) |
| | | | |
| | | | DAVID RUSSELL WILSON<br>503 588-5222(W) |
| | | | |
| | | | ~~Nicole Mira~~ |
| | | | |
| | | | ~~Sarah Meyer~~<br>~~503 588-5222(W)~~ |

---

### CHARGE INFORMATION

**Charges: Wulf, Makayla**

| | Statute | Level | Date |
|---|---|---|---|
| 1.  Resisting Arrest | 162.315 | Misdemeanor Class A | 09/12/2025 |
| 2.  Criminal Trespass in the Second Degree | 164.245 | Misdemeanor Class C | 09/12/2025 |
| 3.  Criminal Trespass in the Second Degree | 164.245 | Misdemeanor Class C | 10/14/2025 |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 09/15/2025 | **Arraignment**  (2:30 PM) (Judicial Officer Vlach-Ing, Michelle)<br>    *09/15/2025 Reset by Court to 09/15/2025*<br>Result: Held<br>  Created: 09/15/2025 10:32 AM |
| 09/15/2025 | **Information**<br>  Created: 09/15/2025 11:41 AM |
| 09/15/2025 | **Arraignment** (Judicial Officer: Vlach-Ing, Michelle )<br>  *info*<br>  Created: 09/15/2025 3:48 PM |
| 09/15/2025 | **Order - Setting Bail Security** (Judicial Officer: Vlach-Ing, Michelle )<br>  *$5K BAIL PTR*<br>  Signed Date:  09/15/2025<br>  Created: 09/15/2025 3:52 PM |
| 09/15/2025 | **Order - Appointing Counsel** (Judicial Officer: Vlach-Ing, Michelle )<br>  *Attorney: HARRIS*<br>  Signed:  09/15/2025<br>  Created: 09/15/2025 3:53 PM |
| 09/16/2025 | **Report - Release Recommendation**<br>  Created: 09/17/2025 3:45 PM |
| 09/17/2025 | **Agreement - Monitored Pretrial Release**<br>  *MC PTR*<br>  Created: 09/17/2025 8:33 AM |
| 09/18/2025 | **Request - Discovery**<br>  Created: 09/18/2025 4:20 PM |
| 09/22/2025 | **Notice - Violation of Release**<br>  *MC PTR Violation Report*<br>  Created: 09/23/2025 8:43 AM |
| 10/13/2025 | **Notice - Violation of Release** |

| | |
|---|---|
| | Created: 10/13/2025 4:30 PM |
| 10/15/2025 | *CANCELED* **Arraignment** (9:00 AM) (Judicial Officer Taylor, Drew) |
| | *Other* |
| | *Amended Information* |
| | Created: 10/15/2025 11:48 AM |
| 10/15/2025 | **Arraignment** (2:30 PM) (Judicial Officer Taylor, Drew) |
| | *Amended Information* |
| | Result: Held |
| | Created: 10/15/2025 11:52 AM |
| 10/15/2025 | **Information - Amended** |
| | Created: 10/15/2025 1:28 PM |
| 10/15/2025 | **Motion - Revoke Release** |
| | Created: 10/15/2025 1:28 PM |
| 10/15/2025 | **Order - Revoke Monitored Release** (Judicial Officer: Taylor, Drew ) |
| | Signed: 10/15/2025 |
| | Created: 10/15/2025 2:37 PM |
| 10/15/2025 | **Order - Setting Bail Security** (Judicial Officer: Taylor, Drew ) |
| | *$10K BAIL JSO REFUSED* |
| | Signed Date: 10/15/2025 |
| | Created: 10/15/2025 3:07 PM |
| 10/16/2025 | **Arraignment** (2:30 PM) (Judicial Officer Taylor, Drew) |
| | *DAY 2* |
| | Result: Held |
| | Created: 10/15/2025 3:07 PM |
| 10/16/2025 | **Assignment - Trial Judge** (Judicial Officer: Zimmerman, Natasha A. ) |
| | *I/C* |
| | Created: 10/16/2025 3:16 PM |
| 10/16/2025 | **Notice - Representation** |
| | Created: 10/16/2025 4:33 PM |
| 10/16/2025 | **Order - Finding Unfit to Proceed - State Hospital** (Judicial Officer: Broyles, Audrey J ) |
| | Signed: 10/16/2025 |
| | Created: 10/16/2025 4:48 PM |
| 10/16/2025 | **Notes - Correspondence** |
| | *Email string re: A&A concerns for DEF and Judge Taylor observing her in the jail cell* |
| | Created: 10/16/2025 5:01 PM |
| 10/17/2025 | **Reported - OSP 181A.290** |
| | Created: 10/17/2025 6:01 AM |
| 10/21/2025 | **Notice** |
| | *Delayed Admission OSH* |
| | Created: 10/21/2025 11:26 AM |
| 10/23/2025 | *CANCELED* **Hearing - Plea** (1:30 PM) (Judicial Officer Taylor, Drew) |
| | *New Proceeding* |
| | Created: 09/15/2025 3:55 PM |
| 10/27/2025 | **Hearing - Status Check** (8:15 AM) (Judicial Officer Zimmerman, Natasha A.) |
| | *I/C* |
| | Created: 10/16/2025 3:32 PM |
| 10/28/2025 | *CANCELED* **Hearing - Fitness to Proceed** (8:05 AM) (Judicial Officer Zimmerman, Natasha A.) |
| | *Other* |
| | *Status Check* |
| | Created: 10/16/2025 3:14 PM |
| 11/17/2025 | **Notice - Release** |
| | Created: 11/17/2025 11:35 AM |
| 12/10/2025 | **Report - Psychological Evaluation - State Hospital** |
| | *Copy emailed to attorneys* |
| | Created: 12/11/2025 8:54 AM |
| 01/02/2026 | **Report - Medical** |
| | Created: 01/02/2026 3:12 PM |
| 01/12/2026 | **Hearing - Fitness to Proceed** (9:30 AM) (Judicial Officer Zimmerman, Natasha A.) |
| | *End of Jurisdiction Hearing. Defendant to appear via Webex.* |
| | Result: Held |
| | Created: 11/17/2025 2:34 PM |
| 01/12/2026 | **Order** (Judicial Officer: Zimmerman, Natasha A. ) |
| | *30-day discharge planning extension* |
| | Signed: 01/12/2026 |
| | Created: 01/12/2026 4:00 PM |
| 01/26/2026 | *CANCELED* **Hearing - Status Check** (8:15 AM) (Judicial Officer Zimmerman, Natasha A.) |
| | *Other* |
| | *I/C; Def still at OSH?* |
| | Created: 10/30/2025 8:44 AM |
| 02/09/2026 | **Hearing - Fitness to Proceed** (11:00 AM) (Judicial Officer Zimmerman, Natasha A.) |
| | *Def via WebEx - OSH* |
| | Result: Held |
| | Created: 02/02/2026 2:35 PM |
| 02/09/2026 | **Order** (Judicial Officer: Zimmerman, Natasha A. ) |
| | Signed: 02/09/2026 |
| | Created: 02/09/2026 11:31 AM |
| 02/09/2026 | **Order - Finding Unfit - Community Restoration On Other Case** (Judicial Officer: Zimmerman, Natasha A. ) |
| | Signed: 02/09/2026 |
| | Created: 02/09/2026 1:28 PM |
| 02/12/2026 | *CANCELED* **Hearing - Fitness to Proceed** (9:00 AM) (Judicial Officer Zimmerman, Natasha A.) |
| | *Other* |
| | *End of Jurisdiction- contd from 1/12/26; Def to appear via Webex* |
| | Created: 01/12/2026 10:53 AM |
| 03/05/2026 | **Hearing - Fitness to Proceed** (3:30 PM) (Judicial Officer Broyles, Audrey J) |

