Emily Cooper OSB #182254
ecooper@droregon.org
Thomas Stenson OSB #152894
tstenson@droregon.org
Disability Rights Oregon
511 SW 10th Avenue, Suite 200
Portland, Oregon 97205
(503) 243-2081
*Counsel for Plaintiff, Disability Rights Oregon*

Jesse Merrithew OSB #074564
jesse@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
(971) 229-1241
*Counsel for Plaintiff, Metropolitan Public Defender*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES INC., and A.J. MADISON, <br><br> Plaintiffs, <br><br> vs. <br><br> SAJEL HATHI, in her official capacity as head of the Oregon Health Authority, and SARA WALKER, in her official capacity as Superintendent of the Oregon State Hospital, <br><br> Defendants, <br><br> and <br><br> JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON, <br><br> Plaintiffs, | Case No. 3:02-cv-00339-MO (Lead Case) <br> Case No. 3:21-cv-01637-MO (Member Case) <br><br><br> PLAINTIFFS' NOTICE OF ATTORNEY ASSOCIATION |

PLAINTIFFS' NOTICE OF ATTORNEY ASSOCIATION - 1
 (Case No. 3:02-cv-00339-MO)

SARA WALKER, Interim Superintendent of
the Oregon State Hospital, in her official
capacity, SAJEL HATHI, Director of the
Oregon Health Authority, in her official
capacity,

                  Defendants.

NOTICE IS HEREBY GIVEN that Sara Long, OSB No. 224433, is hereby added as an

attorney of record for Plaintiffs Metropolitan Public Defender, Jarod Bowman, and Joshawn

Douglas-Simpson.

DATED this 18th day of March, 2026.

LEVI MERRITHEW HORST PC

s/ *Jesse Merrithew*
Jesse Merrithew, OSB #074564
jesse@lmhlegal.com
Sara Long, OSB #224433
saralong@lmhlegal.com
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241
Facsimile: (971) 544-7092
*Counsel for Plaintiffs Metropolitan Public*
*Defender, Jarrod Bowman, and Joshawn*
*Douglas-Simpson*

PLAINTIFFS' NOTICE OF ATTORNEY ASSOCIATION - 2
(Case No. 3:02-cv-00339-MO)

LEVI MERRITHEW HORST PC
610 SW ALDER ST. SUITE 415
PORTLAND, OR 97205
T: 971.229.1241 | F: 971.544.7092