DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.oregon.gov
        Craig.M.Johnson@doj.oregon.gov
        Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sejal Hathi, Dolores Matteucci, and James Diegel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON, | Case No.  3:02-cv-00339-AN (Lead Case) <br> Case No.  3:21-cv-01637-AN (Member Case) <br> Case No. 6:22-CV-01460-AN (Member Case) |
| Plaintiffs, | STATUS REPORT |
| v. | |
| SEJAL HATHI, in her official capacity as head of the Oregon Health Authority, and JAMES DIEGEL in his official capacity as Interim Superintendent of the Oregon State Hospital, | |
| Defendants. | |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON, | Case No.  3:21-cv-01637-AN (Member Case) |
| Plaintiffs, | |
| v. | |
| JAMES DIEGEL, Interim Superintendent of the Oregon State Hospital, in his official capacity, DOLORES MATTEUCCI, in her individual capacity, SEJAL HATHI, Director | |

Page 1 -    STATUS REPORT
        CAS/j3b/32142872

of the Oregon Health Authority, in her official capacity, and PATRICK ALLEN in his individual capacity,

    Defendants.

LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES OREGON,

    Plaintiffs,

  v.

SEJAL HATHI, in her official capacity as Director of Oregon Health Authority,

    Defendant.

Case No.  6:22-CV-01460-AN (Member Case)

 Defendants Oregon Health Authority (OHA) and Oregon State Hospital (OSH) submit this Status Report as directed by the Court at the March 18, 2026, status conference to describe efforts they have made in improving the efficiency of discharge processes for GEI patients at OSH.

  The conditional release process involves OSH, Community Mental Health Providers (CMHPs), and the Psychiatric Security Review Board (PSRB).  To increase clarity about the steps in the conditional release process and the party responsible for each step, Defendants developed a process flow map in collaboration with the PSRB and in conversation with Dr. Pinals.  In addition, Defendants reviewed each step in that process and shortened the time given for each step to reduce the total target time for an individual to complete the conditional release process in 121 days, replacing the prior expectation of 171 days.

  Because moving an individual through the conditional release process requires work from multiple agencies and providers, Defendants have also worked to improve communication and processes among those groups and support improvements by all participants.  For example, OHA promulgated rules and updated the CMHP contracts to reduce the time allowed for evaluations for placements from 45 days to 30 days.  The PSRB

Page 2 - STATUS REPORT

  CAS/j3b/32142872

has also evaluated their administrative practices and eliminated those determined to be unnecessary, as well as creating a streamlined process for administrative approval of a placement if an individual has previously approved at a full hearing for a substantially similar program with a longer wait time.  Additionally, to ensure that there is continual monitoring of the status of individuals in the conditional release process, Defendants meet with the PSRB twice monthly to review each individual case, discuss barriers to placement, and identify potential solutions.

Defendants are continuing to review all aspects of the conditional release process to find areas of friction, such as the current rule requiring prioritization of patients in the aid and assist population for placement, and opportunities for increased capacity, such as arranging for a bed at Northwest Regional Re-entry Center for individuals in the GEI population who require additional stabilization to prevent revocation to OSH.  Defendants will continue these efforts in collaboration with the PSRB, CMHPs, and other partners, as well as in conversation with Dr. Pinals.

DATED March  27 , 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General


     s/ Jill Conbere
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE # 193430
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Carla.A.Scott@doj.oregon.gov
Craig.M.Johnson@doj.oregon.gov
Jill.Conbere@doj.oregon.gov
Of Attorneys for Defendants

Page 3 -    STATUS REPORT
        CAS/j3b/32142872