STEVE ELZINGA, OSB #123102
Marion County Legal Counsel
*selzinga@co.marion.or.us*
555 Court Street NE, Suite 5242
P.O. Box 14500
Salem, OR 97309
Telephone: (503) 588-5220
Attorney for Marion County

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON, | Case No.  3:02-cv-00339-AN (Lead Case)<br>Case No.  3:21-cv-01637-AN (Member Case) |
| Plaintiffs, | **MARION COUNTY'S REQUEST FOR LEAVE TO FILE ONE *AMICUS CURIAE* RESPONSE TO AMENDED MOTION FOR FUTHER REMEDIAL ORDER** |
| v. | |
| SAJEL HATHI, in her official capacity as head of the Oregon Health Authority, and JAMES DIEGEL, in her official capacity as Superintendent of the Oregon State Hospital, | |
| Defendants. | |
| JAROD BOWMAN and JOSHAWN DOUGLAS-SIIMPSON, | |
| Plaintiffs, | Case No.   3:21-cv-01637-AN (Member Case) |
| v. | |
| JAMES DIEGEL, Interim Superintendent of the Oregon State Hospital, in her official capacity, SAJEL HATHI, Director of the Oregon Health Authority, in her official capacity, | |
| Defendants. | |

Page **1** of **3** – MARION COUNTY'S REQUEST FOR LEAVE TO FILE ONE *AMICUS CURIAE* RESPONSE TO AMENDED MOTION FOR FURTHER REMEDIAL ORDER

**LR 7-1 Certification**

Marion County made a good faith effort to confer. Plaintiff Disability Rights Oregon opposes. State Defendants and Plaintiff Metropolitan Public Defender Services take no position.

**Request for Leave**

Metropolitan Public Defenders and Disability Rights Oregon filed an Amended Motion for Further Remedial Order on March 27, 2026 (ECF 737) asking this Court to override state laws and exclude various groups of criminally charged individuals from receiving treatment at the Oregon State Hospital. The state tacitly supports the motion.

Pursuant to this Court's order (ECF 605), Marion County requests leave from the Court to appear as *amicus curiae* to file one response to the March 27, 2026 motion that is limited to 10 pages of legal argument. Marion County would aid the Court by providing another perspective, which is currently missing from this motion. If the Court approves, Marion County asks the Court to provide five business days from the date of the Court's order for Marion County to research, write, and file this response.

Marion County's response would generally be opposed to the motion and would include addressing why further limiting access to the Oregon State Hospital instead of increasing fines may not align with legal requirements in cases like *Stone v. City and County of San Francisco*, 968 F.2d 850, 861 (9th Cir. 1992), *as amended on denial of reh'g* (Aug. 25, 1992).

DATED this 3rd day of April, 2026

Marion County

s/ Steve Elzinga
Steve Elzinga, OSB# 123102
Of Attorneys for Marion County
555 Court St. NE, Suite 5242
Salem, OR 97309
Telephone: (503) 588-5220
Email: selzinga@co.marion.or.us

Page **2** of **3** – MARION COUNTY'S REQUEST FOR LEAVE TO FILE ONE *AMICUS CURIAE* RESPONSE TO AMENDED MOTION FOR FURTHER REMEDIAL ORDER

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **MARION COUNTY'S REQUEST FOR LEAVE TO FILE ONE *AMICUS CURIAE* RESPONSE TO AMENDED MOTION FOR FUTHER REMEDIAL ORDER** upon interested counsel by the following indicated method on the date set forth below:

<u>XX</u>　　By electronic means through the Court's Case Management/Electronic Case File system on the date set forth below;

___　　By faxing a copy thereof to each attorney at each attorney's last-known facsimile number on the date set forth below;

___　　By mailing a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorney's last-known office address listed above and causing it to be deposited in the U.S. mail at Salem, Oregon on the date set forth below;

___　　By causing a copy thereof to be hand-delivered to said attorney at each attorney's last-known office address listed above on the date set forth below;

Dated this 3rd day of April, 2026

　　　　　　　　　　　　s/ Steve Elzinga

　　　　　　　　　　　_____
　　　　　　　　　　　Steve Elzinga, OSB# 123102
　　　　　　　　　　　Of Attorneys for Marion County
　　　　　　　　　　　555 Court St. NE, Suite 5242
　　　　　　　　　　　PO Box 14500
　　　　　　　　　　　Salem, OR 97309
　　　　　　　　　　　Telephone: (503) 588-5220
　　　　　　　　　　　Email: selzinga@co.marion.or.us

Page **3** of **3** – MARION COUNTY'S REQUEST FOR LEAVE TO FILE ONE *AMICUS CURIAE* RESPONSE TO AMENDED MOTION FOR FURTHER REMEDIAL ORDER