Emily Cooper OSB #182254
ecooper@droregon.org
Thomas Stenson OSB #152894
tstenson@droregon.org
Dave Boyer OSB # 235450
dboyer@droregon.org
Disability Rights Oregon
900 SW 5th Avenue, Suite 1800
Portland, OR 97204
(503) 243-2081
*Counsel for Plaintiff, Disability Rights Oregon*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC.,** and **A.J. MADISON,** Plaintiffs, | Case No. 3:02-cv-00339-AN (Lead Case) Case No. 3:21-cv-01637-AN (Member Case) |
| v. | |
| **SEJAL HATHI,** in her official capacity as Director of the Oregon Health Authority; and **JAMES DIEGEL**, in his official capacity as Interim Superintendent of the Oregon State Hospital, Defendants. | PLAINTIFF DRO'S OPPOSITION TO MARION COUNTY'S MOTION TO APPEAR AS *AMICUS CURIAE* |
| **JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON**, and **METROPOLITAN PUBLIC DEFENDER SERVICES, INC.,** Plaintiffs, | |
| v. | |
| **JAMES DIEGEL**, Interim Superintendent of the Oregon State Hospital, in his official capacity, **SEJAL HATHI**, Director of the Oregon Health Authority, in her official capacity, Defendants. | |

DRO'S OPPOSITION TO MARION COUNTY'S
MOTION TO APPEAR AS AMICUS CURIAE
Page 1

**Disability Rights Oregon**
900 SW 5th Avenue, Suite 1800
Portland, OR 97204
(503) 243-2081

**PLAINTIFF DRO'S OPPOSITION TO MARION COUNTY'S MOTION TO APPEAR AS *AMICUS CURIAE***

Marion County moves to be re-admitted as an *amicus curiae* in this matter, in order to submit a memorandum regarding the pending motion for a further remedial order.[1] A district court has broad discretion to permit (or deny) the opportunity to submit briefing as *amicus curiae*, particularly where the *amicus* "has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005). The court is in the best position to judge whether a brief is helpful or not. In the present matter, the court has already issued a specific directive that no amicus should file a brief without first filing a "short motion *detailing how* the pleading they seek leave to file will be 'of aid to the court and offer insights not available from the parties.'" ECF 605 (emphasis added). Marion County has not offered such detail.

Marion County's motion avers that it has "another perspective, which is currently missing from this motion," though it fails to identify the perspective or how this perspective would be helpful. ECF 742, at 2. Marion County states that its brief would "generally be opposed to the motion" and that the County would provide an analysis of how *Stone v. City and County of San Francisco*, 968 F.2d 850, 861 (9th Cir. 1992), applies to the motion. ECF 742, at 2. ECF 605. Further discussion *Stone* would not be helpful, as both the court and Marion County have analyzed the decision many times. *Miller-Wohl Co. v. Comm'r of Lab. & Indus. State of Mont.*,

---

[1] Marion County's motion does not address or explain why it previously withdrew as an amicus, nor whether or on what terms it can now serve as amicus again. ECF 642; ECF 631 (asking to withdraw as amicus because it had asked the court to impose monetary fines and the court had done so).

DRO'S OPPOSITION TO MARION COUNTY'S
MOTION TO APPEAR AS AMICUS CURIAE
Page 2

**Disability Rights Oregon**
900 SW 5th Avenue, Suite 1800
Portland, OR 97204
(503) 243-2081

694 F.2d 203, 204 (9th Cir. 1982) (an amicus is helpful in "drawing the court's attention to law that escaped consideration"); ECF 290, at 4-5 & 8-9 (county discussion of *Stone*); ECF 338, at 5-6; ECF 573, at 3-4. ECF 604, at 2-3, 15-16 (court's discussion of *Stone*). The district court is surely no less qualified to read and analyze case law than any attorney employed by Marion County. *Cody v. Ring LLC*, 718 F. Supp. 3d 993, 1004 (N.D. Cal. 2024) (amicus brief "not useful to the Court as it provides no additional insight or authorities"). Marion County's review of a case already cited dozens of times in this matter would not assist the court.

DRO notes that Marion County has previously sought to take advantage of the grant of *amicus* status as a bootstrap to move to intervene later. ECF 402, at 9 (County's *amicus* role made it "effectively" a party, justifying intervention); ECF 410, at 3-4; ECF 478, at 7-9. Although Marion County's three motions to intervene and two appeals have been uniformly unsuccessful, they have come at enormous cost in wasted hours. DRO reasonably fears that, if Marion County is granted *amicus* status, a fourth motion to intervene will follow, citing the grant of *amicus* status as grounds to justify its further involvement in this case.

Marion County fails to show how its brief will be helpful. The court's prior order required it to "detail[] how the pleading they seek leave to file will be 'of aid to the court and offer insights not available from the parties.'" ECF 605. The motion does not offer any such detail, other than noting the County's opposition and indicating that the County will analyze *Stone*. Marion County's involvement has historically been unhelpful to the court. ECF 591 (sanctioning Marion County for deceiving the court); ECF 452, at 4-5 (criticizing Marion County's obstructive actions). The County has not made the required showing.

//

//

DRO'S OPPOSITION TO MARION COUNTY'S
MOTION TO APPEAR AS AMICUS CURIAE
Page 3

**Disability Rights Oregon**
900 SW 5th Avenue, Suite 1800
Portland, OR 97204
(503) 243-2081

DATED this 7th day of April, 2026

DISABILITY RIGHTS OREGON

/s Thomas Stenson
Emily Cooper OSB # 182254
ecooper@droregon.org
Thomas Stenson, OSB # 152894
tstenson@droregon.org
Dave Boyer OSB # 235450
dboyer@droregon.org
511 SW 10th, Suite 200
Portland OR 97205
Telephone: (503) 243 2081
Facsimile: (503) 243 1738

*Counsel for Plaintiff*
*Disability Rights Oregon*

DRO'S OPPOSITION TO MARION COUNTY'S
MOTION TO APPEAR AS AMICUS CURIAE
Page 4

**Disability Rights Oregon**
900 SW 5th Avenue, Suite 1800
Portland, OR 97204
(503) 243-2081