DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
SHEILA H. POTTER #993485
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #194256
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.oregon.gov
       Sheila.Potter@doj.oregon.gov
       Craig.M.Johnson@doj.oregon.gov
       Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sajel Hathi, Dolores Matteucci, and Sara Walker

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>SAJEL HATHI, in her official capacity as head of the Oregon Health Authority, and SARA WALKER in her official capacity as Interim Superintendent of the Oregon State Hospital,<br><br>Defendants. | Case No.  3:02-cv-00339-AN (Lead Case)<br>Case No.  3:21-cv-01637-AN (Member Case)<br>Case No.  6:22-CV-01460-AN (Member Case)<br><br>DEFENDANTS' UNOPPOSED MOTION TO RESET STATUS CONFERENCE |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>Plaintiffs,<br><br>v.<br><br>SARA WALKER, Interim Superintendent of the Oregon State Hospital, in her official capacity, DOLORES MATTEUCCI, in her | Case No.  3:21-cv-01637-AN (Member Case) |

Page 1 -    DEFENDANTS' UNOPPOSED MOTION TO RESET STATUS CONFERENCE
     CAS/j3b/980667221

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

individual capacity, SAJEL HATHI, Director of the Oregon Health Authority, in her official capacity, and PATRICK ALLEN in his individual capacity,

      Defendants.

---

LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES OREGON,

      Plaintiffs,

v.

SAJEL HATHI, in her official capacity as Director of Oregon Health Authority,

      Defendant.

Case No. 6:22-CV-01460-AN (Member Case)

## CERTIFICATE OF CONFERRAL

Counsel for state defendants has conferred by telephone with counsel for plaintiffs (specifically Emily Cooper and Jesse Merrithew), and they do not oppose the relief sought in this motion. Counsel has also conferred with Jonathan Monson, separate counsel for Dr. Hathi, and Mr. Monson reports that he does not oppose the relief sought. Finally, counsel has informed counsel for all amicus entities and persons about the relief to be sought in this motion.

## MOTION

A status conference is currently set in this case for January 10, 2025. (Order, Dkt. #536).

Page 2 -    DEFENDANTS' UNOPPOSED MOTION TO RESET STATUS CONFERENCE
    CAS/j3b/980667221

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

State defendants move the Court for an order resetting the date of that status conference to January 24, 2025. State defendants request that the status conference be reset because lead defense counsel, Ms. Scott, is unexpectedly out of the office due to a family medical emergency. Ms. Scott is not expected to return to the office until the week of January 20. This request is made in good faith and not for purposes of undue delay.

DATED January  8, 2025.

                                               Respectfully submitted,

                                               DAN RAYFIELD
                                               Attorney General


                                               *s/ Jill O. Conbere*
                                               CARLA A. SCOTT #054725
                                             CRAIG M. JOHNSON #080902
                                             SHEILA H. POTTER #993485
                                             Senior Assistant Attorneys General
                                             JILL CONBERE # 193430
                                             Assistant Attorney General
                                             Trial Attorneys
                                             Tel (971) 673-1880
                                             Fax (971) 673-5000
                                             Carla.A.Scott@doj.oregon.gov
                                             Sheila.Potter@doj.oregon.gov
                                             Craig.M.Johnson@doj.oregon.gov
                                             Jill.Conbere@doj.oregon.gov
                                             Of Attorneys for Defendants

Page 3 -   DEFENDANTS' UNOPPOSED MOTION TO RESET STATUS CONFERENCE
        CAS/j3b/980667221
Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000