DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.oregon.gov
          Craig.M.Johnson@doj.oregon.gov
          Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sejal Hathi, Dolores Matteucci, and James Diegel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON, <br><br> Plaintiffs, <br><br> v. <br><br> SEJAL HATHI, in her official capacity as head of the Oregon Health Authority, and JAMES DIEGEL in his official capacity as Interim Superintendent of the Oregon State Hospital, <br><br> Defendants. | Case No.  3:02-cv-00339-AN (Lead Case) <br> Case No.  3:21-cv-01637-AN (Member Case) <br><br> CORRECTED DECLARATION OF CHRISTA JONES IN SUPPORT OF JUNE 2026 STATUS REPORT |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES DIEGEL, Interim Superintendent of the Oregon State Hospital, in his official capacity, DOLORES MATTEUCCI, in her | Case No.  3:21-cv-01637-AN (Member Case) |

Page 1 -   CORRECTED DECLARATION OF CHRISTA JONES IN SUPPORT OF JUNE 2026
STATUS REPORT
CAS/j3b/1023335645

individual capacity, SEJAL HATHI, Director of the Oregon Health Authority, in her official capacity, and PATRICK ALLEN in his individual capacity,

Defendants.

I, Christa Jones, do hereby declare:

1.    I am a Behavioral Health Deputy Director, at the Oregon Health Authority (OHA).

2.    I make this declaration based upon a combination of personal knowledge and in reliance upon records which are regularly maintained in the ordinary course of business.

3.    The most direct way for OHA to ensure compliance with the *Mink* Injunction is to build enough capacity in the community to place patients who are ready to discharge from OSH or to divert them from entering OSH in the first place.

4.    Building such capacity takes time and those efforts have been ongoing for many years. On average most projects take between 24-48 months to complete. The length of time needed to complete a project varies depending on the scope of the project and whether it encompasses acquisition, renovation, or new construction. Due to the complex nature of capital development projects, project completion timelines and capacity projections may shift until the project is finalized. This is due to a variety of factors such as: property acquisitions timeframes, lengthy zoning/permitting process, construction/material delays, and licensing.

5.    The attached Exhibit 1 contains narrative along with charts and graphs that show OHA-driven capacity building from 2022 to the present to create beds in the community for patients to discharge to when they are ready to leave OSH or to divert them from admitting to OSH in the first instance. As described in more detail in Exhibit 1, OHA has worked to secure legislative appropriations for several years and has been using the appropriated funds to build capacity throughout the behavioral health system, including in

Page 2 -    CORRECTED DECLARATION OF CHRISTA JONES IN SUPPORT OF JUNE 2026 STATUS REPORT

CAS/j3b/1023335645

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

residential treatment homes, secure residential facilities, and supportive housing.

6.      Occupancy dates for those projects contained in Exhibit 1 go back to 2022 and are projected through 2028.  From the fourth quarter of 2022 to the present OHA has established approximately 832 new beds (16 new beds were added since Defendants' December 2025 status report) to serve the populations discharging from OSH or to divert persons from entering OSH in the first instance.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on June  5, 2026.


                                         *s/Christa Jones*
                                         Christa Jones

CAS/j3b/1023335645

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000



**Updated as of 5/31/2026**

# Behavioral Health Investments Licensed & Non-Licensed Capacity by Quarter

Exhibit 1
Page 1 of 29

# Overview

The following slides display the increase in licensed and non-licensed capacity by calendar quarter resulting from investments below:

- House Bill 5024 ($130M with $20M Tribal Set-Aside from the 2021-2023 biennia)

- House Bill 5202 ($100M from the 2021-2023 biennia)

- Senate Bill 5525 ($15M with $1.5M Tribal Set Aside from the 2021-2023 biennia)

- House Bill 2316 ($20M from the 2021-2023 biennia)

- House Bill 5030 ($50M with $5M Tribal Set Aside from the 2023-2025 biennia)

- Senate Bill 1530 ($18M from the 2023-2025 biennia)

- House Bill 2059 ($65M from the 2025-2027 biennia)

Please note, due to the complex nature of capital development projects, project completion timelines and capacity projections may shift until the project is finalized. This is due to a variety of factors such as: property acquisitions timeframes, lengthy zoning/permitting process, construction/material delays, and licensure.

