DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Carla.A.Scott@doj.oregon.gov
Craig.M.Johnson@doj.oregon.gov
Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Fariborz Pakseresht, Dolores Matteucci, and James Diegel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>FARIBORZ PAKSERESHT, in his official capacity as interim head of the Oregon Health Authority, and JAMES DIEGEL in his official capacity as Interim Superintendent of the Oregon State Hospital,<br><br>Defendants. | Case No. 3:02-cv-00339-AN (Lead Case)<br>Case No. 3:21-cv-01637-AN (Member Case)<br><br>DECLARATION OF SCOTT HILLIER IN SUPPORT MOTION TO PURGE CONTEMPT |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES DIEGEL, Interim Superintendent of the Oregon State Hospital, in his official | Case No. 3:21-cv-01637-AN (Member Case) |

capacity, DOLORES MATTEUCCI, in her individual capacity, FARIBORZ PAKSERESHT, Interim Director of the Oregon Health Authority, in his official capacity, and PATRICK ALLEN in his individual capacity,

Defendants.

I, Scott Hillier, hereby declare:

1. I am the Chief Analyst at the Oregon State Hospital (OSH). My duties include providing in-depth analysis, reporting, and support related to the various data tracked at OSH, including admissions of those committed to OSH by state courts because they have been found unable to aid and assist in their own defense under the terms of the permanent injunction in this case.
2. I make this declaration based upon a combination of personal knowledge and in reliance upon records which are regularly maintained in the ordinary course of OSH business.
3. Since June 13, 2026, OSH has been admitting those found unable to aid and assist in their own defense within seven days of the commitment order, with the exception of situations where the circuit court did not timely send OSH the commitment order. OSH plans to keep sufficient beds available for aid and assist admissions to account for potential surges in commitment orders.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on September _4_, 2026.

*s/ Scott Hillier*

SCOTT HILLIER



Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000