Emily Cooper OSB #182254
ecooper@droregon.org
Thomas Stenson OSB #152894
tstenson@droregon.org
Dave Boyer, OSB # 235450
Dboyer@droregon.org
Disability Rights Oregon
900 SW 5th Avenue, Suite 1800
Portland, OR 97204
(503) 243-2081
*Counsel for Plaintiff, Disability Rights Oregon*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

**DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., & A.J. MADISON,**
Plaintiffs,

v.

**SAJEL HATHI,** in her official capacity as head of the Oregon Health Authority, & **SARA WALKER**, in her official capacity as Superintendent of the Oregon State Hospital,
Defendants.

**JAROD BOWMAN** and **JOSHAWN DOUGLAS-SIMPSON**,
Plaintiffs,

v.

**SARA WALKER**, Interim Superintendent of the Oregon State Hospital, in her official capacity, **SAJEL HATHI**, Director of the Oregon Health Authority, in her official capacity,
Defendants.

Case No. 3:02-cv-00339-AN (Lead Case) Case No. 3:21-cv-01637-AN (Member Case)

STIPULATED MOTION AND DECLARATION TO ADMIT COURT MONITOR'S REPORTS INTO THE RECORD

**LR 7-1 Certification**

Plaintiffs and Defendants have conferred and there is no objection to the admission of the Court Monitor's Reports into the record.

## I. Motion

Plaintiff Disability Rights Oregon (DRO) hereby moves this Court to enter the Court Monitor's Reports into the record pursuant to its inherent authority. *See Stone v. City & Cnty. of San Francisco*, 968 F.2d 850, 856 (9th Cir. 1992).

## II. Declaration

1. I am the Legal Director at Disability Rights Oregon ("DRO"), the designated Protection and Advocacy system for Oregon and an Organizational Plaintiff in the above captioned matter.
2. Attached as Exhibit A is a true and accurate copy of the Court Monitor's 1st Report dated September 5, 2025.
3. Attached as Exhibit B is a true and accurate copy of the Court Monitor's 2nd Report dated December 6, 2025.
4. Attached as Exhibit C is a true and accurate copy of the Court Monitor's 3rd Report dated March 16, 2026.
5. Attached as Exhibit D is a true and accurate copy of the Court Monitor's 4th Report dated June 6, 2026.
6. Attached as Exhibit E is a true and accurate copy of the Court Monitor's 5th Report dated September 13, 2026.

I hereby declare that the above statements are true to the best of my knowledge and belief, and I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED this16th day of September 2026.

Respectfully Submitted:
/s *Emily Cooper*
Emily Cooper OSB # 182254
ecooper@droregon.org



**Disability Rights Oregon**
900 SW 5th Avenue, Suite 1800
Portland, OR 97205
(503) 243-2081

Thomas Stenson, OSB # 152894
tstenson@droregon.org
Dave Boyer OSB # 235450
dboyer@droregon.org
511 SW 10th, Suite 200
Portland OR 97205
Telephone: (503) 243 2081
Facsimile: (503) 243 1738

*Counsel for Plaintiff*
*Disability Rights Oregon*