Emily Cooper OSB #182254
ecooper@droregon.org
Thomas Stenson OSB #152894
tstenson@droregon.org
Dave Boyer OSB # 235450
dboyer@droregon.org
Disability Rights Oregon
900 SW 5th Avenue, Suite 1800
Portland, OR 97204
(503) 243-2081
*Counsel for Plaintiff, Disability Rights Oregon*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

**DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC.,** and **A.J. MADISON,**
Plaintiffs,

v.

**SEJAL HATHI,** in her official capacity as Director of the Oregon Health Authority; and **JAMES DIEGEL**, in his official capacity as Interim Superintendent of the Oregon State Hospital,
Defendants.

**JAROD BOWMAN**, **JOSHAWN DOUGLAS-SIMPSON**, and **METROPOLITAN PUBLIC DEFENDER SERVICES, INC.,**
Plaintiffs,

v.

**JAMES DIEGEL**, Interim Superintendent of the Oregon State Hospital, in his official capacity, **SEJAL HATHI**, Director of the Oregon Health Authority, in her official capacity,
Defendants.

Case No. 3:02-cv-00339-AN (Lead Case)

Case No. 3:21-cv-01637-AN (Member Case)

PLAINTIFF DRO'S REQUEST FOR ORAL ARGUMENT ON OREGON'S MOTION TO VACATE CONTEMPT ORDER

**PLAINTIFF DRO'S REQUEST FOR ORAL ARGUMENT ON DEFENDANTS' MOTION TO VACATE CONTEMPT ORDER**

In light of the discussion at the September 15 status conference of upcoming matters that may impact the compliance of the state—in particular, the district court's contemplated amendments to the remedial orders—DRO would request oral argument on Defendants' September 4 motion to vacate the June 2025 contempt order. Subsequent changes in the factual backdrop of the case may affect the claims for the relief sought by Defendants. In the interest of efficiency, DRO suggests that brief oral argument be included in the status conference scheduled for December rather than setting a separate date. Oral argument would allow any discussion of updated information and ensure that, when the case is taken under advisement, the Court has the most updated information and positions of the parties.

DATED this 23rd day of September, 2026

DISABILITY RIGHTS OREGON

/s *Thomas Stenson*
Emily Cooper OSB # 182254
ecooper@droregon.org
Thomas Stenson, OSB # 152894
tstenson@droregon.org
Dave Boyer OSB # 235450
dboyer@droregon.org
511 SW 10th, Suite 200
Portland OR 97205
Telephone: (503) 243 2081
Facsimile: (503) 243 1738

*Counsel for Plaintiff*
*Disability Rights Oregon*