DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
SHEILA H. POTTER #993485
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.oregon.gov
        Sheila.Potter@doj.oregon.gov
        Craig.M.Johnson@doj.oregon.gov
        Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sajel Hathi, Dolores Matteucci, and Sara Walker

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON, | Case No.  3:02-cv-00339-AN (Lead Case) Case No.  3:21-cv-01637-AN (Member Case) Case No.  6:22-CV-01460-AN (Member Case) |
| Plaintiffs, | DEFENDANTS' REBUTTAL TO AMICI HOSPITALS' ARGUMENT REGARDING REMEDIES |
| v. | |
| SEJAL HATHI, in her official capacity as head of the Oregon Health Authority, and SARA WALKER in her official capacity as Interim Superintendent of the Oregon State Hospital, | |
| Defendants. | |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON, | Case No.  3:21-cv-01637-AN (Member Case) |
| Plaintiffs, | |
| v. | |
| SARA WALKER, Interim Superintendent of the Oregon State Hospital, in her official | |

Page 1 -   DEFENDANTS' REBUTTAL TO AMICI HOSPITALS' ARGUMENT REGARDING
            REMEDIES

CAS/j3b/985486115
                          Department of Justice
                          100 SW Market Street
                          Portland, OR 97201
                      (971) 673-1880 / Fax: (971) 673-5000
                          Level 3 - Restricted

capacity, DOLORES MATTEUCCI, in her
individual capacity, SEJAL HATHI, Director
of the Oregon Health Authority, in her official
capacity, and PATRICK ALLEN in his
individual capacity,

        Defendants.

LEGACY EMANUEL HOSPITAL &
HEALTH CENTER d/b/a UNITY CENTER
FOR BEHAVIORAL HEALTH; LEGACY
HEALTH SYSTEM; PEACEHEALTH; and
PROVIDENCE HEALTH & SERVICES
OREGON,

        Plaintiffs,

    v.

SEJAL HATHI, in her official capacity as
Director of Oregon Health Authority,

        Defendant.

Case No.  6:22-CV-01460-AN (Member Case)

Defendants submit the following rebuttal to the argument made by counsel for amici

Legacy Emanuel Hospital and Health Center, Legacy Health Systems, PeaceHealth,

Providence Health and Services – Oregon, and St. Charles Health System, Inc. (Amici

Hospitals) at the close of the hearing regarding Plaintiffs' motions for contempt and a

remedial order, on March 13, 2025.

## REBUTTAL

As part of their closing presentation, Amici Hospitals included two of the 14 slides

used during testimony given by Defendants' witnesses and have since submitted those two

slides along with slides created by Amici Hospitals to the Court as an exhibit (ECF No. 588).

Amici Hospitals represented that one of Defendants' slides, titled "Forensic Community

Capacity Expansion Projects Now Underway," indicates that Defendants are currently adding

only five new beds to serve the forensic populations in 2025.  However, in using the titled

"Forensic Community Capacity Expansion Projects Now Underway," Amici Hospitals

omitted Defendants' slide that directly preceded it, titled "Capacity Building in the

Page 2 -    DEFENDANTS' REBUTTAL TO AMICI HOSPITALS' ARGUMENT REGARDING
        REMEDIES
CAS/j3b/985486115

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000
Level 3 Restricted

Community."[1]

     Amici Hospitals also ignored the accompanying testimony that Ms. Clarke gave regarding these slides.  Regarding the slide Amici Hospitals presented out of context in their closing presentation, Ms. Clarke testified that it represents only a sub-set of the 204 beds depicted in Defendants' preceding "Capacity Building in the Community" slide.  Funded by a pre-existing one-time legislative appropriation, this sub-set of new beds is targeted to meet needs identified by the counties in their responses to Requests for Information that the Oregon Health Authority sent in the Fall of 2024.  She further testified that the slide Amici Hospitals did not use depicts the creation of 204 *new* beds between January 2025 and June 2027 to serve aid and assist and GEI patients in a prioritized manner, with 77 of those beds projected to be created by the end of 2025.

     DATED March  18, 2025.

                      Respectfully submitted,

                      DAN RAYFIELD
                      Attorney General

                      *s/ Carla A. Scott*
                      CARLA A. SCOTT #054725
                      CRAIG M. JOHNSON #080902
                      SHEILA H. POTTER #993485
                      Senior Assistant Attorneys General
                      JILL CONBERE # 193430
                      Assistant Attorney General
                      Trial Attorneys
                      Tel (971) 673-1880
                      Fax (971) 673-5000
                      Carla.A.Scott@doj.oregon.gov
                      Sheila.Potter@doj.oregon.gov
                      Craig.M.Johnson@doj.oregon.gov
                      Jill.Conbere@doj.oregon.gov
                      Of Attorneys for Defendants

---

[1] Defendants' full slides are attached to this filing as Attachment 1; the Capacity Building in the Community slide is slide number 8.

