DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
SHEILA H. POTTER #993485
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.oregon.gov
        Sheila.Potter@doj.oregon.gov
        Craig.M.Johnson@doj.oregon.gov
        Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sajel Hathi, Dolores Matteucci, and Sara Walker

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>    Plaintiffs,<br><br>v.<br><br>SAJEL HATHI, in her official capacity as head of the Oregon Health Authority, and SARA WALKER in her official capacity as Interim Superintendent of the Oregon State Hospital,<br><br>    Defendants. | Case No.  3:02-cv-00339-AN (Lead Case)<br>Case No.  3:21-cv-01637-AN (Member Case)<br>Case No.  6:22-CV-01460-AN (Member Case)<br><br>DEFENDANTS' STATUS REPORT REGARDING COMPLIANCE WITH COURT'S APRIL 14, 2025, ORDER |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>    Plaintiffs,<br><br>v. | Case No.  3:21-cv-01637-AN (Member Case) |

Page 1 -   DEFENDANTS' STATUS REPORT REGARDING COMPLIANCE WITH COURT'S
           APRIL 14, 2025, ORDER
           CAS/j3b/988008371

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

| | |
|---|---|
| SARA WALKER, Interim Superintendent of the Oregon State Hospital, in her official capacity, DOLORES MATTEUCCI, in her individual capacity, SAJEL HATHI, Director of the Oregon Health Authority, in her official capacity, and PATRICK ALLEN in his individual capacity,<br><br>        Defendants.<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES OREGON,<br><br>        Plaintiffs,<br>   v.<br><br>SEJAL HATHI, in her official capacity as Director of Oregon Health Authority,<br><br>        Defendant. | Case No.  6:22-CV-01460-AN (Member Case) |

    Defendants hereby inform the Court that they have been able to comply with this Court's order dated April 14, 2025.  That order directed Defendants to continue to implement the length of stay recommendations in the Court-appointed neutral expert's June 2022 report as described in this Court's July 2023 order and to release from Oregon State Hospital (OSH) and transport to Marion County Jail the state criminal defendant who was the subject of Defendants' notice of noncompliance dated April 14, 2025.

    On April 15, 2025, after receiving this Court's order, OSH reached out to Marion County Jail (MCJ) to arrange for transport of the state criminal defendant at issue from the state hospital to the county jail.  MCJ jail responded that this Court's order directed OSH to transport the defendant, but that it would accept her, transported by OSH, the following day.  Email communications documenting that coordination are attached as Exhibit 1 to the accompanying declaration of Jill Conbere (Conbere Decl.).

Page 2 -   DEFENDANTS' STATUS REPORT REGARDING COMPLIANCE WITH COURT'S
            APRIL 14, 2025, ORDER
       CAS/j3b/988008371

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

OSH's transport team drove the defendant to MCJ on the morning of April 16, 2025, and she was discharged from OSH. Conbere Decl., ¶ 2.

DATED April 23, 2025.

Respectfully submitted,

DAN RAYFIELD
Attorney General

<u>   s/ Jill O. Conbere   </u>
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
SHEILA H. POTTER #993485
Senior Assistant Attorneys General
JILL CONBERE # 193430
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Carla.A.Scott@doj.oregon.gov
Sheila.Potter@doj.oregon.gov
Craig.M.Johnson@doj.oregon.gov
Jill.Conbere@doj.oregon.gov
Of Attorneys for Defendants

Page 3 -   DEFENDANTS' STATUS REPORT REGARDING COMPLIANCE WITH COURT'S APRIL 14, 2025, ORDER
CAS/j3b/988008371

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000