DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.oregon.gov
        Craig.M.Johnson@doj.oregon.gov
        Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sejal Hathi, Dolores Matteucci, and James Diegel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON, | Case No.  3:02-cv-00339-AN (Lead Case)<br>Case No.  3:21-cv-01637-AN (Member Case) |
| Plaintiffs, | June 3, 2026, PROGRESS REPORT TO COURT MONITOR |
| v. | |
| SEJAL HATHI, in her official capacity as head of the Oregon Health Authority, and JAMES DIEGEL in his official capacity as Interim Superintendent of the Oregon State Hospital, | |
| Defendants. | |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON, | Case No.  3:21-cv-01637-AN (Member Case) |
| Plaintiffs, | |
| v. | |

Page 1 -   June 3, 2026, PROGRESS REPORT TO COURT MONITOR
CAS/sv3/971564996

JAMES DIEGEL, Interim Superintendent of the Oregon State Hospital, in his official capacity, DOLORES MATTEUCCI, in her individual capacity, SEJAL HATHI, Director of the Oregon Health Authority, in her official capacity, and PATRICK ALLEN in his individual capacity,

Defendants.

The parties in the above-captioned cases are endeavoring to reach a global resolution regarding the Oregon State Hospital's (OSH) obligations to admit those found unable to aid and assist in their defense (Aid and Assist patients) and those found guilty except for insanity (GEI patients). To achieve such a resolution, the parties are continuing to engage in regular collaborative meetings with a mutually agreed upon neutral expert, Dr. Pinals.

Pursuant to the parties' Interim Settlement Agreement and the Court's December 21, 2021, Order Consolidating Cases and Appointing a Neutral Expert, and the Court's June 7, 2022, Order Continuing the Neutral Expert's Appointment, the attached chart provides Defendants' June 3, 2026, Progress Report setting out: (1) completed actions to achieve compliance; (2) actions planned to achieve compliance; (3) and barriers (if any) to completing the continuing and ongoing planned actions. Acronyms used in the attached chart are as defined below.

## GLOSSARY OF ACRONYMS

| ACRONYM | DEFINITION |
|---|---|
| AA | Aid and Assist |
| AOCMHP | Association of Community Mental Health Providers |
| CA | Contract Administrator |
| CCBHC | Certified Community Behavioral Health Clinic |
| CCO | Coordinated Care Organization |
| CFAA | County Fiscal Assistance Agreement |
| CJC | Criminal Justice Commission |
| CLE | Continuing Legal Education |

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

| ACRONYM | DEFINITION |
|---|---|
| CMHP | Community Mental Health Provider |
| CMS | Center for Medicare & Medicaid Services |
| CTCLUSI | Confederated Tribes of Coos, Lower Umpqua Siuslaw Indians |
| CRR | Conditional release ready (PSRB/GEI population) |
| DAS | Department of Administrative Services |
| DOJ | Department of Justice |
| DRO | Disability Rights Oregon |
| FTE | Full Time Equivalent |
| GC | General Counsel |
| GEI | Guilty Except for Insanity |
| HLOC | Hospital Level of Care |
| HSD | Health Systems Division |
| IMPACTS | Improving People's Access to Community-Based Treatment, Supports, and Services |
| MOOVRS | Multi-Occupancy OSH Vacancy Resource & System Improvement Team |
| MPD | Multnomah Public Defenders |
| NWRRC | Northwest Regional Reentry Center |
| OAR | Oregon Administrative Rules |
| OC&P | Office of Contracts and Procurement |
| OCDLA | Oregon Criminal Defense Lawyers Association |
| OHA | Oregon Health Authority |
| OJD | Oregon Judicial Department |
| OPA | Operations and Policy Analyst |
| OSH | Oregon State Hospital |
| PDES | Program Design and Evaluation Services |
| PDTT | Person Directed Transition Team |
| PPS | Prospective Payer System |
| PSRB | Psychiatric Security Review Board |
| RAC | Rules Advisory Committee |
| RFA | Request for Application |
| RFGP | Request for Grand Proposal |
| RFP | Request for Procurement |
| RTP | Ready to Place |

CAS/sv3/971564996

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

| ACRONYM | DEFINITION |
|---------|------------|
| SDOH | Social Determinants of Health |
| SPA | Special Purpose Appropriation |
| SRTF | Secure Residential Treatment Facility |

DATED June 3, 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General


*s/ Jill Conbere*
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE # 193430
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Carla.A.Scott@doj.oregon.gov
Craig.M.Johnson@doj.oregon.gov
Jill.Conbere@doj.oregon.gov
Of Attorneys for Defendants

CAS/sv3/971564996

# Mink/Bowman June 3, 2026, Progress Report

Note: Greyed out recommendation summary language indicates full completion/archival; greyed out due dates are historical.

## Active Recommendations:

| Category # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| **2: Data** | **2.1 Data dashboard:** OSH will produce and distribute data dashboards twice per month. | **1. Data dashboard was created and is currently uploaded twice per month.** Ongoing updates will continue to be added to the data dashboard and will be uploaded to the Mink/Bowman website. (*Ongoing*) | Ongoing | Complete prior to 6/05/22 | 1.A.1 (1st half)<br><br>2nd Report |
| | **2.2 Data dashboard:** OHA, DRO, and MPD should begin to engage with stakeholders to review this data and develop a process to best use this data to inform system change at local levels. | **1. Establish standard agenda using data dashboard, RTP list, and hospital waitlist for OHA/OSH and county meetings** | 6/15/23 | Complete prior to 9/2023 | 1.A.1 (2nd half)<br><br>2nd Report |
| | | **2. Hold first meeting with Multnomah County** | 6/30/23 | Complete prior to 9/2023 | |
| | | **3. Identify pilot counties to hold monthly meetings**<br>3.1 - Define criteria for county selection (likely highest number of individuals on RTP list)<br>3.2 - Select counties<br>3.3 - Define attendee list for each meeting | 8/30/23 | Complete as of 9/2023 | |
| | | **4. Implement pilot**<br>4.1 - Schedule meetings<br>4.2 - Facilitate meetings monthly (*Ongoing*) | Ongoing | Complete as of 10/2023 | |
| | | **5. Conduct data review**<br>5.1 - Review data with Dr. Pinals and Parties | 3/31/24 | Complete as of 3/22/24 | |
| | | **6. Integrate RTP Process into CFAA Resolution Process**<br>6.1 - Draft Resolution Process<br>6.2 - Draft OSH/OHA reconciliation process and submit to leadership for approval<br>6.3 - Implement Resolution Process with Counties and begin data collection | 7/01/24 | Complete as of 6/13/24 | |
| | | **7. Conduct Final Data Review**<br>7.1 - Present Data to Dr. Pinals | 2/18/25 | Complete as of 3/05/25 | |
| | | **8. Continue to engage with CMHPs through targeted communication methods reviewing relevant data** (*Ongoing*)<br>8.1 – Share OSH Aid and Assist Data Dashboard with Counties on a biweekly basis<br>8.2 – Conduct Plan of Resolution meetings with CMHPs | Ongoing | Complete as of 2/2025 | |