Case 6:22-cv-01460-AN    Document 335-1    Filed 03/17/26    Page 6 of 8

Created: 02/09/2026 11:20 AM

# IN THE CIRCUIT COURT OF THE STATE OF OREGON

## FOR THE COUNTY OF MARION

STATE OF OREGON

               Plaintiff,

    v.

MAKAYLA WULF

               Defendant.

CASE NO:  25CR51565/25CR41359

**30 DAY DISCHARGE PLANNING EXTENSION ORDER**

This matter came before the Court for a determination of placement pursuant to end of jurisdiction notice provided by Oregon State Hospital (OSH).

Defendant appeared by video from OSH, represented by  Sophia Harris , State appeared through Evelyn Centeno.

## THE COURT FINDS:

1. Defendant is being held at OSH pursuant to ORS 161.370
2. As of today, January 12, 2026, Defendant does not have a place to go upon release from Oregon State Hospital.
3. Court finds return to Marion County jail would be counter productive to the progress he has made as stated in Dr. Speroni report dated December 10, 2025.
4. Defendant has a referral for placement pending and reasonably expects to be placed within 30 days.
5. Defendant is on waitlist for placement
6. The extension is necessary, and it is not due to failure to coordinate discharge by the Community Mental Health Program.
7. Defense does not object to an extension under the July 3, 2023, Second Amended Order to Implement Neutral Expert's Recommendations in *Disability Rights Oregon et al v. Allen et al.*, USDC Oregon Case No. 02-cv-00039-MO (lead case).

## THE COURT ORDERS:

1. Defendant shall remain at Oregon State Hospital for an additional maximum 30 days beyond the timelines described in July 3, 2023, Second Amended Order to Implement Neutral Expert's Recommendations in *Disability Rights Oregon et al v. Allen et al.*, USDC Oregon Case No. 02-cv-00039-MO (lead case).
2. The criminal proceeding against the defendant in the aforementioned matter continues to be suspended

Page 1 – ORDER
12/30/19  COPIES:  1=file; 1=def aty

PAIGE CLARKSON
District Attorney for Marion County, Oregon
100 HIGH STREET NE
P O BOX 14500
SALEM OR 97309

Verified Correct Copy of Original 1/12/2026.

_Verified Correct Copy of Original 1/12/2026._

3. Defendant's commitment to the Superintendent of the Oregon State Hospital continues as required by ORS 161.370 and ORS 161.371.

1/12/2026 2:10:09 PM

DATED: 1/12/2026

Circuit Court Judge Natasha A. Zimmerman

Circuit Court Judge

PAIGE CLARKSON
District Attorney for Marion County, Oregon
100 HIGH STREET NE
P O BOX 14500
SALEM OR 97309

Page 2 – ORDER
12/30/19   COPIES: 1=file; 1=def aty