The Behavioral Health Investments (BHI) team is actively involved in monitoring all phases of project development to address barriers to support risk mitigation. Additionally, preliminary project reviews are being done with the licensing teams to ensure the organizations plans are viable and meet licensing standards to support a smooth licensure process upon project completion. **On average most projects take between 24-48 months to complete. The length of time needed to complete a project varies depending on the scope of the project and whether it encompasses acquisition, renovation, and/or new construction.**

2

Exhibit 1
Page 2 of 29

# Licensed Residential Housing & Facility Types

**Licensed Facility Types:**

- Secure Residential Treatment Facility (SRTF)

- Residential Treatment Facility (RTF)

- Residential Treatment Home (RTH)

- Substance Use Disorder Residential Treatment Facility (SUD Res)

- Withdrawal Management (WM)

- Adult Foster Home (AFH) *Please note: this facility type resulted from HB 5202 investments and is not reflected in the Dashboard visuals.*

- Inpatient Psychiatric

The following slides display the capacity by quarter for licensed residential housing and facilities funded by BHI.

3

Exhibit 1
Page 3 of 29

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Community Counseling Solutions | $341,423.52 | Umatilla | AFH | 5 | 12/1/2022 | Q4 2022 |
| ColumbiaCare Services, Inc. (Twin Pines) | $1,876,335 | Jackson | RTF | 8 | 5/30/2023 | Q2 2023 |
| Telecare Mental Health Services of Oregon, Inc. (Rhone) | $1,574,593 | Multnomah | RTH | 5 | 9/1/2023 | Q3 2023 |
| Ohana Ventures New Wave RTH, LLC (New Wave) | $264,883 | Jackson | RTH | 5 | 9/30/2023 | Q3 2023 |
| The Shangri-La Corporation (Harlow House) | $935,271 | Lane | RTH | 5 | 12/30/2023 | Q4 2023 |
| Community Counseling Solutions (Aspen Springs) | $927,371 | Umatilla | SRTF | 6 | 2/29/2024 | Q1 2024 |
| Community Counseling Solutions | $10,000 | Umatilla | SRTF | 15 | 3/4/2024 | Q1 2024 |
| New Narrative (Pacific St) | $2,141,196 | Multnomah | RTF | 11 | 4/30/2024 | Q2 2024 |
| Sequoia Mental Health Services, Inc. (Juniper) | $525,530 | Washington | RTH | 5 | 4/30/2024 | Q2 2024 |
| New Foundations, LLC (8th St) | $616,700 | Polk | RTH | 5 | 5/1/2024 | Q2 2024 |
| NIBBUS COMBINED CARE LLC (Bryson's House) | $879,900 | Jackson | RTH | 5 | 5/14/2024 | Q2 2024 |
| Sequoia Mental Health Services, Inc. (87th Ave) | $900,000 | Washington | RTH | 5 | 6/15/2024 | Q2 2024 |

4

Exhibit 1
Page 4 of 29

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| New Narrative (Mill St) | $2,178,392 | Multnomah | RTF | 11 | 6/30/2024 | Q2 2024 |
| Jackson House | $749,900 | Multnomah | SRTF | 14 | 9/1/2024 | Q3 2024 |
| The Shangri-La Corporation (Regency Dr) | $1,372,616 | Lane | RTH | 5 | 9/1/2024 | Q3 2024 |
| Ohana Ventures New Wave RTH, LLC (Sunrise Garden) | $864,000 | Jackson | RTH | 5 | 9/3/2024 | Q3 2024 |
| The Shangri-La Corporation (Macleay Rd) | $1,720,737 | Marion | RTH | 5 | 10/1/2024 | Q4 2024 |
| Marion County | $749,956 | Marion | RTH | 5 | 10/15/2024 | Q4 2024 |
| Marion County | $1,093,327 | Marion | RTH | 5 | 12/9/2024 | Q4 2024 |
| Ohana Ventures New Wave RTH, LLC (Aster Place) | $814,000 | Jackson | RTH | 5 | 2/10/2025 | Q1 2025 |
| ColumbiaCare Services, Inc. (Pine Ridge) | $1,103,221 | Lane | RTF | 7 | 4/14/2025 | Q2 2025 |
| Central City Concern | $6,000,000 | Multnomah | SUD RTF | 74 | 5/19/2025 | Q2 2025 |
| Cascadia Health (Treeline) | $2,395,000 | Multnomah | RTF | 10 | 8/1/2025 | Q3 2025 |
| Lane County (Bracole) | $323,712.79 | Lane | AFH | 5 | 9/1/2025 | Q3 2025 |