Page 3 -   DEFENDANTS' REBUTTAL TO AMICI HOSPITALS' ARGUMENT REGARDING
       REMEDIES

CAS/j3b/985486115
Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 888 (Reserved)(971) 673-5000
Level 3 Restricted

# Oregon State Hospital Patient Population



# A&A Orders and Percent Change Since 2013

| Year | Orders per Month | Percent Change |
|------|-----------------:|---------------:|
| 2012 | 30.5 | |
| 2013 | 35.7 | 16.9% |
| 2014 | 38.4 | 7.7% |
| 2015 | 45.3 | 17.8% |
| 2016 | 51.9 | 14.7% |
| 2017 | 50.8 | -2.1% |
| 2018 | 60.8 | 19.5% |
| 2019 | 56.8 | -6.6% |
| 2020 | 54.4 | -4.1% |
| 2021 | 72.0 | 32.3% |
| 2022 | 79.3 | 10.1% |
| 2023 | 94.9 | 19.8% |
| 2024 | 97.4 | 2.6% |

# A&A Orders and Percent Change Since 2013



# A&A Orders Since 2021

## Aid & Assist Orders per Month since 2021

# Placement/Housing Array in the Community









**Secured Residential Treatment Facility (SRTF)**

**Residential Treatment Facility (RTF) / Residential Treatment Homes (RTH)**

**Adult Foster Home (ADH)**

**Other**

# Funding Sources for Forensic Populations

**There are various funding sources for placements serving the GEI and A&A populations:**

- Funding to counties through the CFAAs
- Funding to the counties through grants
- Funding to nonprofits through grants
- Private insurance
- Medicaid
  - Adult Foster Homes (AFH), Residential Treatment Homes (RTH), and Residential Treatment Facilities (RTF) are mostly Medicaid 1915i waiver funded
  - SRTFs are funded by standard Medicaid (SPA) funds or by general funds if the individual does not meet medical necessity. There are some who are paid through specific Service Element funds, some via CCO funding, and some via direct contracts.
- Direct contracts between OHA and providers
- Flexible housing funds

# Placement/Housing Array in the Community



**Secure Residential Treatment Facilities:**
- Class 1 & Class 2 : 24-hour services, treatment, and assistance with activities of daily living for one to 16 adults with mental health disorders in a setting that restricts an individual's exit from the setting due to civil commitment, court order, diversion or legal hold as the individual has been determined to be a danger to themselves or others.
- Only Class 1: Allows for use of seclusion, physical restraint, and involuntary medications.



**Residential Treatment Facilities:** 24-hour services, treatment or treatment coordination, and assistance with activities of daily living for six to 16 adults with mental health disorders in a community-based setting.



**Residential Treatment Homes:** 24-hour services, treatment or treatment coordination, and assistance with activities of daily living for up to five adults with mental health disorders in a community-based setting.



**Adult Foster Homes:** 24-hour services and assistance with activities of daily living to five or fewer adults diagnosed with a mental illness.



**Other:** stepped down transitional residential housing (e.g., NWRCC); permanent public congregate housing for adults with chronic behavioral health disorders; permanent private housing for adults and families with behavioral health disorders; halfway houses (temporary short or long-term public or private congregate dwelling for adults with addiction disorders); peer respite centers (short-term residential congregate facility for adults with behavioral health disorders); recovery homes and sober living homes (temporary short or long-term public or private congregate dwelling serving those with addiction disorders); hotels; and shelters.

# Capacity Building in the Community

- These are OHA's projects for behavioral health residential treatment and housing funded from FY21 to date for the Aid & Assist, GEI, and Civil Commitment populations.

- Projections show creation of **204 *new* beds** between January of 2025 to June of 2027.

- Definitions

  - <u>Bed:</u> Sleeping space within all other housing/facility types, may be a shared space/room with others.

  - <u>Unit:</u> Personal living in a singe family dwelling environment associated with supported housing and recovery housing that may have more than one resident.

| Timeframe Include | Quarter | Added Capacity (Beds) | Added Capacity (Units) |
|---|---|---|---|
| Jan - Mar 2023 | Quarter 1 2023 | 12 | |
| Apr - Jun 2023 | Quarter 2 2023 | 8 | |
| July - Sept 2023 | Quarter 3 2023 | | |
| Oct - Dec 2023 | Quarter 4 2023 | | |
| Jan - Mar 2024 | Quarter 1 2024 | | |
| Apr - June 2024 | Quarter 2 2024 | 16 | |
| July - Sept 2024 | Quarter 3 2024 | 33 | |
| Oct - Dec 2024 | Quarter 4 2024 | 15 | |
| Jan - Mar 2025 | Quarter 1 2025 | 16 | |
| Apr - Jun 2025 | Quarter 2 2025 | 15 | |
| July - Sept 2025 | Quarter 3 2025 | 26 | 5 |
| Oct - Dec 2025 | Quarter 4 2025 | 10 | 5 |
| Jan - Mar 2026 | Quarter 1 2026 | | |
| Apr - Jun 2026 | Quarter 2 2026 | | |
| July - Sept 2026 | Quarter 3 2026 | 41 | |
| Oct - Dec 2026 | Quarter 4 2026 | 16 | |
| Jan - Mar 2027 | Quarter 1 2027 | | |
| Apr - June 2027 | Quarter 2 2027 | 16 | |
| TBD | TBD | 61 | |
| | **Total** | **285 Beds** | **10 Units** |