| Category # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | 2.3 Data staff: OHA should submit POP to legislature to fund additional Data technician for expansion of data development. | 1. Finalize position description (PD)<br>1.1 - Draft position description using template<br>1.2 - Have select team members review PD for content<br>1.3 - Send to management for PD review and approval | 3/01/24 | Complete as of 1/09/24 | 1.A.2<br><br>2nd Report |
| | | 2. Post position for hire<br>2.1 - Send finalized and approved PD to HR for posting.<br>2.2 - Review/edit as HR sees fit<br>2.3 - HR to forward to DAS for review<br>2.4 - DAS approves<br>2.5 - Upload to Workday site for required period of time | 4/01/24 | Complete as of 3/25/24 | |
| | | 3. Hire position<br>3.1 - Post to Workday for recruitment<br>3.2 - Review submitted applications for minimum qualifications<br>3.3 - Conduct interviews<br>3.4 - Extend offer<br>3.5 - First day by on job | 7/01/24 | Complete as of 8/05/24 | |
| | 2.4 Data sharing: OHA/OSH should work in partnership with OJD to examine best mechanisms to share their own data and utilize regular data reports from each entity to mutually inform practices. | 1. Data Warehouse team to run current report using data pulled from e-court and will send to OHA/OSH teams | 7/20/23 | Complete as of 8/2023 | 1.A.3<br><br>2nd Report |
| | | 2. OHA/OSH team to review Data Warehouse data for alignment with Court Monitor data sharing request elements and attempt to produce reports<br>2.1 - If data aligns with current need, the data team will create ongoing reports to be uploaded to Mink/Bowman website<br>2.2 - If useful data is not able to be pulled from data warehouse, this will become an agenda item for discussion with Dr. Pinals and all parties if appropriate | 11/01/23 | Complete as of 1/11/24 | |
| | | 3. OHA/OSH to evaluate whether new codes that OJD is creating can be used. (Note: this goal is dependent upon OJD and OHA's ability to access court data).<br>3.1 - OHA and OJD to update DUA based on additional fields needed | 6/30/24 | Complete as of 8/27/24 | |
| | | 4. OHA to review data currently available from the OHA data warehouse that is supplied by OJD/E-Court. Further data sharing agreements and analysis will be considered after initial review of available data<br>4.1 - OJD is creating new codes to be tracked in Odyssey system, which may make it easier to track outcomes and dispositions for Aid and Assist clients.<br>4.2 - Analysis of new codes to be completed to determine any additional data needs for new codes | 5/15/25 | Complete as of 5/27/25 | |

| Category # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | | 4.3 – Evaluate data quality of new codes<br>4.4 – Coordinate with OJD to address identified data quality issues | | | |
| | | **5. OHA to develop initial report with A&A data**<br>5.1 – Provide initial summary data to Dr. Pinals<br>5.2 – Review summary data with Dr. Pinals and receive feedback<br>5.3 – Develop draft report based on feedback | 8/01/25 | In Progress at step 5.3<br><br>5.1 & 5.2 Complete as of 11/28/25<br><br>*Next Step Needed: Provide additional data fields requested at 11/28 meeting and develop draft report.* | |
| | 2.5 Data sharing: OHA/OSH should develop and update a public-facing Mink/Bowman website to inform stakeholders, including any information that would help the public understand this matter and progress towards compliance. | **1. Website developed and updated regularly:** (*Ongoing*) https://www.oregon.gov/oha/OSH/Pages/mink-bowman.aspx | 7/15/24 | Complete prior to 1/30/22 | 1.A.4<br><br>2nd Report |
| | | **2. Determine public funding information which will be added to the website**<br>2.1 - ISU team will review public funding information (i.e.- grants, contracts, RFA's, CFAA) and will vet with BH Leadership. This will include funds shared to each county via RFA.<br>2.2 - Check with OHSU about adding their bed capacity study to the website (i.e., whether and when it is shareable)<br>2.3 - Vetted information to be uploaded to existing Mink/Bowman website. | 7/15/24 | Complete as of 7/2024 | |
| | | **3. Provide annual updates on currently posted funding sources with additional updates as needed when new funding streams begin**<br>3.1 - Annual update to take place in July every year to align with fiscal year changes *Ongoing* | Annually in July | Complete, annual updates conducted as of 7/2024 | |
| | **2.6 Community Restoration Program Refinements:** OHA should enhance CRP data | **1. Identify which of requested data points are already being collected by OHA, and how often they are being collected** | 9/15/23 | Complete as of 9/2023 | 2.3.b<br><br>2nd Report |

| Category # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | reporting from quarterly to more active regular contemporaneous reporting (and fund the needed infrastructure to do so) so that reports can be generated as needed by OHA. | 1.1 – Receive reports from data warehouse | | | |
| | | **2. Complete first draft of changes needed to capture all requested data points on a monthly basis and submit to relevant parties for approval**<br>2.1 – Consult with Health Policy and Analytics and Datawarehouse team to ensure feasibility of draft.<br>2.2 – Build data structure in Datawarehouse to ingest OJD data.<br>2.3 – Request and receive data<br>2.4 – Evaluate data quality of data<br>2.5 – Coordinate with OJD to address identified data quality issues | 5/31/25 | Complete as of 5/27/25 | |
| | | **3. Initiate processes needed to make identified changes to CMHP CRP reporting structure**<br>3.1 – Create draft reports for use by Behavioral Health staff and aggregated for use on the Mink-Bowman website<br>3.2 – Schedule meeting with relevant contract administrator to determine steps needed to ratify changes, as well as the timeline for ratification | 6/30/25 | Complete as of 8/04/25 | |
| | | **4. OHA to develop initial report with OJD Community Restoration data**<br>4.1 – Draft reports from the Data Warehouse in consultation with Health Policy and Analytics<br>4.2 – Present to BHD leadership and Court Monitor and incorporate feedback<br>4.3 – Present finalized report to the parties and Court Monitor | 8/31/24 (original)<br><br>8/31/25 (as of 4/03/25)<br><br>10/10/25 (as of 9/3/25) | In Progress | |
| | **2.7 Alternative Pathways for Misdemeanant Defendants:** With regard to defendants charged with misdemeanors in the AA process, OHA/ OJD/ DRO/ MPD should make every effort to work collaboratively with stakeholders to identify alternatives that no longer utilize OSH when there is no real Government interest in pursuing prosecution and work | **1. Analyze data trends for individuals charged with misdemeanors that are sent OSH.**<br>1.1 – Gather data from OSH/OJD<br>1.2 – Develop draft data summary | 3/11/25 | Complete as of 5/02/25 | 2.4<br><br>2nd Report |
| | | **2. Convene partners at focused meetings to explore potential alternative pathways (Partner participants to be determined after hearing on 3/12 and 3/13.)**<br>2.1 – Conduct initial meeting with partners<br>2.2 – Schedule two follow up meetings | 1/1/24 (original)<br><br>4/31/25 (as of 4/03/25) | Recommendation in discussion with Dr. Pinals | |
| | | **3. Draft recommendations from meeting discussion around alternative pathways for misdemeanants.** | 1/1/24 (original) | Recommendation | |

| Category # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | to pursue avenues for alternative community plans for these individuals. Beyond training, analyze data trends for individuals charged with misdemeanors sent OSH to allow for further recommendations in this matter including legislative fixes that may provide pathways to alternative access to treatments for these populations. | | 5/11/25 (as of 4/03/25) | continues to be in discussion with Dr. Pinals *This recommendation was discussed with Dr. Pinals on 5/22/26.* | |
| **3: Community Restoration** | **3.1 Community Restoration Program access:** OHA should conduct an inventory of the current status of CRPs and their statewide availability across all counties and present findings. Prioritize plans to address any gaps in these services. | **1. Review CRP survey from 2022 and make any necessary changes**    1.1 – Consult HSD program staff and leadership    1.2 – Consult with AOCMHP | 8/01/23 | Complete prior to 8/03/23 | 1.B.14 2nd report |
| | | **2. Draft and send email to CMHPs requesting completion of the CRP survey** | 10/11/23 | Complete as of 10/11/23 | |
| | | **3. Collate submitted data and distribute to relevant parties** | 12/13/23 | Complete as of 12/13/23 | |
| | **3.2 Community Restoration Program Refinements (2.3.a):** OHA should develop a CRP manual, delineate best practices across regions, engage in training, develop standard court forms. Develop standard protocols to reduce ambiguity or perceived overlap with other funded behavioral health services. Court Order includes: OHA/OSH must use all reasonable steps to impose limits on community restoration consistent with Dr. Pinals' recommendations. | **1. Complete initial draft of community restoration manual**    1.1 – Review current training material    1.2 – Review relevant ORS and OAR    1.3 – Have ISU lead review initial draft    1.4 – Have OSH SW director review initial draft | 7/31/23 | Complete prior to 10/04/23 | 2.3.a 2nd report AND 8.a 11th report |
| | | **2. Obtain and incorporate feedback from Dr. Pinals and parties**    2.1 – Provide Dr. Pinals and parties an overview on the initial manual draft    2.2 – Review and incorporate Dr. Pinals and parties' feedback into the initial draft    2.3 – Review PDES Report and incorporate appropriate changes including any additional identified best practices. This may require further research    2.4 – Review finalized CFAA and incorporate any needed changes to align CFAA with contract | 1/31/24 | Complete as of 2/07/24 | |
| | | **3. Review and incorporate stakeholder feedback**    3.1 – Provide presentation to AOCMHP on the draft CRP manual    3.2 – Incorporate feedback | 3/29/24 | Complete as of 5/28/24 | |