5

5

Exhibit 1
Page 5 of 29

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Ohana Ventures New Wave RTH, LLC (Maple Court) | $864,000 | Jackson | RTH | 5 | 9/22/2025 | Q3 2025 |
| Community First Solutions LLC | $13,141,661 | Marion | SRTF | 16 | 10/15/2025 | Q4 2025 |
| Lincoln County Health and Human Services | $2,948,917 | Lincoln | SUD RTF | 16 | 10/27/2025 | Q4 2025 |
| Family Recovery, Inc (Milestones) | $1,100,000 | Benton | SUD RTF | 12 | 11/1/2025 | Q4 2025 |
| Washington County | $2,300,000 | Washington | SUD RTF | 48 | 11/17/2025 | Q4 2025 |
| Klamath Basin Behavioral Health | $1,847,255.63 | Klamath | RTF | 16 | 12/1/2025 | Q4 2025 |
| Deschutes County | $1,200,000 | Deschutes | AFH | 5 | 12/31/2025 | Q4 2025 |
| New Narrative | $1,615,593 | Multnomah | RTF | 11 | 1/12/2026 | Q1 2026 |
| Lane County | $1,374,697.26 | Lane | RTH | 5 | 2/28/2026 | Q1 2026 |
| Ohana Ventures New Wave RTH, LLC (Mountain View) | $864,000 | Jackson | RTH | 5 | 4/14/2026 | Q2 2026 |
| CGCH II, Inc. (300) | $1,318,756 | Marion | RTF | 10 | 6/15/2026 | Q2 2026 |
| Lifeworks NW (Kendall House) | $300,000 | Washington | RTH | 5 | 6/30/2026 | Q2 2026 |

Exhibit 1
Page 6 of 29

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Marion County | $1,482,900 | Marion | RTF | 12 | 7/1/2026 | Q3 2026 |
| New Directions Northwest, Inc. | $1,500,000 | Baker | SUD RTF | 12 | 7/16/2026 | Q3 2026 |
| NiBBus | $1,565,500 | Coos | RTF | 16 | 7/31/2026 | Q3 2026 |
| Live. Grow. Share. LLC (Lotus) | $2,891,574 | Lane | RTF | 16 | 7/31/2026 | Q3 2026 |
| Coos County | $550,000 | Coos | RTH | 5 | 8/1/2026 | Q3 2026 |
| BH-OR-OPCO MLK Center, LLC | $749,900 | Multnomah | SRTF | 16 | 8/30/2026 | Q3 2026 |
| Cascadia Health (122nd Melody Court) | $2,410,000 | Multnomah | SRTF | 10 | 8/31/2026 | Q3 2026 |
| Community First Solutions LLC | $10,876,615 | Marion | SRTF | 16 | 11/1/2026 | Q4 2026 |
| OnTrack Inc (Phase 1) | $10,558,181 | Jackson | SUD RTF | 43 | 11/7/2026 | Q4 2026 |
| Addictions Recovery Center Inc. | $4,515,000 | Jackson | SUD RTF | 24 | 11/30/2026 | Q4 2026 |
| On Track (Phase 2) | $150,000 | Jackson | SUD RTF | 10 | 12/1/2026 | Q4 2026 |
| Shangri-La | $2,000,000 | Marion | RTH | 5 | 12/1/2026 | Q4 2026 |

7

Exhibit 1
Page 7 of 29

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| CGCH II, Inc. (301) | $2,201,962 | Marion | RTF | 10 | 12/31/2026 | Q4 2026 |
| Transformations Wellness Center | $2,593,828 | Klamath | SUD RTF | 25 | 1/1/2027 | Q1 2027 |
| Transformations Wellness Center | $0 (included in award above) | Klamath | Withdrawal Management | 8 | 1/1/2027 | Q1 2027 |
| Columbia Community Mental Health | $4,400,000 | Columbia | Withdrawal Management | 10 | 1/2/2027 | Q1 2027 |
| Best Care Treatment Services, Inc. | $1,100,000 | Deschutes | Withdrawal Management | 21 | 1/15/2027 | Q1 2027 |
| Samaritan Health Services | $7,500,000 | Benton | Inpatient Psychiatric | 10 | 3/15/2027 | Q1 2027 |
| Lifeworks NW (Fredrick House) | $1,200,000 | Washington | RTH | 5 | 3/31/2027 | Q1 2027 |
| New Narrative | $5,200,000 | Washington | RTF | 10 | 5/1/2027 | Q2 2027 |
| The Native American Rehabilitation Association of the Northwest, Inc. | $9,900,000 | Multnomah | SUD RTF | 58 | 5/31/2027 | Q2 2027 |
| Best Care Treatment Services, Inc. | $1,900,000 | Deschutes | SUD RTF | 16 | 7/31/2027 | Q3 2027 |
| Lifeways Inc. | $15,816,185 | Malheur | SRTF | 16 | 8/1/2027 | Q3 2027 |
| Lifeways Inc. | $0 (included in award above) | Malheur | SUD RTF | 36 | 8/1/2027 | Q3 2027 |