# Forensic Community Capacity Expansion Projects Now Underway

OHA is spending **$9.4** million to create more placements for the A&A and GEI populations:

- **Northwest Regional Re-Entry Center (NWRRC)**: $4 million to add approximately 20 beds by 8/30/2026.

- **Jackson House (SRTF):** $749,900 to add 16 beds by 8/30/26.

- **Lifeworks NW (Kendall House) (SRTF):** $300,000 to add 5 beds by 6/30/25.

- **Lifeworks NW (Fredrick House) (SRTF):** $1.2 million to add 5 beds by 8/30/26.

- **Cascadia (Nadine's Place) (SRTF):** $181,283 to update existing facility to prevent loss of beds and provide an ADA accessible bed.

- **Cascadia (23rd Ave House) (SRTF):** $578,210 to update existing facility to prevent loss of beds and provide an ADA accessible bed.

- **Cameron Care/Jackson House North Portland (SRTF):** $3 million to add 16 beds (new construction for this build will take a minimum of 2 years).

# Aid and Assist Funding from 2019 to 2025



# Aid & Assist Community Spend Plan: 2021-23

The below charts detail the funds sent to the CMHPs for the A&A population in the community through the CFAA and direct contracts for community restoration services:

| 2021-23 Spend Plan for All Funds | Obligated | In Contract? | Spent as of 9.12.22 |
|---|---|---|---|
| **Community Residential Placements (includes*E board contracts) Northwest Regional Recovery Center (NWRRC), Coos, Lane, Multnomah** | $8,931,292 | Yes, contractors bill quarterly, working well | Paid through Q1 and Q2 state fiscal year |
| **One-time increase to CMHPs** | $2,250,000 | Yes, sent out via CFAA | $2,250,000 |
| **Funding to CMHPs via CFAAs** | $6,901,735 | Yes, via CFAA | $6,901,735 |
| **Funding to counties per their request for assistance** | $15,918,286 | Yes, all in contract waiting on CMHP signature | Invoicing started Oct.1 2022 (Q2) |
| **Total** | $34,001,313 | | $34,001,313 |

# Aid & Assist Community Spend Plan: 2023-24

| 2023-24 Spend Plan for All Funds | Obligated | In Contract? | Spent? |
|---|---|---|---|
| **Community Restoration Services Northwest Regional Recovery Center (NWRRC), Coos, Lane, Multnomah, Washington** | $14,119,946 | Yes, via direct contracts | Funds are paid on a monthly basis |
| **Community Navigator Pilot Program (five county sites)** | $6,000,000 | Yes, sent out via CFAA | Funds are paid on a monthly basis |
| **One-time increase to CMHPs** | $7,500,000 | Yes, sent out via CFAA | Yes |
| **CMHPS funds to support community restoration services** | $12,593,472 | Yes, sent out via CFAA | Funds are paid on a monthly basis |
| **Total** | $40,213,418 | | |

# GEI Community Spending from 2021-2025

| 2023-25 PSRB Spend Plan | Obligated | In Contract? | Spent? |
|---|---|---|---|
| CFAA for Monitoring, Security and Supervision Services for PSRB and JPSRB | $10,343,304 | Yes, via CFAA and direct contracts | Funds are paid on a monthly basis |

| 2021-23 PSRB Spend Plan | Obligated | In Contract? | Spent? |
|---|---|---|---|
| CFAA for Monitoring, Security and Supervision Services for PSRB and JPSRB | $9,926,395 | Yes, via CFAA and direct contracts | Yes |

# Increasing Accountability in the New CFAA

- Creating clear expectations for service delivery and service outcomes for each CMHP Core Service Area with frequent monitoring by OHA to ensure compliance and accountability.

- Requiring development and submission of Local Plans and budgets for approval by OHA with OHA intervention as needed to address misalignment with CFAA priorities.

- Local Plans and budgets are expected to describe and demonstrate prioritization of services and supports for: Aid & Assist, Civil Commitment, PSRB/JPSRB, Forensic Diversion, and Crisis Services.

- Requiring quarterly implementation and expenditure reporting documenting adherence to the Local Plan and budget approved by OHA.

- Streamlining data reporting requirements to reduce administrative burden for CMHPs and OHA and support timely submission of critical data to identify and mitigate challenges to meeting outcomes through corrective action plans and other accountability measures.