| Category # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | **Community restoration improvements (8.a of 11th Report):** Pursuant to my prior recommendations, the community restoration manual should be completed and timelines for its completion delineated in discussion with the Court Monitor. It will require updates to ensure it meets the specificity outlined in my Second Report. | **4. Complete permanent rule process in alignment with 1.B.9.c**<br>4.1 – Review relevant rules and Dr. Pinals recommendations from 2.3.a and 1.B.9.c as well as PDES report and CFAA<br>4.2 – Hold community engagement sessions prior to initiating permanent rule process<br>4.3 – Work with HSD rules coordinator to complete permanent rule process<br>4.4 – Edit CRP manual to align materials with permanent rules | 9/30/24 | Complete as of 10/01/24 | |
| | | **5. Conduct final stakeholder review**<br>5.1 – Provide presentation to Dr. Pinals and parties on final draft version of CRP manual and incorporate their feedback<br>5.2 – Provide presentation to AOCMHP on final draft version of CRP manual and incorporate their feedback<br>5.3 – Provide presentation to OJD on final draft version of CRP manual and incorporate their feedback | Draft sent 5/04/26; deadline for Dr. Pinals review: TBD<br><br>11/30/24 (original)<br>2/21/25 (as of 4/03/25)<br><br>1/15/2026 (as of 9/03/25) | In Progress at Step 5.1<br><br>*Note: A draft was completed and reviewed with Dr. Pinals over four meetings from 6/23/25-7/17/25; however, during the subsequent revision process the passage of HB 2005 necessitated a more comprehensive redraft; redrafted version was sent to Dr. Pinals for* | |

| Category # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | | | | *review on 5/04/26.* | |
| | **3.3 Community Restoration Program Refinements:** OHA should produce an annual report on CRP activities for public access to inform further legislative needs for communities to best deliver CRP services, inform proposals for legislative change, resource needs, and inter-relationships of stakeholders involved with CRP participants and the courts. | **1. Onboard OHA contractor to complete annual report** 1.1 – Coordinate with governance team to begin contract process. 1.2 – Review PDES Report for potential recommendations for short legislative session. 1.3 – Define scope of annual report. 1.4 – Complete contracting and begin work with contractor | 4/30/24 | Complete as of 4/23/24 | 2.3.c 2nd report |
| | | **2. Complete initial annual report** 2.1 – Collaborate with contractor to provide required information and subject matter expertise required for them to draft report 2.2 – Review report drafts and get leadership approval 2.3 – Present annual report to Dr. Pinals and parties | 2/14/25 | Complete as of 2/12/25 | |
| **4: OSH** | **4.1 Standardized Assessments:** OHA/OSH should develop standardized assessment processes that support LOC determinations without overlying on a single score. | **1. Provide mock-up of new form to plaintiffs** 1.1 - Provided outline of information courts will receive in place of the LOCUS | 6/30/23 | Complete prior to 7/03/23 | 1.B.1 (1st half) 2nd report |
| | | **2. Complete training for OSH clinical staff involved in process** | 7/31/23 | Complete as of 8/01/23 | |
| | | **3. Implement new clinical packet process** | 8/02/23 | Complete as of 8/01/23 | |
| | **4.2 Standardized Assessments:** OHA should convene key partners to review the standardized process and make final recommendations. Implement rule changes if needed. | **1. Develop form to share with courts in HLOC packet, end statutory jurisdiction packet and discharge packet** 1.1 - LOCUS score will be replaced by a narrative describing client need, along with clinical information courts can use to make a more informed decision | 8/02/23 | Complete prior to 4/03/24 | 1.B.1 (2nd half) 2nd report |
| | | **2. Convene partners in aid and assist discharge process to assess effectiveness of the OSH clinical progress update for decision making** 2.1 - Meet with partners/collaborators including OJD, AOCMHP, Dr. Pinals, and parties to assess and develop needed revisions | 5/30/24 | Complete as of 9/30/24 | |
| | | **3. (If major revisions required) Explore OAR and/legislative changes** | 6/30/24 | Complete as of 11/07/24 | |
| | **4.3 Clinical reviews of utilization of OSH beds**: OSH should develop plans for prioritization of early referrals for evaluations of persons in Aid and Assist process at OSH. | This item is **complete** | 6/01/23 | Complete as of 6/22/22 | 1.B.3.a 2nd report |

| Category # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | **4.4 Clinical reviews of utilization of OSH beds (1.B.3.b):** OSH should develop plans for prioritization of earlier reviews for Hospital Level of Care (HLOC) determinations for AA patients at OSH to clinically determine readiness for stepdown or discharge as early as possible.<br><br>**Modification of OSH Admissions and Discharge Processes (2.d of 11th Report):** Admissions that are determined to not need hospital level of care within 10 days should be examined and expedited discharge processes should be developed. | (1.B.3.b) is **complete.** OSH is working to develop milestones and due date for second half of recommendation | TBD (no due date set for 2.d in 11th report) | Complete (1.B.3.b) as of 12/2022<br><br>In Progress (2.d)<br><br>*Note: Meeting with OHA/OSH and Dr. Pinals held 3/11/26; in further discussion.* | 1.B.3.b<br><br>2nd report<br><br>AND<br><br>2.d<br><br>11th report |
| | **4.5 OSH Patient Care Improvement and Community Engagement:** OHA should explore all available means to obtain funding for one OSH data analyst and two OSH data integration specialist positions to support Mink/Bowman treatment discharge approaches, community connections, and data reporting. | **1. Submit request to the legislature prior to 2023 legislative session via POP 402**<br>    1.1 – POP 402 was not supported by the legislature; however, OSH did receive approval for 10 positions, one of which is a research analyst 3 | 6/30/23 | Complete as of 6/2023 | 2.5<br><br>2nd report |
| | | **2. OSH to bring staff on**<br>    2.1 – Continue to move the 10 positions approved by the legislature through classification and compensation stage of recruitment.<br>    2.2 - Initiate recruitment for the manager positions in partnership with Equity and Inclusion Division (Manager will recruit and hire team members with leadership support)<br>    2.3 - Positions likely to start | 9/01/24 | Archived as of 1/29/25 | |
| | **4.6 Modification of OSH Admissions and Discharge Processes:** OSH should continue to admit people based on the order of their placement on the waitlist, except in those circumstances where for | | Ongoing | Admission and discharge process continuation as of Court Order dated 6/06/25 | 2.a<br><br>11th report |

| Category # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | logical reasons they cannot be admitted.<br><br>*Court order includes: orders all reasonable efforts to facilitate and expedite discharges of patients no longer needing HLOC including working with CMHPs and the committing court.* | | | | |
| | **4.7 Modification of OSH Admissions and Discharge Processes:** I continue to recommend MPD's remedy that discharges be fully under the authority of OSH in collaboration with CMHPs pursuant to recent rule changes. | | | Would require court order or *legislative action* | 2.c<br><br>11th report |
| **5: Community Navigator** | **5.1 Development of community navigator model (1.B.6):** OHA should develop a model to create "community navigators" to support individuals sent for restoration as they transition from OSH into community settings.<br>**Community Navigator continuation and expansion (13 of 11th Report):** The community navigator program must be expanded. Continuity of care and support during transitions are critical if individuals in AA and GEI processes are to maximize their stability and move toward recovery and decreased engagement in problematic activities, including criminal activities and substance use. | **1. Select Community Navigator Model**<br>1.1 - Facilitate workgroup review of navigator models<br>1.2 - Identify model that aligns with the intent of community navigators<br>1.3 - Draft model recommendation for Dr. Pinals<br>1.4 - Incorporate feedback from Dr. Pinals | 11/15/23 | Complete as of 11/13/23 | 1.B.6<br><br>2nd report<br><br>AND<br><br>13<br><br>11th report |
| | | **2. Select pilot sites for Community Navigator pilot**<br>2.1 - Identify potential pilot sites<br>2.2 - Schedule pilot introduction and collaboration session(s) with pilot sites<br>2.3 - Review of pilot with AOCMHP and incorporate feedback<br>2.4 - Request to OHA leadership to expand the scope of the pilot to include (1) individuals in community restoration, (2) pilot sites<br>2.5 - Outreach to CMHPs based on Aid & Assist caseload counts<br>2.6 - Identify six pilot sites<br>2.7 - Confirm pilot sites | 11/17/23 | Complete as of 2/12/24 | |
| | | **3. Identify and develop training materials and plan**<br>3.1 - Meet with pilot sites to identify training needs for staff and navigator model. | 4/30/24 | Complete as of 7/19/24 | |