Exhibit 1
Page 8 of 29

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Lifeways Inc. | $0 (included in award above) | Malheur | Withdrawal Management | 6 | 8/1/2027 | Q3 2027 |
| Cameron Care | $2,508,796 | Multnomah | RTF | 16 | 8/30/2027 | Q3 2027 |
| Sequoia | $4,000,000 | Washington | SRTF | 12 | 11/1/2027 | Q4 2027 |
| On Track (Phase 3) | $5,520,000 | Jackson | SUD RTF | 15 | 12/30/2027 | Q4 2027 |
| On Track (Phase 3) | $0 (included in award above) | Jackson | Withdrawal Management | 6 | 12/30/2027 | Q4 2027 |
| Cascadia (Cleveland Commons) | $7,691,404 | Multnomah | SRTF | 16 | 3/31/2028 | Q1 2028 |
| Cascadia (Dekum Street) | $7,608,769 | Multnomah | SRTF | 16 | 3/31/2028 | Q1 2028 |
| Mid-Columbia Center for Living | $4,500,000 | Wasco | SUD RTF | 24 | 8/1/2028 | Q3 2028 |
| Clackamas County (Clackamas County Recovery Campus) | $10,000,000 | Clackamas | SUD RTF | 24 | Fall 2028 | Q3 2028 |
| Clackamas County (Clackamas County Recovery Campus) | $0 (included in award above) | Clackamas | Withdrawal Management | 16 | Fall 2028 | Q3 2028 |
| Deschutes County | $1,650,000 | Deschutes | AFH | 5 | TBD | TBD |
| Sanctuary Agency, LLC | $293,677 | Marion | RTF | 9 | TBD | TBD |

9

Exhibit 1
Page 9 of 29

# Licensed Capacity by Quarter



**TBD Licensed Capacity:** A total of 14 additional beds are associated with licensed projects; however, the occupancy date is still being determined by the organization. As such, licensed capacity with a TBD occupancy date is not reflected in the line chart above. **Total licensed capacity: 14 (TBD occupancy date) and 946 (confirmed occupancy date) is a total of 960 licensed beds.**

Exhibit 1
Page 10 of 29

# Licensed Capacity: Q2 2026 Overview

| Organization | Capacity | Facility Type | County | Occupancy Date | Quarter |
|---|---|---|---|---|---|
| Ohana Ventures New Wave RTH, LLC (Mountain View) | 5 | RTH | Jackson | 04/14/2026 | Q2 2026 |
| CGCH II, Inc. (300) | 10 | RTF | Marion | 6/15/2026 | Q2 2026 |
| Lifeworks NW (Kendall House) | 5 | RTH | Washington | 6/30/2026 | Q2 2026 |
| **Total Q2 2026 Licensed Capacity** | **20 beds** | | | | |

*Please note, this information is based on data from quarterly reports submitted by the organizations. As the next round of quarterly reports are received, it is possible these numbers and/or dates may shift based on project finalization and licensure.*

11

Exhibit 1
Page 11 of 29

# Residential Net Capacity Summary

The following slides highlight the net capacity gains for the primary behavioral health residential bed types identified in the Residential+ Facility Study for 2023-2025 and capacity projections for 2026-2028.