| Category # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | | 3.2 - Develop training materials.<br>3.3 - Schedule training dates for pilot sites<br>3.4 – Complete initial trainings | | | |
| | | **4. Develop data collection and reporting methods**<br>4.1 - Review data currently reported by pilot sites<br>4.2 - Incorporate data elements necessary for evaluation purposes including the examination of recidivism to OSH for Aid and Assist restoration<br>4.3 - Incorporate feedback from Dr. Pinals<br>4.4 - Formalize data reporting process<br>4.5 - Communicate process to pilot sites | 1/31/24 | In Progress with Step 4.3 | |
| | | **5. Start Implementation**<br>5.1 - Monthly or quarterly meetings and technical assistance with pilot sites<br>5.2 - Ongoing review of support and training needs (*Ongoing*) | Ongoing | Ongoing review process implemented as of 2/23/24. | |
| | | **6. Conduct mid pilot review**<br>6.1 - Conduct data review<br>6.2 - Conduct partner/collaborator meetings: Pilot sites listening & feedback sessions<br>6.3 - Meet with Dr. Pinals to review and obtain feedback<br>6.4 - Incorporate feedback from pilot sites and Dr. Pinals | 4/04/25 | Complete as of 8/04/25 | |
| | | **7.  Identify Expansion Pilot Sites**<br>7.1 – Pull OSH census by County<br>7.2 – Review OSH census data and determine regional pilot sites<br>7.3 – Schedule and Conduct pilot introductions and collaboration session with CMHPs identified<br>7.4 – Confirm regional sites | 2/07/25 | Complete as of 2/02/26 | |
| | | **8. Distribute funds to regional sites**<br>8.1 – Enter amendments into CLM | 8/01/25 | In Progress<br><br>*Note: Fund distribution through CFAA, not CLM; distribution is in progress.* | |

| Category # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | | **9. Implement site expansion**<br>9.1 – Complete hiring at pilot sites<br>9.2 – Complete OSH background check<br>9.3 – Hold kick off meeting with new pilot sites<br>9.4 – Schedule weekly meetings with new pilot sites for TA and support<br>9.5 – Schedule training dates for new pilot sites<br>9.6 – Complete trainings<br>9.7 – Invite new pilot sites to quarterly meetings<br>9.8 – Provide ongoing support and technical assistance to pilot sites | 2/01/26 | In Progress<br><br>*Note: More sites added than original estimate; at least two sites are still in hiring process.* | |
| | | **10. Conduct final data review, continuation for statewide expansion**<br>10.1 - Data review; integrate findings/recommendations with Contingency Management MH Block Grant pilot<br>10.2 - Conduct partner/collaborator meetings: Pilot site listening & feedback sessions<br>10.3 - Meet with Dr. Pinals to review and obtain feedback<br>10.4 - Incorporate feedback from pilot sites and Dr. Pinals | 3/31/25 (original)<br><br>8/31/26 (as of 1/03/24) | Not Started | |
| **6: Bed Capacity** | 6.1 Aid & Assist SRTF Expansion | | Contract execution by May 2025 | Complete - execution complete as of 6/30/25 | 3<br><br>10th report |
| | **6.2 Bed Capacity tracking and commissioning a study to examine community capacity and needed improvements overtime specific to the forensic population:** I support the recommendations of both MPD and DRO for an audit and study of bed capacity and recommend it occur under the Court Monitor's guidance.<br><br>***Court order includes OHA/OSH to hire an independent auditor to be chosen and overseen by Dr. Pinals to review how the*** | | | In Progress | 9.a<br><br>11th report |

| Category # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | ***State has spent funding dedicated to increasing behavioral health services in the community; identify what levels of care are still lacking; report the findings to the Court within 90 days of this Opinion & Order.*** | | | | |
| | **6.3 Bed Capacity tracking and commissioning a study to examine community capacity and needed improvements overtime specific to the forensic population:** OHA should examine its bed tracking website and ensure its accuracy and consistency. The staff responsible for uploading data and OHA leadership should confer and, in consultation with the Court Monitor and perhaps others, review why there are discrepancies in bed capacity data across time and how to rectify data reporting. | | | In Progress | 9.b  11th report |
| | **6.4 Bed Capacity tracking and commissioning a study to examine community capacity and needed improvements overtime specific to the forensic population:** OHA should report on regular progress regarding capacity expansion planning as recommended in my 10th report | | Ongoing | Regular progress updates implemented as of 8/27/25 | 9.c  11th report |
| 7: Funding | **7.1 Finances Regarding State Hospital Utilization:** Parties should work with legislators and others to add incentives to the proposed cost sharing program with CMHP or develop | **1. OHA will engage a consultant to study county or CMHP incentive programs or other cost-sharing models to address the ready-to-place list after a determination that a patient no longer meets criteria for hospital level of care** | N/A | Recommendation to be revisited after review of PCG report | 2.2  2nd report |

| Category # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | alternative similar fiscal approaches. Counties and CCOs should also share in both the risk and incentives aimed at reducing length of stay for individuals in the AA and GEI processes on the RTP list. | | | recommendations regarding expansion and financing. | |
| | | **2. OHA will convene impacted partners to review results of study** | N/A | See 7.2.1 | |
| | **7.2 Establish an Aid & Assist Flexible BH Housing Funds Resource** | | 2 - 3 months from receipt of funding | Complete as of 12/02/25 | 2<br><br>10th report |
| **10: GEI** | **10.1 Improvements in GEI community placement elements:** OHA should explore means to provide additional resources for community providers to prepare timely discharge plan for GEI patients including evaluations by CMHPs. This will include devising a funding mechanism to pay for evaluations by CMHPs as ordered by the PSRB. This may include a base rate for completing evaluations within 30 days. | **1. Complete draft proposal and present to relevant parties for feedback**<br>1.1 - Present to BHD leadership and receive feedback<br>1.2 - Present to PSRB leadership and receive feedback | 8/31/23 | Complete prior to 1/2024 | 1.B.8.a<br><br>2nd report |
| | | **2. Complete draft rules, standards, internal processes, and agreements**<br>2.1 - Complete draft standards for the thoroughness of an evaluation.<br>2.2 - Complete draft data sharing agreement between OHA and PSRB<br>2.3 - Complete draft process for HSD reviewing completed evaluations<br>2.4 - Complete draft rule changes adjusting timeline for evaluation completion<br>2.5 - Complete draft standards for provider communication of vacancies and establishing of waitlists | 12/31/23 | Complete as of 1/11/24 | |
| | **10.2 Improvements in GEI community placement elements:** OHA should **present** a plan to ensure that community evaluations are scheduled within 15 days of receipt of the order and completed within 45 days. Take all reasonable steps to implement such a plan and secure funding needed to implement it. | **1. Initiate processes to make identified changes to rules, contracts, and budget**<br>1.1 - Schedule initial meeting with Behavioral Health rules coordinator<br>1.2 - Identify budget source for evaluation completion incentive<br>1.3 - Schedule initial meeting with contract manager | 1/31/24 | Complete as of 1/16/24 | 1.B.8.b<br><br>2nd report |
| | | **2. Present draft rules, standards, processes, and agreements to relevant parties for approval**<br>2.1 - Hold community engagement sessions prior to initiating permanent rule process<br>2.2 - Present to OHA-HSD leadership for approval | 3/31/24 | Complete as of 3/26/24 | |