Terms used in the visual displays include:

- **L&C:** Licensing and Certification

- **BHI:** Behavioral Health Investments

- **\*BHI New Capacity:** New licensed residential capacity for the time frame identified, resulting from BHI grant funding

- **L&C New Capacity:** New licensed residential capacity for the time frame identified, resulting from direct applications to Licensing & Certification (not funded by BHI)

- **L&C Lost Capacity:** L&C residential closures for the time frame identified

- **Net Capacity:** Net number of beds (BHI New Capacity + L&C New Capacity – L&C Lost Capacity = Net Capacity for the time frame identified)

*Note: BHI does not have lost capacity as all BHI funded projects receiving a grant of $250,000 or more have a Declaration of Restrictive Covenants (establishes land use restriction for a period of 20 years to support ongoing operations).*

Exhibit 1
Page 12 of 29

# 2023 Net Residential Capacity Gains Summary



Exhibit 1
Page 13 of 29

# 2024 Net Residential Capacity Gains Summary



Exhibit 1
Page 14 of 29

# 2025 Net Residential Capacity Gains Summary



Exhibit 1
Page 15 of 29

# Net Residential Capacity Gains 2023 – 2025



| Facility Type | 2023 | 2024 | 2025 |
|---|---|---|---|
| SRTF | 8 | 27 | 18 |
| RTF/RTH | 27 | 63 | 151 |
| SUD Res | 2 | 46 | 307 |
| WM | 19 | 20 | 101 |
| Yearly Totals ⟶ | 56 | 156 | 577 |

16

Exhibit 1
Page 16 of 29

# BHI Added Residential Capacity Projections 2026 – 2028 & TBD

| Facility Type | 2026 | 2027 | 2028 | TBD |
|---|---|---|---|---|
| SRTF | 42 | 28 | 32 | 0 |
| RTF/RTH | 100 | 31 | 0 | 9 |
| SUD Res | 89 | 150 | 48 | 0 |
| WM | 0 | 51 | 16 | 0 |
| Yearly Totals ⟶ | 231 | 260 | 96 | 9 |



17

Exhibit 1
Page 17 of 29

# Non-Licensed Housing Types

- Supportive Housing (SH)

- Transitional Housing (TH)

- Recovery Housing

- Re-Entry Program

The following slides outline the capacity by quarter for non-licensed housing types funded by BHI.

18

Exhibit 1
Page 18 of 29

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Community Counseling Solutions | $1,114,201.04 | Umatilla | Transitional Housing | 7 | 11/1/2022 | Q4 2022 |
| Community Counseling Solutions | $1,044,555.95 | Umatilla | Transitional Housing | 12 | 2/1/2023 | Q1 2023 |
| Options | $500,000 | Josephine | Supportive Housing | 4 | 6/1/2023 | Q2 2023 |
| Multnomah County (VOA Recovery) | $778,540 | Multnomah | Recovery Home | 13 | 6/15/2023 | Q2 2023 |
| New Directions (Men's Home) | $268,715.99 | Baker | Recovery Home | 8 | 8/1/2023 | Q3 2023 |
| New Directions (Women's Home) | $411,416.61 | Baker | Recovery Home | 8 | 8/1/2023 | Q3 2023 |
| Mid Columbia Center for Living (Gloria Center) | $1,250,000 | Wasco | Supportive Housing | 15 | 10/1/2023 | Q4 2023 |
| Wallowa Valley | $1,109,467 | Wallowa | Transitional Housing | 11 | 1/30/2024 | Q1 2024 |
| Tillamook | $1,418,504.65 | Tillamook | Supportive Housing | 5 | 5/1/2024 | Q2 2024 |
| Wallowa Valley | $220,961.98 | Wallowa | Transitional Housing | 2 | 5/15/2024 | Q2 2024 |
| Clackamas County (Transcending Hope) | $950,862.70 | Clackamas | Recovery Home | 10 | 6/1/2024 | Q2 2024 |
| Multnomah County (Miracles Club) | $217,370.75 | Multnomah | Recovery Home | 11 | 7/1/2024 | Q3 2024 |