| Category # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | | 2.3 - Present to PSRB (i.e., Dr. Bort) leadership for approval | | | |
| | | **3. Complete permanent rule process**<br>3.1 – Hold community engagement sessions prior to initiating permanent rule process<br>3.2 – Update rules based on feedback received from Dr. Pinals<br>3.3 – Work with HSD rules coordinator to complete permanent rule process | 5/01/25 | Complete as of 7/01/25 | |
| | **10.3** OSH will develop a policy/protocol that delineates categories of individuals who may be appropriate for more direct/expedient community discharges, ensuring that protocols and processes regarding decisions are made based on person-centered and least restrictive alternative options. | **1. Risk Review will continue to use a person-centered approach to make recommendations for gaining privileges and will share that approach with PSRB**<br>1.1 - OSH will revise its risk review policy to explicitly incorporate this approach | 10/17/23 | Complete prior to 10/11/23 | 1.B.8.c<br><br>2nd report |
| | | **2. OSH will develop policy/protocol that delineates categories of individuals who may be more appropriate for more direct/expedient community discharge**<br>2.1 - OSH will share its current PSRB data and Length of Stay data with parties (ongoing)<br>2.2 - OSH will revise it risk review policy to incorporate a more expedient approach to conditional release for PSRB clients who have recently been revoked or otherwise do not need to take a stepwise progression through phases of privileges | 10/17/23 | Complete as of 10/11/23 | |
| | **10.4 Improve GEI processes** to reduce reliance on OSH when not clinically appropriate. | **1. A supervising OSH Risk Review Social worker will continue to meet at least twice monthly with the PSRB Executive Director and HSD GEI/PSRB Operations and Policy Analyst Three to:** *Ongoing*<br>•Discuss current state of PSRB placements<br>•Review Community vacancies<br>•Problem-solve complex case and systemic issues creating barriers to discharge<br>Serve as a liaison to Risk Review committee and the PSRB<br>Attend Monthly statewide meetings | Ongoing | Complete – twice monthly meetings implemented prior to 1/03/24 | 1.B.8.d<br><br>2nd report |
| | | **2. A supervising Risk Review Social worker and/or the Director of Social Work monitor revocations on an ongoing basis and clients reaching End of Jurisdiction (EOJ) beginning one year from EOJ to ensure appropriate planning and community engagement** | Ongoing | Complete ongoing monitoring implemented prior to 1/03/24 | |
| | | **3. Establish a series of three to five (3-5), 1.5-hour meetings to explore opportunities to improve GEI** | 6/30/24 | Complete as of 1/29/25 | |

| Category # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | | processes and to reduce reliance on OSH bed days in partnership with DRO, OSH, HSD, PSRB and the Court Monitor<br><br>3.1 – Complete facilitating meetings<br>3.2 – Set new deliverables and assign ownership and completion dates of any improvements identified | | | |
| | **10.5 Increase in GEI discharge efficiencies:** The new data dashboard pertaining to GEIs reveals a number of stages with delays. From initiation of a discharge request up until the time an individual is discharged from OSH far surpasses the 171-day total requirement. This is not acceptable, and flies in the face of Olmstead requirements and must be remedied. Some discharge delays are related to PSRB processes and definitions (some of which are currently being litigated by DRO), but per the dashboard, many if not most of them also pertain to OHA and OSH responsibilities. As such, to make room and space for those who need the OSH resource, I recommend that the state work toward the development of solutions to gain efficiency and ultimately consider rule changes shortening discharge processes overall.<br><br>OHA and OSH should demonstrate at least a 20% improvement in the time it takes to discharge patients once they are identified as discharge ready. | | | In Progress<br><br>*Note: Meeting with Dr. Pinals regarding this recommendation occurred on 5/06/26; in further discussion.* | 7 (Additional Recommendation)<br><br>10th report<br><br>AND<br><br>6.b<br><br>11th report |

| Category # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | **10.6 GEI Process Improvements:** OHA and OSH should work together, along with the PSRB leadership, to create a clear language for the steps needed to discharge individuals found GEI from OSH. All documentation should use similar labels, including labels seen on the new conditional release data tracker. | | | Complete as of 7/22/25 | 6.a<br><br>11th report |
| | **10.7 GEI Process Improvements**: OHA and OSH should demonstrate at least a 20% improvement in the time it takes for discharge of GEI patients once identified by the treatment team as discharge ready, and this improvement should be achieved within three months. | **OSH is working with Dr. Pinals to identify a new metric to track improvements in GEI discharge efficiencies** | | In Progress<br><br>*Note: 10.7 was combined with 10.5 with Dr. Pinals' approval* | 6.b<br><br>11th report |
| **11: FES** | **11.1 Forensic evaluation quality and efficiencies:** OHA/OSH should continue to support work to develop improved infrastructure and efficiencies for forensic evaluations. OJD has agreed to lead in the writing of a report, and Parties in the Mink/Bowman matter should review and refine.<br><br>The Mink Restoration Limits and Exceptions Workgroup sponsored by OHA should take on the opportunity to improve evaluation services through legislative remedies or other strategies | 1. **OJD to develop GAINS Workgroup report to inform Legislative workgroup** | 8/15/24 | Archived per Dr. Pinals 11th Report on 5/05/25 | 1.B.10<br><br>2nd report<br><br>AND<br><br>7.c<br><br>11th report |
| | | 2. **Evaluation system improvements recommendations will be finalized based on charter for Mink Restoration Limits and Exceptions Workgroup** | 1/01/25 | Complete as of 11/04/24 | |

| Category # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | 11.2 Expand Oregon State Hospital (OSH) Forensic Evaluation Service by Hiring Three (3) Full Time Equivalent Forensic Evaluators | | March 2025 – May 2025 | Complete as of 5/12/25 | 1<br><br>10th report |
| | **11.3 Ongoing review of the cost for a centralized OHA forensic evaluation capacity or combined OHA/OSH forensic evaluation service. (5: Additional Recommendation)** I have previously recommended and continued to support the potential establishment of an office for forensic services at OHA that is also touched upon in the above state recommendations.<br><br>**Establishment of a community-based formalized forensic evaluation and restoration service and increased access to evaluators to reduce backlog in the short term and eliminate backlog in the long term (7.b of 11th Report):** OHA should establish an office for community forensic services whether that becomes part of OSH FES or is managed through OHA. This will be critical to help maximize expertise in building out evaluation systems and operations for community restoration that includes regular competency updated evaluations as supported in statutory proposals. These should begin regardless of the | | | In Progress | 5 (Additional Rec)<br><br>10th Report<br><br>AND<br><br>7.b<br><br>11th report |

| Category # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | existence statute and the state should be compelled to ensure that they are completed, so that individuals do not languish in community restoration services for unlimited periods. | | | | |
| | **11.4 Establishment of a community-based formalized forensic evaluation and restoration service and increased access to evaluators to reduce backlog in the short term and eliminate backlog in the long term:** Forensic Evaluation Services should expedite the completion of the 150 pending evaluations within three months and staff should be contracted if additional evaluators are needed beyond the current staffing complement. | | 5/15/25 | In Progress subject to ongoing consultation with Dr. Pinals regarding the term "timely." | 7.a<br><br>11th report |
| **13: Training** | 13.1 Training: Plaintiffs, OJD, and OHA should develop education for defense, prosecution, and judiciary regarding the importance of maximizing the use of diversion from Aid and Assist processes for misdemeanant defendants and for those defendants for whom prosecution is not likely to be pursued. | This item was **canceled in agreement by All Parties** | N/A | Canceled | 1.B.4<br><br>2nd report |
| | **13.2 Community Restoration Program Refinements (2.3.d):** OHA, in collaboration with OSH, should foster best practices in Aid and Assist and Community Restoration through collaborative training opportunities across counties and in consultation with OJD, | **1. Implement trainings on Community Placement Services and Supports, Levels of Care determinations (includes CR manual content) – Training Topic 1**<br>1.1 – Identify and develop training plan<br>1.2 – Develop and refine training materials<br>1.3 – Identify initial training dates through outreach<br>1.4 – Complete initial trainings<br>1.5 – Collect feedback and provide FAQ post initial training | 5/15/25 (original)<br><br>TBD | Initial trainings completed and FAQ drafted as of 6/04/25; in discussion regarding need for | 2.3.d<br><br>2nd report<br><br>AND<br><br>8.c<br><br>11th report |