Exhibit 1
Page 19 of 29

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Iron Tribe Network | $750,000 | Multnomah | Recovery Home | 9 | 7/30/2024 | Q3 2024 |
| Iron Tribe Network | $750,000 | Columbia | Recovery Home | 6 | 8/15/2024 | Q3 2024 |
| Mid Columbia Center for Living (The Annex) | $1,950,000 | Wasco | Supportive Housing | 21 | 9/1/2024 | Q3 2024 |
| Multnomah County (Bridges to Change) | $202,645.62 | Multnomah | Recovery Home | 9 | 9/1/2024 | Q3 2024 |
| Transcending Hope | $715,667 | Washington | Recovery Home | 9 | 9/1/2024 | Q3 2024 |
| Symmetry | $472,525 | Harney | Supportive Housing | 4 | 9/1/2024 | Q3 2024 |
| 4D Recovery, Inc. | $700,000 | Multnomah | Recovery Home | 8 | 9/30/2024 | Q3 2024 |
| 4D Recovery, Inc. (True Colors Home) | $700,000 | Multnomah | Recovery Home | 6 | 9/30/2024 | Q3 2024 |
| Juntos NW, Inc. | $226,900 | Washington | Recovery Home | 6 | 9/30/2024 | Q3 2024 |
| Miracles Club MLK Limited Partnership | $500,000 | Multnomah | Recovery Home | 8 | 9/30/2024 | Q3 2024 |
| Crossroads Communities | $2,700,000 | Linn | Supportive Housing | 9 | 9/30/2024 | Q3 2024 |
| Miracles Club MLK Limited Partnership | $500,000 | Multnomah | Recovery Home | 8 | 9/30/2024 | Q3 2024 |

20

Exhibit 1
Page 20 of 29

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Painted Horse Recovery, Inc. | $700,000 | Multnomah | Recovery Home | 6 | 9/30/2024 | Q3 2024 |
| Transcending Hope | $915,177 | Multnomah | Recovery Home | 40 | 10/1/2024 | Q4 2024 |
| Center for Hope & Safety | $1,200,000 | Marion | Supportive Housing | 4 | 10/30/2024 | Q4 2024 |
| The Lasko Refuge, LLC | $211,000 | Multnomah | Recovery Home | 12 | 10/31/2024 | Q4 2024 |
| Free on the Outside, Inc. | $720,000 | Clackamas | Recovery Home | 10 | 12/15/2024 | Q4 2024 |
| Creating Housing Coalition | $1,600,000 | Linn | Supportive Housing | 8 | 12/15/2024 | Q4 2024 |
| New Directions | $369,181.28 | Baker | Recovery Home | 2 | 12/15/2024 | Q4 2024 |
| Tillamook Family Counseling Center, Inc. | $900,000 | Tillamook | Recovery Home | 11 | 12/15/2024 | Q4 2024 |
| Iron Tribe Network | $650,000 | Marion | Recovery Home | 7 | 12/31/2024 | Q4 2024 |
| Miracles Club MLK Limited Partnership | $50,000 | Multnomah | Recovery Home | 6 | 1/15/2025 | Q1 2025 |
| Free on the Outside, Inc. | $750,000 | Washington | Recovery Home | 12 | 2/1/2025 | Q1 2025 |
| Community Counseling Solutions | $331,004.66 | Morrow | Transitional Housing | 3 | 2/17/2025 | Q1 2025 |

21

Exhibit 1
Page 21 of 29

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Adapt (Douglas) | $2,953,467 | Douglas | Supportive Housing | 23 | 4/1/2025 | Q2 2025 |
| Community Counseling Solutions | $258,793.22 | Grant | Transitional Housing | 3 | 4/1/2025 | Q2 2025 |
| Free on the Outside, Inc. | $850,000 | Deschutes | Recovery Home | 14 | 4/1/2025 | Q2 2025 |
| Transcending Hope | $350,000 | Clackamas | Recovery Home | 10 | 4/1/2025 | Q2 2025 |
| Lifeways | $669,421.21 | Malheur | Supportive Housing | 5 | 5/27/2025 | Q2 2025 |
| Cascadia Health (Rosewood) | $750,000 | Multnomah | Supportive Housing | 5 | 6/30/2025 | Q2 2025 |
| Multnomah County (Iron Tribe Network) | $881,000 | Multnomah | Recovery Home | 7 | 6/30/2025 | Q2 2025 |
| Options | $2,065,782.38 | Josephine | Transitional Housing | 10 | 6/30/2025 | Q2 2025 |
| Adapt (Hammond House) | $709,340 | Curry | Supportive Housing | 4 | 7/1/2025 | Q3 2025 |
| Community Counseling Solutions | $235,680.31 | Morrow | Transitional Housing | 3 | 7/1/2025 | Q3 2025 |
| Community Counseling Solutions | $328,858.44 | Morrow | Transitional Housing | 3 | 7/1/2025 | Q3 2025 |
| Community Counseling Solutions | $331,599.61 | Gilliam | Transitional Housing | 4 | 7/1/2025 | Q3 2025 |