| Category # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | municipal courts, defense, and prosecution, by offering trainings/community of practice opportunities. | | | additional trainings post-HB 2005. | |
| | **Community restoration improvements (8.c of the 11th Report):** Training efforts should continue to be pursued by OHA and OSH to help educate willing community partners on the activities and opportunities for services for individuals eligible to receive public services. | **2. Implement trainings on the legal process of A&A and GEI/PSRB populations for Providers – Training Topic 2**<br>2.1 – Identify and develop training plan *(Completed as of 12/15/24)*<br>2.2 – Develop and refine training materials<br>2.3 – Review and Confirm training materials and plan with partners (DOJ/Judge)<br>2.4 – Identify initial training dates through outreach<br>2.5 – Complete initial training<br>2.6 – Collect feedback and provide FAQ post initial training | TBD | In Progress — paused for HB 2005 updates in CR Manual. | |
| | | **3. Implement trainings on competency restoration and forensic evaluations – Training Topic 3**<br>3.1 – Identify and develop training plan *(Completed as of 1/13/25)*<br>3.2 – Develop and refine training materials<br>3.3 – Identify initial training dates through outreach<br>3.4 – Complete initial training<br>3.5– Collect feedback and provide FAQ post initial training | Deadline for 3.2: 4/01/26<br><br>TBD | In Progress — paused for HB 2005 updates in CR Manual. | |
| **14: SUD** | **14.1 Substance use disorder treatments:** Expand access to substance use treatment including medications for addiction treatment (MAT) and contingency management in residential and community programs that serve people under AA orders. Incorporate these services into the refinements of services offered for people in Community Restoration Programs (CRPs). | **1. Train on contingency management (CM) practices and consider relevance for use at OSH**<br>1.1 – OSH trainings begin on CM<br>1.2 – OSH trainings completed on CM/recap discussion with workgroup – feedback, comments, suggestions for future directions<br>1.3 – OSH to consider if CM programming has relevance for use at OSH, based on training feedback | 6/15/24 | Complete as of 7/12/24 | 1.B.13 (1st half) in 2nd Report |
| | | **2. Implement CM practices in community settings**<br>2.1 – Continue providing CM in 6 community agencies via existing initiative<br>2.2 – Evaluate successes/barriers based on existing services and make recommendations for improvements<br>2.3 – Discuss with OHA M110 staff opportunity to include CM in Behavioral Health Resource Networks (BHRNs)<br>2.4 – Discuss with Medicaid leadership a timeline for billing pathways to be set up with CM | 9/01/24 | Complete as of 6/24/24 | |

| Category # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | | 2.5 - Recruit providers for fall CM training cohort with Northwest ATCC | | | |
| | | **3. Include OSH teams on the statewide ASAM training** | 2/26/24 | Complete as of 2/26/24 | |
| | | **4. OHA to establish continuity of care for discharging patients with SUD from OSH** 4.1 - SUD subject matter experts engage and collaborate with discharge planning staff (at OSH and in community) to include training community providers in Aid and Assist legal processes and requirements *(Completed as of 09/06/24)* 4.2 - Identify key partners/collaborators who need to be engaged to support effective continuity of care *(Completed as of 08/07/24)* 4.3 - Identify roles and responsibilities of key partners/collaborators in continuity of care *(Completed as of 08/07/24)* 4.4 - Develop draft workflow to ensure that patients with SUD discharged from OSH receive needed SUD treatment integrated or concurrent with other care needs in a timely manner | 7/31/24 (original) TBD: In discussion with Dr. Pinals | In Progress | |
| | **14.2 Substance use disorder treatments:** Similarly for the OSH population, foster greater focus on substance use treatment services for individuals in AA and GEI processes. Incorporate these services into the refinements of services offered for people in Community Restoration Programs (CRPs). | **1. OSH obtained additional training for a small group of OSH staff on SMART recovery and have increased access to this group service** | 8/01/23 | Complete prior to 9/15/23 | 1.B.13 (2nd half) in 2nd Report |
| | | **2. Train a larger group of psychology, treatment services, and social work staff in Wellness Recovery Action Planning (WRAP).** This will increase access to both group and individual WRAP services. | Initiate July 2023 | Complete as of 9/26/23 | |
| | | **3. Train non-clinicians to provide legal education to patients, which in the long-term will reduce clinician time in that work and afford more time to provide higher skilled clinical work, including SUD services.** We are working to get staff who have completed classroom training effectively paired with existing group leads to co-lead groups to complete the training process for those individuals. | 8/01/25 | Complete as of 12/02/25 | |
| | | **4. Launch a RPI related to improving group-based treatment centered on the different jurisdictions of our patients and the unique barriers to discharge/transition for Aid and Assist, PSRB, and civil jurisdictions.** This will include consideration of group SUD services and the role of addiction as a barrier to discharge/transition for different jurisdictions. | 8/01/25 | Complete as of 12/02/25 – Discussion pending about ongoing data collection. | |

| Category # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | | 4.1 – Provide update on Jurisdictional Treatment project status post go-live after three months to Dr. Pinals | | | |
| | | **5. Work toward re-initiating a CADC training academy with a tentative goal for a cohort to begin in 2024 (contingent on positions and staffing).** This program trains existing hospital staff in different positions to provide SUD services and requires that they commit to providing 2-4 hours.<br>5.1 - Initiate training academy planning<br>5.2 – Relaunch next CADC cohort | 10/01/24 | Complete as of 10/02/24 | |
| | | **6. Operationalize MAT protocols within OSH**<br>6.1 – Review state and federal law and rule relating to provision of MAT<br>6.2 – Provide education/training/resources for OSH staff around MAT<br>6.3 – Develop workflow for patient initiation onto MAT. | Initiate Mar 2024 | Complete as of 3/20/24 | |
| **15: Medicaid** | **15.1** OHA shall draft an analysis report that reviews the current state of care coordination operations for adults under an Aid & Assist Competency Restoration order discharging from OSH to the community, and separately those discharging from OSH to jail. | **1. Conduct requirements review**<br>1.1 – Complete OAR review<br>1.2 – Complete 2024 CCO contract review<br>1.3 - Complete 2024 FFS Care Coordinator contract review<br>1.4 - Complete 2024 CMHP contract review<br>1.5 - Complete 2024 Comagine Contract review<br>1.6 – Draft Analysis Report<br>1.7 – Review of 2023 IQA Audit & integration of Corrective Action Plan to issues related to the LSI and Comagine | 7/30/24 | Complete as of 7/31/24 | 1.B.11<br><br>2nd report |
| | | **2. Circulate analysis report draft for review**<br>2.1 – Circulate analysis report for review<br>2.2 – Complete OHA Medical leadership review<br>2.3 – Complete OHA BH and Medicaid leadership review<br>2.4 – Complete OSH Social Work leadership review<br>2.5 – Complete PSRB review<br>2.6 – Complete Dr. Pinals review<br>2.7 – Incorporate feedback from reviews | 10/31/24 | Complete as of 12/23/24 | |
| | | **3. Final analysis report due** | 11/01/24 | Complete as of 11/27/24 | |
| | | **4. Submit recommendations for consideration in the CCO, FFS care coordination, and Transition of Care (TOC) rules**<br>4.1 – Submit recommendations for consideration in the CCO rules | 6/04/25 | Complete | |

| Category # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | | 4.2 – Submit recommendations for consideration in the FFS care coordination rules<br>4.3 – Submit recommendations for consideration in the TOC Oregon Administrative Rules | | | |
| | **15.2** OHA will continue to pursue the 1115 Medicaid Demonstration waiver submitted in 2/2022 requesting the authority to provide Medicaid funding for a limited set of services in non-SUD IMD, i.e., OSH. | **1. Conduct 1115 waiver carceral negotiations with CMS**<br>1.1 – Complete CMS negotiations<br>1.2 – Draft Standard Terms and Conditions (STC) with CMS *(Completed as of 6/17/24)*<br>1.3 – Complete State review of draft STC *(Completed as of 6/17/24)*<br>1.4 – Complete CMS post approval protocol submission<br>1.5 – Complete CMS post approval protocol negotiations<br>1.6 – Finalize post approval protocols between state and CMS | Dependent on CMS | Inactive<br><br>*Note: OHA received approval from CMS for the 2022-27 cycle but did not implement waivers due to competing system requirements imposed by HR-1. OHA is currently in the process of evaluating the feasibility of requesting waiver approval from CMS to again attempt implementation for the 2027-32 cycle.* | 1.B.12.a<br><br>2nd report |
| | | **2. Conduct 1115 waiver carceral implementation planning**<br>2.1 – Develop a staffing and project plan *(Completed as of 9/05/24)*<br>2.2 – Request state general funding for federal match via rebalance or legislative session<br>2.3 – Complete CCO contract amendment<br>2.4 – Complete FFS care coordination procurement | Dependent on CMS | Inactive – See 15.2.1 | |