Exhibit 1
Page 22 of 29

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Community Counseling Solutions | $324,032.41 | Umatilla | Transitional Housing | 3 | 8/1/2025 | Q3 2025 |
| Community Counseling Solutions | $344,879.58 | Wheeler | Transitional Housing | 4 | 8/1/2025 | Q3 2025 |
| Mid-Willamette Valley Community Action Agency, Inc. | $2,700,000 | Polk | Supportive Housing | 9 | 10/31/2025 | Q4 2025 |
| Jackson County (New Haven) | $316,000 | Jackson | Recovery Home | 7 | 1/1/2026 | Q1 2026 |
| Jackson County (Rogue Retreat) | $650,000 | Jackson | Transitional Housing | 8 | 1/1/2026 | Q1 2026 |
| Clatsop Behavioral Healthcare | $2,700,000 | Clatsop | Supportive Housing | 9 | 4/30/2026 | Q2 2026 |
| Community Counseling Solutions | $215,108.75 | Grant | Supportive Housing | 2 | 5/1/2026 | Q2 2026 |
| New Foundations, LLC (Birch St) | $996,800 | Polk | Supportive Housing | 5 | 6/1/2026 | Q2 2026 |
| Linn County | $2,500,000 | Linn | Supportive Housing | 8 | 7/30/2026 | Q3 2026 |
| Lincoln County Health & Human Services | $2,700,000 | Lincoln | Supportive Housing | 9 | 7/31/2026 | Q3 2026 |
| Best Care (Jefferson) | $98,497.43 | Jefferson | Supportive Housing | 5 | 11/15/2026 | Q4 2026 |
| Outback Strong | $125,000 | Lake | Supportive Housing | 3 | 12/15/2026 | Q4 2026 |

23

Exhibit 1
Page 23 of 29

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Adapt (Lucky Lane) | $996,660 | Curry | Supportive Housing | 4 | 12/31/2026 | Q4 2026 |
| Adapt Integrated Health Care | $2,700,000 | Curry | Supportive Housing | 9 | 12/31/2026 | Q4 2026 |
| Housing Authority of Yamhill County | $2,400,000 | Yamhill | Supportive Housing | 10 | 12/31/2026 | Q4 2026 |
| Restoration House, Inc. | $1,489,088 | Clatsop | Supportive Housing | 10 | 12/31/2026 | Q4 2026 |
| Outback Strong | $751,295.86 | Lake | Supportive Housing | TBD | 12/31/2026 | Q4 2026 |
| Washington County | $2,500,000 | Washington | Supportive Housing | 16 | 12/31/2026 | Q4 2026 |
| Fora Health Treatment & Recovery (Fora Home) | $4,000,000 | Multnomah | Transitional Housing | 46 | 2/1/2027 | Q1 2027 |
| Northwest Regional Re-Entry Center | $4,000,000 | Multnomah | Re-Entry Program | 20 | 5/1/2027 | Q2 2027 |
| Columbia Community Mental Health | $2,487,410.26 | Columbia | Transitional Housing | 16 | 6/1/2027 | Q2 2027 |
| Clackamas County (Clackamas County Recovery Campus) | $0 (funding total included in award on Licensed Tab) | Clackamas | Transitional Housing | 36 | Fall 2028 | Q3 2028 |
| Lane County (Laurel Hill Center) | $865,000 | Lane | Supportive Housing | 54 | Late 2028 | Q4 2028 |

24

Exhibit 1
Page 24 of 29

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Yamhill County | $1,400,641.31 | Yamhill | Transitional Housing | TBD | TBD | TBD |
| Clatsop Behavioral Healthcare | $78,924.99 | Clatsop | Supportive Housing | 2 | TBD | TBD |
| Community Counseling Solutions | $375,000 | Grant | Transitional Housing | 3 | TBD | TBD |
| Lifeways | $339,262.00 | Malheur | Transitional Housing | TBD | TBD | TBD |
| Multnomah County (Holistic Healing) | $734,086.79 | Multnomah | Transitional Housing | 6 | TBD | TBD |
| Options | $457,272.25 | Josephine | Transitional Housing | TBD | TBD | TBD |
| Transcending Hope | $304,333 | Washington | Recovery Home | TBD | TBD | TBD |

Exhibit 1
Page 25 of 29

# Non-Licensed Capacity by Quarter



**TBD Non-Licensed Capacity:** A total of 11 additional beds/units are associated with non-licensed projects; however, the occupancy date is still being determined by the organization. As such, non-licensed capacity with a TBD occupancy date is not reflected in the line chart above. **Total non-licensed capacity: 11 (TBD occupancy date) and 714 (confirmed occupancy date) is a total of 725 non-licensed beds.**