| Category # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | | 2.5 – Complete MMIS system changes<br>2.6 – Complete ONE system changes<br>2.7 – Complete Oregon Administrative Rule development<br>2.8 – Complete Process development | | | |
| | **15.3** OHA will develop a request for the 2025 legislative assembly to fund care coordination services for adults discharging from the OSH to community or jails. This may include an assessment of the Community Navigator pilot currently in development under 2023 legislatively allocated resources. | **1. Submit 2025 legislative request**<br>1.1 – Develop high level Policy Option Package (POP) concept<br>1.2 – Develop budget needs<br>1.3 – Draft a POP<br>1.4 – Circulate the POP for feedback among partner agencies<br>1.5 – Submit the POP | 6/28/24 | Complete as of 6/2024 | 1.B.12.b<br><br>2nd report |
| | | **2. Develop an engagement strategy with legislative assembly, OSH, DOC, OYA county/regional adult & youth carceral facilities, advocacy, ODHS, etc. in the form of talking points and presentation that addresses reason, need, impact, monitoring etc.** | 12/31/24 | Completed through Community Navigator and ongoing Medicaid contractual discussion | |
| | **15.4** OHA shall expand Home CCO enrollment to align with the 2 years of continuous eligibility for individuals under an AA competency restoration order under the following scenarios:<br>• Community restoration (no OSH stay)<br>• OSH discharge to community restoration<br>• OSH discharge to jail and with monitoring for release to reinstate Medicaid eligibility and CCO enrollment or FFS care coordination<br><br>Additionally, OHA shall provide a warm handoff to Fee for Service care coordination for | **1. Complete 1115 waiver CE negotiations with CMS regarding 2 years of continuous eligibility**<br>1.1 - Complete CMS post protocol negotiations<br>1.2 - Finalize post approval protocols between state and CMS | 6/30/23 | Complete as of 7/01/23 | 2.6<br><br>2nd report |
| | | **2. Establish clear expectations and processes for CCOs outlining care coordination and collaboration points**<br>2.1 – Establish consistent engagement with CCOs to support clear expectations around care coordination. *(Completed as of January 2025)*<br>2.2 – Implement CCO Contract Changes to improve clarity of expectations. (*Completed as of January 2025*)<br>2.3 – Implement federal sub-regulatory guidance for the forensic population.<br>2.4 – Establish expectations for communication process for CCOs to be notified that individuals in OSH who have not been discharged yet (but will be) are set to become members within their CCO.<br>2.5 - Monitor and conduct reviews of CCOs Care Coordination practices throughout 2025 to ensure new regulatory and contractual requirements are being | 6/30/25 (original)<br><br>9/30/27 (per ODDS workplan) | In Progress<br><br>*Note: Replaced recommendation text with applicable section from ODDS workplan with Dr. Pinals' approval.* | |

| Category # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | individuals who meet Medicaid eligibility but either not eligible for CCO enrollment or choose not to enroll into a CCO. | implemented and closing care gaps for OHP members, including members discharging from OSH. | | | |
| 16: Coordination | 16.1 Coordination with ODDS: OHA, OSH, and ODDS should meet to identify improvements for timely discharge from OSH and diversion for individuals with IDD in the Aid and Assist and GEI processes to appropriate community alternatives. | 1. Director of Social work at OSH has met with ODDS regularly to discuss improvements to discharge and diversion from OSH of clients with IDD diagnosis | 6/30/23 | Complete prior to 7/2023 | 1.B.5  2nd report |
| | | 2. Senior Leadership from OHA to have an initial level setting meeting with Senior Leadership at ODDS to identify barriers and system improvements needed to increase/improve access to DD services for individuals who are engaged in competency restoration<br>　　2.1 - OHA Senior Leadership to meet and determine a meeting time and an agenda for the meeting with ODDS | 8/04/23 | Complete as of 9/11/23 | |
| | | 3. Create cross agency work group to identify barriers and system improvements needed to increase/improve access to DD services for individuals who are engaged in competency restoration | 12/01/23 | Complete as of 12/01/23 | |
| | | 4. Workgroup to create work plan and timeline to address needs identified in Milestone 3 meetings<br>　　4.1 – OHA to identify APD staff and support to be involved in this effort | 8/08/25 | Workplan shared with Dr. Pinals on 12/02/25 | |
| | 16.2 Ongoing meetings between the parties and with Amici. | This item is currently **canceled**. | N/A | Canceled per Dr. Pinals prior to 8/03/25 | 4 (Additional Recommendation)  10th report |

## Archived Recommendations:

| Rec # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| 1: Mosman Order | 1.1 Re-exploration and Clarification of the Mosman Order for admissions limits to OSH (2: Additional Recommendation) | *Move to archive – complete* | | Complete – continuation of Mosman Order contained in Court Order | 2 (Add. Rec)  10th report  AND |

| Rec # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | **Continuation of the original Mosman Order** (1 of 11th Report) with limitations on admissions to OSH and time limits for restoration services. | | | dated 6/06/25 | 1<br><br>11th report |
| **8: Reinstitution of ECMU** | **8.1** Oregon Health Authority Behavioral Health (OHA BH) Coordination Integration: Phased Approach to Reinstitute **Extended Care Management Unit (ECMU)** | **1. Complete project pre-work**<br>1.1 - Establish project coordination<br>1.2 – Prepare Staffing<br>1.3 – Document lessons learned from previous program<br>1.4 – Provide progress report to DOJ | 1/03/25 | Complete as of 11/2024 | 1.A.1.a<br><br>2nd Report |
| | | **2. Develop ECMU Charter to clarify goals, authority** | 3/24/25 | Complete as of 6/11/25 | |
| | | **3. Conduct partner and community engagement**<br>3.1 – Develop Communications plan<br>3.2 – AOCMHP<br>3.3 – OCBH (Oregon Council of BH)<br>3.4 – CMHP Directors and Aid and Assist Liaisons<br>3.5 – PSRB | 3/01/25 | Complete as of 2/03/25 | |
| | | **4. Launch ECMU (Full Implementation)**<br>4.1 – Start initial engagement with community on individuals on RTP list<br>4.2 – Implement Emergency Rules<br>4.3 – Complete contract development with residential providers who do not currently contract with OHA within the identified pilot counties<br>4.4 – Complete policy and procedure development | 9/30/25 | Complete as of 1/17/25 | |
| | | **5. Conduct ongoing ECMU Care Coordination oversite and consultation**<br>5.1 – Establish recurring meetings with pilot counties to review RTP data and conduct care coordination reviews<br>5.2 – Conduct as needed targeted meetings with counties to support care coordination<br>5.3 – Monitor discharge planning and RTP data on a recurring basis to conduct necessary follow up to address identified barriers to community placement | Ongoing | Recurring oversite and consultation implemented as of 2/2025 | |
| **9: Expansion of ECMU** | **9.1 Focus on discharges through expansion of ECMU activities for AA and GEI populations:** Although the ECMU is just beginning to develop its mechanisms of | | | Complete as of 8/04/25 | 11<br><br>11th report |

| Rec # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | action, this type of oversight appears to be positive, and its efforts should expand to additional counties. The RTP list and the Conditional Release Ready list must be reduced. Over 130 people are identified at OSH as not needing OSH services. Oregonians and the legislature should take note of that simple data point. Notwithstanding the concerns about over-reliance on institutions in violation of the ADA, at approximately $650,000 per year, the OSH service should be limited to those who need it. | | | | |
| 12: NWRRC | **12.1 Improvements in contract management of NWRRC:** Contract management of NWRRC should be rigorously monitored at high levels of OHA with regular data reports to the Court Monitor. | | Ongoing | Complete and monitoring implemented as of 4/16/25 | 10.a<br><br>11th report |
| | **12.2 Improvements in contract management of NWRRC:** Utilization management needs to include re-evaluations so that individuals whose AA status changes are not left to languish at NWRRC. | | | Complete as of 02/13/26 | 10.b<br><br>11th report |
| 17: Courts | **17.1 Shift of court notification practice**: OHA should re-establish prior policy and discharge .370 defendants back to the committing county upon a forensic evaluation of "able." | This item is **complete** | 6/30/22 | Complete as of 6/30/22 | 1.B.2 (1st half)<br><br>2nd report |
| | **17.2 Shift of court notification practice**: **Individuals** opined as | This item is currently **paused for data collection/analysis** | N/A | Paused prior to 8/03/23 | 1.B.2 (2nd half) |