26

Exhibit 1
Page 26 of 29

# Non-Licensed Capacity: Q2 2026 Overview

| Organization | Capacity | Housing Type | County | Occupancy Date | Quarter |
|---|---|---|---|---|---|
| Clatsop Behavioral Healthcare | 9 | Supportive Housing | Clatsop | 4/30/2026 | Q2 2026 |
| New Foundations, LLC (Birch St) | 5 | Supportive Housing | Polk | 6/1/2026 | Q2 2026 |
| Community Counseling Solutions | 2 | Supportive Housing | Grant | 5/1/2026 | Q2 2026 |
| **Total Q2 2026 Non-Licensed Capacity** | **16 beds** | | | | |

*\* Please note, this information is based on data from quarterly reports submitted by the organizations. As the next round of quarterly reports are received, it is possible these numbers and/or dates may shift based on project finalization and licensure.*

27

Exhibit 1
Page 27 of 29

Updated 5/31/2026

**Summary of Behavioral Health Investments Licensed & Non-Licensed Capacity by Quarter:**

Since 2023, there has been an increase in net residential capacity for Secure Residential Treatment Facilities (SRTF), Mental Health Residential Facilities (RTF/RTH), Substance Use Disorder Residential Facilities (SUD Res), and Withdrawal Management Facilities (WM).

Behavioral Health Investments (BHI) capacity projections from 2026 through 2028 and to be determined (TBD) capacity for SRTF, RTF/RTH, SUD Res, and WM facilities refers to the anticipated growth in capacity that will result from projects currently in development and funded by BHI. "In development" refers to a project that is underway but is not yet complete.

Net capacity totals for 2026 onward cannot be finalized until the end of the calendar year. This will be updated once data from the year is complete and available for review.

**Acronyms:**

- **SRTF:** Secure Residential Treatment Facilities
- **RTF/RTH:** Mental Health Residential Facilities
- **SUD Res:** Substance Use Disorder Residential Facilities
- **WM:** Withdrawal Management Facilities
- **L&C:** Oregon Health Authority's Licensing and Certification
- **BHI:** Oregon Health Authority's Behavioral Health Investments

**Definitions:**

- **BHI New Capacity:** New licensed residential capacity for the time frame identified resulting from BHI grant funding
- **L&C New Capacity:** New licensed residential capacity for the time frame identified resulting from direct applications to Licensing & Certification (not funded by BHI)
- **L&C Lost Capacity:** L&C residential closures for the time frame identified
- **Net Capacity**: Net number of beds (BHI New Capacity + L&C New Capacity – L&C Lost Capacity = Net Capacity for the timeframe identified)

Exhibit 1
Page 28 of 29

Updated 5/31/2026

**Net Residential Capacity Gains 2023 – 2025**

| Facility Type | 2023 | 2024 | 2025 |
|---|---|---|---|
| SRTF | 8 | 27 | 18 |
| RTF/RTH | 27 | 63 | 151 |
| SUD Res | 2 | 46 | 307 |
| WM | 19 | 20 | 101 |
| Yearly Totals | 56 | 156 | 577 |

*Data for Net Capacity 2023 – 2025 has been gathered from Oregon Health Authority's Behavioral Health Investments and Oregon Health Authority's Licensing & Certification unit.*

*Note: See alternative visual representation in Behavioral Health Investments Licensed & Non-Licensed Capacity by Quarter PowerPoint slide 16.*

**BHI Residential Capacity Projections 2026 – 2028 & TBD**

| Facility Type | 2026 | 2027 | 2028 | To Be Determined (TBD) |
|---|---|---|---|---|
| SRTF | 42 | 28 | 32 | 0 |
| RTF/RTH | 100 | 31 | 0 | 9 |
| SUD Res | 89 | 150 | 48 | 0 |
| WM | 0 | 51 | 16 | 0 |
| Yearly Totals | 231 | 260 | 96 | 9 |

*Data for BHI Residential Capacity Projections 2026 – 2028 is capacity resulting from projects funded by the Oregon Health Authority's Behavioral Health Investments (does **not** include data from Licensing & Certification unit).*

*Note: See alternative visual representation in Behavioral Health Investments Licensed & Non-Licensed Capacity by Quarter PowerPoint slide 17.*

Exhibit 1
Page 29 of 29