| Rec # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | "never able," or "med never" should be further studied for potential process change to support direct community discharge with CMHP assistance rather than routing back to jail. | | | Progress Report<br><br>Terminated as of 02/13/26 | 2nd report |
| 18: Jail Diversion | **18.1 Consultation/Expedited admission and diversion processes:** Expedited admission service: Modify expedited admission processes to emphasize consultative availability upon request regardless of referral source. | This item is **complete** | 6/30/22 | Complete as of 6/30/22 | 1.B.7.a<br><br>2nd report |
| | **18.2 OHA will monitor the OSH waitlist weekly**. If the waitlist exceeds 10 days, OHA will initiate jail diversion meetings with CMHP to review current symptoms and explore appropriate alternative community restoration services, if available. | **1. Develop OSH waitlist review process between OSH and ISU**<br>    1.1 - Identify OSH contact to provide a weekly report to ISU complex case coordinator (CCC).<br>    1.2 - CCC will review report weekly for individuals with wait times exceeding ten days. *Ongoing*. | 11/01/23 | Complete as of 9/19/23 | 1.B.7.b & 1.B.7.c<br><br>2nd report |
| | | **2. Develop CMHP outreach process**<br>    2.1 - CCC will initiate contact with CMHP for identified individuals requesting a status update and if appropriate alternative community restoration services are available<br>    2.2 - To initiate a timely intervention OSH diversion meeting may be combined with RTP/EOC meetings. | Ongoing | Discussed and concluded per Dr. Pinals recommendation on 7/15/25<br><br>Note: Commentary in 1st Court Monitor Report | |
| | | **3. Develop case tracking system**<br>    3.1 - Integrate Jail/OSH diversion data into the current RTP/EOC tracking mechanism | 11/01/23 | Complete as of 11/07/23 | |
| | | **4. 90-day review** | 2/01/24 | Complete as of 2/06/24 | |

| Rec # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| 19. Legislative | **19.1 Discharge Process Prioritization:** Informal support. General counsel for OSH should continue efforts to support compliance with SB 295 through communications with defense lawyers and prosecutors. MPD will also make themselves available to try and intervene with defense lawyers to ensure they follow SB 295. | | Ongoing | Compliance support implemented prior to 6/05/22 | 1.B.9.a<br><br>2nd Report |
| | **19.2 Discharge Process Prioritization:** Advocacy. DOJ will continue evaluating cases on a state-wide basis for direct legal intervention on behalf of OSH where SB 295 is not being followed by state courts or CMHPs. | | Ongoing | Case evaluation implemented prior to 6/05/22 | 1.B.9.b<br><br>2nd Report |
| | **19.3 Rulemaking and Reduced Reliance on Single Solutions for Discharge.** OHA shall amend the OARs applicable to AA Ready-to-Place defendants to clarify that the treating clinical team's clinical recommendations primarily guide discharge planning. | 1. Draft OARs for revision<br>  1.1 – Review relevant OARs and Mink/Bowman recommendations.<br>  1.2 – Create initial draft of OARs.<br>  1.3 – Obtain OHA leadership permission to move forward with permanent rule process.<br>  1.4 – Leadership review of initial draft.<br>  1.5 – Incorporate leadership feedback.<br>  1.6 – Review PDES report for discharge related content and incorporate changes.<br>  1.7 – Review finalized CFAA as well as Draft CRP Manual from Recommendation 2.3.a for changes or other relevant rules to change during the permanent rule process<br>  1.8 – Leadership Review of Final Draft.<br>  1.9 – Obtain feedback from Dr. Pinals, and Parties and finalize draft | 5/01/24 | Complete as of 5/28/24 | 1.B.9.c<br><br>2nd Report |
| | | 2. Complete permanent rule process<br>  2.1 – Hold community engagement sessions prior to initiating permanent rule process<br>  2.2 – Work with HSD rules coordinator to complete permanent rule process | 8/31/24 | Complete as of 9/01/24 | |

| Rec # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | | 3. Complete training for stakeholders on new rules and expectations<br>    3.1 – Review relevant rule changes to inform training materials<br>    3.2 – Develop training material to present to partners/collaborators around clarification of new OAR<br>    3.3 – Schedule and present training | 10/31/24 | Complete as of 10/31/24 | |
| | **19.4 Duration of Competence Restoration:** The parties should work jointly with willing stakeholders to propose new legislation that decreases the maximum restoration time limits. Time for both inpatient and community restoration services should be limited for misdemeanors, felonies, and serious violent felonies. | **1. OHA to establish a workgroup to include CMHP's, Das, OHA, OSH, OJD, DRO, MPD, Forensic Evaluators**<br>    1.1 – Draft and establish work group charter, including attendee list and meeting cadence<br>    1.2 – Draft and establish communications plan | 10/31/23 | Complete as of 10/27/23 | 2.1.a<br><br>2nd Report |
| | | **2. OHA to establish a fully vetted legislative proposal** | 1/01/25 | Complete as of 1/01/25 | |
| | | **3. OHA to submit legislative bill during 2025 legislative session**<br>    3.1 – Conduct formal amendment process to finalize legislative bill language<br>    3.2 – OHA BHD and Government Relations to attend and participate in Forensic Behavioral Health Legislative Workgroup | 6/27/25 | Complete as of 6/27/25 | |
| | **19.5 Duration of Competence Restoration:** The court in making its findings should rely upon clinical opinions, and the forensic evaluators in rendering opinions of restorability should provide compelling clinical data to support a likelihood beyond probability that the defendant shall regain their capacity to A&A at the end of restoration period. | | 1/01/25 | Archived prior to 6/03/2025 - not within parties' control | 2.1.b<br><br>2nd Report |
| | **19.6 Restoration across multiple charges should be consolidated** and contiguous consecutive periods of restoration should be eliminated unless there are new charges after an initial period of restoration. | | 1/01/25 | Complete per Mosman Order | 2.1.c<br><br>2nd Report |

| Rec # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | **19.7 Aid and Assist progress/periodic Aid and Assist reports should be brief**, relying on more complete evaluations made for the initial findings of a defendant being Unable to Aid and Assist. The brief periodic update reports should be done at intervals. Aid and Assist progress updates should be filed as soon as feasible. | | 1/01/25 | Complete as of 1/2025 | 2.1.d<br><br>2nd Report |
| | **19.8 Duration of Competence Restoration:** Further explore opportunities for defendants found Unable to Aid and Assist or "Med Never" to ensure access to appropriate services | **1. OHA to develop presentation overviewing opportunities and present to All Parties**<br>    1.1 – SDOH manager and her team will work on a presentation for the parties outlining how the $130 million approved by the legislature for residential services was awarded and where new facilities will be Arial coming online<br>    1.2 – OHA/OSH will review presentation forward to leadership for approval | 7/14/23 | Complete prior to 11/03/23 | 2.1.e<br><br>2nd Report |
| | | **2. Provide Presentation to All Parties** | 11/21/23 | Complete prior to 1/03/24 | |
| | **19.9 Tracking legislatively appropriated funding:** The State should continue to update website to provide information about behavioral health spending. | This work is **ongoing** and does not have planned milestones | Ongoing | Website updates implemented prior to 6/05/22 | 3.B (1st half)<br><br>2nd report |
| | **19.10 Tracking legislatively appropriated funding:** OHA should continue in regular meetings to discuss implementation of legislatively appropriated funds that have the potential to help OHA achieve compliance, to address remaining questions about prior spending decisions and to foster planning for ongoing support of the above | This work is **ongoing** and does not have planned milestones | Ongoing | Discussions implemented prior to 6/05/22 | 3.B (2nd half half)<br><br>2nd report |

| Rec # and Topic | Recommendation Summary | Milestones / Sub-tasks | Due Date | Status | Rec Tag Reference |
|---|---|---|---|---|---|
| | recommendations to achieve compliance. | | | | |
| | **19.11 Socialization of legislative proposals and policy option packages** | | | Complete as of 6/27/25 | 3 (Additional Rec)<br><br>10th Report |
| | **19.12 Ongoing review of implementation status of prior and current recommendations:** Work should continue in earnest to review and complete recommendations as delineated in the project tracker. A metric should be added to determine whether the activity is complete, partially complete, or incomplete by the deadline to help track activity and provide a better metric for the court in determining compliance and contempt issues. | | Ongoing | Ongoing | 14<br><br>11th report |