DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Carla.A.Scott@doj.oregon.gov
Craig.M.Johnson@doj.oregon.gov
Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Fariborz Pakseresht, Dolores Matteucci, and Sean Murphy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>FARIBORZ PAKSERESHT, in his official capacity as interim head of the Oregon Health Authority, and JAMES DIEGEL in his official capacity as Interim Superintendent of the Oregon State Hospital,<br><br>Defendants. | Case No. 3:02-cv-00339-AN (Lead Case)<br>Case No. 3:21-cv-01637-AN (Member Case)<br><br>SEPTEMBER 2026 STATUS REPORT |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES DIEGEL, Interim Superintendent of the Oregon State Hospital, in his official capacity, DOLORES MATTEUCCI, in her individual capacity, FARIBORZ | Case No. 3:21-cv-01637-AN (Member Case) |

PAKSERESHT, Interim Director of the Oregon Health Authority, in his official capacity, and PATRICK ALLEN in his individual capacity,

Defendants.

## I. Introduction

The Oregon Health Authority (OHA) and the Oregon State Hospital (OSH) submit this Status Report in advance of the status conference set for September 15, 2026. This Status Report provides an update regarding:

- Current compliance status with the seven-day admission requirement for those found unable to aid and assist in their defense (Aid and Assist persons).
- OHA-driven capacity building in the community for those discharging from OSH from 2022 to the present.
- Legislation.
- Forensic evaluations at OSH and in the community.
- OSH leadership update.
- The capacity audit ordered by this Court in its June 6, 2025, Opinion and Order.
- Status of the County Financial Assistance Agreements.

The following representatives of OHA and OSH will attend the status conference and will be prepared to answer questions this Court may have in their respective areas of expertise:

- James Diegel, Interim Superintendent, OSH
- Fariborz Pakseresht, Interim Director, OHA
- Kristine Kautz, Deputy Director for Administration, OHA
- Ebony Sloan Clarke, Behavioral Health Director, OHA
- Christa Jones, Behavioral Health Deputy Director, Service Delivery, OHA


Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## II. Compliance Status

As of September 8, 2026, the average number of days an Aid and Assist person has waited in jail for admission to OSH is 2.5 days. OSH received 84 new orders in June 2026, 76 in July 2026, and 66 in August 2026. The below chart depicts the discharges, admissions, and new orders received each month from September 2022 to August 2026:

| Month | Discharges | Admissions | New Orders |
|---|---|---|---|
| Sep-22 | 85 | 76 | 84 |
| Oct-22 | 90 | 91 | 95 |
| Nov-22 | 85 | 81 | 89 |
| Dec-22 | 92 | 77 | 74 |
| Jan-23 | 93 | 101 | 107 |
| Feb-23 | 94 | 107 | 78 |
| Mar-23 | 129 | 128 | 109 |
| Apr-23 | 108 | 107 | 103 |
| May-23 | 88 | 87 | 94 |
| Jun-23 | 101 | 97 | 86 |
| Jul-23 | 103 | 104 | 73 |
| Aug-23 | 112 | 100 | 109 |
| Sep-23 | 102 | 95 | 93 |
| Oct-23 | 97 | 93 | 97 |
| Nov-23 | 103 | 108 | 98 |
| Dec-23 | 64 | 83 | 92 |
| Jan-24 | 96 | 82 | 83 |
| Feb-24 | 97 | 81 | 73 |
| Mar-24 | 79 | 85 | 87 |


Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

| Month | Discharges | Admissions | New Orders |
|---|---|---|---|
| Apr-24 | 84 | 96 | 99 |
| May-24 | 93 | 108 | 127 |
| Jun-24 | 79 | 74 | 90 |
| Jul-24 | 102 | 103 | 128 |
| Aug-24 | 95 | 95 | 99 |
| Sep-24 | 86 | 84 | 92 |
| Oct-24 | 109 | 107 | 102 |
| Nov-24 | 80 | 77 | 89 |
| Dec-24 | 99 | 111 | 105 |
| Jan-25 | 93 | 93 | 89 |
| Feb-25 | 90 | 97 | 79 |
| Mar-25 | 88 | 85 | 96 |
| Apr-25 | 104 | 128 | 101 |
| May-25 | 99 | 99 | 82 |
| Jun-25 | 118 | 109 | 105 |
| Jul-25 | 99 | 102 | 111 |
| Aug-25 | 111 | 107 | 111 |
| Sep-25 | 95 | 99 | 124 |
| Oct-25 | 102 | 108 | 100 |
| Nov-25 | 88 | 69 | 89 |
| Dec-25 | 100 | 108 | 101 |
| Jan-26 | 101 | 109 | 86 |
| Feb-26 | 94 | 90 | 106 |
| Mar-26 | 106 | 106 | 99 |
| Apr-26 | 102 | 100 | 83 |


Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

| Month | Discharges | Admissions | New Orders |
|---|---|---|---|
| May-26 | 105 | 99 | 97 |
| Jun-26 | 107 | 93 | 84 |
| Jul-26 | 99 | 82 | 76 |
| Aug-26 | 97 | 80 | 66 |

OSH has received a markedly lower number of commitment orders on average since the June status report. As a result, and because OSH has continued to work to ensure timely discharges, OSH's daily census has been below its managed capacity. OSH is currently completing an analysis of how many open beds should be maintained to allow for the possibility that the number of orders will increase again without falling out of compliance. OSH and OHA will be working in collaboration with their community partners to evaluate how best to use open beds to provide services for individuals that need them while maintaining compliance.

## III. OSH Data Regarding Effect of the June 1, 2026, Order.

Since this Court's June 1, 2026, order (June 1 Order), limiting admissions based on the nature of charges and eliminating 30-day discharge planning extensions previously allowed under this Court's prior remedial orders, to date (1) OSH received eight commitment orders for which it denied admission because the charges did not meet criteria under the June 1 Order; and (2) OSH denied two orders seeking 30-day discharge planning extensions on inpatient restoration limits. OSH sent letters to the committing court in each instance explaining that the June 1 Order precluded OSH from complying with those orders. OSH will continue to track instances where admission or an extension request was denied because of the June 1 Order.


Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## IV. OHA-driven Capacity Building in the Community from 2022 to the Present

Because OSH has limited capacity, the primary and most direct way for Defendants to remain in compliance is to reserve sufficient beds at OSH to account for a potential surge in orders and to build enough capacity in the community to place patients who are ready to discharge from OSH or to divert them from being admitted to OSH in the first instance.

Exhibit 1 to this Status Report describes the increase by calendar quarter from 2022 to the September 1, 2026, in licensed and non-licensed beds in the community for patients to discharge to when they are ready to leave OSH or to divert them from entering OSH in the first instance.[1] Defendants have worked to secure legislative appropriations for several years and have been using the appropriated funds to build capacity throughout the behavioral health system, including in residential treatment homes, residential treatment facilities, secure residential facilities, and supportive housing. Occupancy dates for those projects began in 2022 and are projected to continue through 2028. From the fourth quarter of 2022 to September 1, 2026, OHA has established approximately 838 new beds (36 new beds were added in the second quarter of 2026, and 32 more beds will be added by the end of the third quarter) to serve the populations discharging from OSH or to divert persons from entering OSH in the first instance.

In addition, OHA continues to work creatively to find placements in response to the increasing number of Aid and Assist commitment orders to OSH and the resulting heightened demand for community placements for individuals discharging from OSH. For example, OHA's Behavioral Health Division (BHD) collaborated with Northwest Regional Re-Entry Center (NWRRC) leadership to establish a temporary pathway for expanded bed access. The current contract with Behavioral Health provides funding for 35 beds. To ensure full utilization, NWRRC has historically accepted up to 38 referrals, acknowledging that not all referrals result in placement but consistently maintaining occupancy of at least 35 beds

[1] Exhibit 1 does not include additional capacity that has come online during this time period without financial investment by OHA.


Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

per week.

Earlier this year, NWRRC agreed to temporarily expand its referral capacity to 41, assuming the associated staffing burden while continuing to prioritize safety. At that time, it was recognized that NWRRC may return to the 38-referral cap at its discretion. OHA continues to work to maintain full utilization of all 35 beds at NWRRC. Since June 3, 2026, NWRRC's weekly capacity reports have shown 35 or more beds filled. The average beds filled since June 3, 2026, is 36, with a high of 40 beds filled the last week of July. Additionally, since June 3, 2026, there have been a weekly average of three intakes scheduled at NWRRC, with twelve weeks having more than three intakes.

Additional actions taken by OHA to maximize full bed utilization at NWRRC include:

1. On July 17, 2026, OHA initiated a contract amendment with NWRRC to include individuals stepping down from a Secure Residential Treatment Facility (SRTF) as part of a planned transition to a less restrictive level of care. This amendment is intended to increase the number of SRTF placements available for individuals transitioning out of Oregon State Hospital.
2. OHA has contracted with NWRRC on a facility expansion scheduled to be completion in May 2027. This expansion will increase the number of dedicated beds for women from seven to 22, resulting in reduced wait times for women transitioning out of Oregon State Hospital or an SRTF.

## V. Legislative Update

The Governor's Office has continued to convene multiple tables of partners to discuss improvements that can be made to the Aid and Assist system to improve outcomes for patients and ensure continued and resilient compliance with Mink/Bowman. OHA and OSH have been key participants in these discussions in addition to all the other work that they are doing in this area. Topics have included:

- Bolstering systems such as assisted outpatient treatment that allow people in crisis


Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

to receive behavioral health services in the community without requiring an open criminal case.

- Creating more robust pathways for people in custody to be rerouted into the civil commitment system when appropriate, so their treatment can focus on long-term recovery rather than simply competency restoration.
- Better equipping local partners to maintain the stability of people discharging from OSH after restoration to decrease re-admission.
- Improving communications and relationships between behavioral health and criminal justice partners to reduce barriers and inefficiencies stemming from miscommunication and misunderstanding.
- Removing unnecessary administrative burden on behavioral health providers stemming from HB 2005 and other sources, which can take time away from direct patient care.

With the 2027 legislative session approaching in February, the Governor's Office has begun to include legislators in these discussions as well, and a number of potential legislative vehicles have been identified for any necessary changes.

The Governor's Office is currently in the process of drafting the Governor's Recommended Budget for the 2027-2029 biennium. Ensuring continued compliance with Mink/Bowman will be a part of their larger discussions around continuing to support a robust behavioral health continuum of care.

In addition to work specifically addressing the Aid and Assist population, OHA leadership is working closely with the Governor's Office to address concerns raised by community mental health programs and residential behavioral health providers regarding impacts that policy changes from Mink/Bowman and HB 2005 have had on them. A more detailed update regarding the next legislative session will be provided in the December 2026 status report.


Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## VI. Forensic Evaluations Update (at OSH and in the Community)

There are currently 271 defendants in community restoration waiting for court-ordered evaluations, 136 of whom are waiting for their first interview to be scheduled. OSH's Forensic Evaluation Services (FES) has experienced a significant increase in the demand for evaluations due to the new 90-day evaluation requirements included in HB 2005 (since the enactment of HB 2005, FES has received 241 orders for 90-day evaluations) but will continue to make every effort to complete all evaluations within the statutory time, as has been done up to this point. The current waitlist of 136 is due in part to receiving court orders for 90-day evaluations that do not meet the statutory guidelines for the 90-day evaluation timeframe.

As described in the June 2026 status report, OHA is in the process of creating a centralized Community Restoration Evaluation Unit (CREU) to conduct community forensic evaluations currently handled by OSH. OHA BHD has been working with OSH FES leadership to develop CREU, including collaboration on the program manual, contracting statements of work, program operations development, and position descriptions. OHA is in the process of filling OHA-based positions for CREU and has posted solicitations for evaluators as well. OHA is on track to begin scheduling its own evaluations by March 2027 and will onboard contracted evaluators as they are contracted before the full program is up and running, using OSH FES as a training setting for them to create a bridge for the CREU evaluators to begin alleviating the strain of OSH FES while CREU is finalized.


Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Below is a visual for how CREU will be organized:




While OHA works to operationalize CREU, OSH Forensic Evaluation Services (FES) will continue to perform court-ordered evaluations for the aid and assist population both in OSH and in the community. To help alleviate some of the administrative burden borne by the FES director and associate director, a one year-job rotation for an administrative assistant has been created and filled. An interim assistant director has also been assigned to FES since the June 2026 status report.

**VII. OHA and OSH Leadership Update**

Since the June 2026 status conference, there have been changes to the leadership at OHA and OSH. Dr. Sejal Hathi resigned from her position as OHA Director effective August 1, 2026. OHA is currently led by Fariborz Pakseresht, a very experienced administrator of Oregon agencies who led the state's Department of Human Services for eight years. At OSH, the recruitment for a new superintendent was concluded with the hiring of Sean Murphy; however, Mr. Murphy was terminated from that position shortly after his appointment. As a result, Jim Diegel has agreed to resume his service as interim superintendent of OSH until another recruitment process is completed. That position will be posted in the coming weeks.


Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## VIII. Capacity Audit

Since the June 2026 Status Report, Public Consulting Group (PCG) completed a draft of its report, which was reviewed for accuracy by Defendants. During that review, Defendants discovered substantial issues with the draft report. Those issues had multiple causes: some were caused by errors in data approval by OHA, which revealed misalignment between divisions that is now being addressed; some were caused by PCG's failure to address comments and corrections provided by OHA during a review of data tables completed in March; and some were the result PCG missing context or misunderstanding the way that laws, rules, and programs operate in Oregon's behavioral health system in the forensic context. Given the complexity of that system, as well as the breadth of sources from whom data was gathered, including OHA, OSH, OJD, and PSRB, the audit has been a similarly complex process to execute. Nevertheless, OHA and PCG have both remained committed to ensuring the resulting report is accurate, so any conclusions drawn from it are reflective of the system as it exists. They are currently finalizing a timeline for revision.

DATED September 14, 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General

*s/ Jill Conbere*

CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE # 193430
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Carla.A.Scott@doj.oregon.gov
Craig.M.Johnson@doj.oregon.gov
Jill.Conbere@doj.oregon.gov
Of Attorneys for Defendants

OREGON HEALTH AUTHORITY

Updated as of 9/1/2026

# Behavioral Health Investments
# Licensed & Non-Licensed
# Capacity by Quarter

# Overview

The following slides display the increase in licensed and non-licensed capacity by calendar quarter resulting from investments below:

- House Bill 5024 ($130M with $20M Tribal Set-Aside from the 2021-2023 biennia)
- House Bill 5202 ($100M from the 2021-2023 biennia)
- Senate Bill 5525 ($15M with $1.5M Tribal Set Aside from the 2021-2023 biennia)
- House Bill 2316 ($20M from the 2021-2023 biennia)
- House Bill 5030 ($50M with $5M Tribal Set Aside from the 2023-2025 biennia)
- Senate Bill 1530 ($18M from the 2023-2025 biennia)
- House Bill 2059 ($65M from the 2025-2027 biennia)

Please note, due to the complex nature of capital development projects, project completion timelines and capacity projections may shift until the project is finalized. This is due to a variety of factors such as: property acquisitions timeframes, lengthy zoning/permitting process, construction/material delays, and licensure.

The Behavioral Health Investments (BHI) team is actively involved in monitoring all phases of project development to address barriers to support risk mitigation. Additionally, preliminary project reviews are being done with the licensing teams to ensure the organization's plans are viable and meet licensing standards to support a smooth licensure process upon project completion. **On average most projects take between 24-48 months to complete. The length of time needed to complete a project varies depending on the scope of the project and whether it encompasses acquisition, renovation, and/or new construction.**

# Licensed Residential Housing & Facility Types

**Licensed Facility Types:**

- Secure Residential Treatment Facility (SRTF)
- Residential Treatment Facility (RTF)
- Residential Treatment Home (RTH)
- Substance Use Disorder Residential Treatment Facility (SUD RTF)
- Withdrawal Management (WM)
- Adult Foster Home (AFH) **Please note: this facility type resulted from HB 5202 investments and is not reflected in the visuals.*
- Inpatient Psychiatric

The following slides display the capacity by quarter for licensed residential housing and facilities funded by BHI.

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Community Counseling Solutions | $341,423.52 | Umatilla | AFH | 5 | 12/1/2022 | Q4 2022 |
| ColumbiaCare Services, Inc. (Twin Pines) | $1,876,335 | Jackson | RTF | 8 | 5/30/2023 | Q2 2023 |
| Telecare Mental Health Services of Oregon, Inc. (Rhone) | $1,574,593.22 | Multnomah | RTH | 5 | 9/1/2023 | Q3 2023 |
| Ohana Ventures New Wave RTH, LLC (New Wave) | $264,883.45 | Jackson | RTH | 5 | 9/30/2023 | Q3 2023 |
| The Shangri-La Corporation (Harlow House) | $935,271.36 | Lane | RTH | 5 | 12/30/2023 | Q4 2023 |
| Community Counseling Solutions (Aspen Springs) | $927,371 | Umatilla | SRTF | 6 | 2/29/2024 | Q1 2024 |
| New Narrative (Pacific St) | $2,141,195.82 | Multnomah | RTF | 11 | 4/30/2024 | Q2 2024 |
| Sequoia Mental Health Services, Inc. (Juniper) | $525,530.03 | Washington | RTH | 5 | 4/30/2024 | Q2 2024 |
| New Foundations, LLC (8th St) | $616,700 | Polk | RTH | 5 | 5/1/2024 | Q2 2024 |
| NIBBUS COMBINED CARE LLC (Bryson's House) | $879,900 | Jackson | RTH | 5 | 5/14/2024 | Q2 2024 |

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Sequoia Mental Health Services, Inc. (87th Ave) | $900,000 | Washington | RTH | 5 | 6/15/2024 | Q2 2024 |
| New Narrative (Mill St) | $2,178,392.34 | Multnomah | RTF | 11 | 6/30/2024 | Q2 2024 |
| Jackson House | $749,900 | Multnomah | SRTF | 14 | 9/1/2024 | Q3 2024 |
| The Shangri-La Corporation (Regency Dr) | $1,372,616 | Lane | RTH | 5 | 9/1/2024 | Q3 2024 |
| Ohana Ventures New Wave RTH, LLC (Sunrise Garden) | $864,000 | Jackson | RTH | 5 | 9/3/2024 | Q3 2024 |
| The Shangri-La Corporation (Macleay Rd) | $1,720,737.30 | Marion | RTH | 5 | 10/1/2024 | Q4 2024 |
| Marion County (Aspen) | $749,956 | Marion | RTH | 5 | 10/15/2024 | Q4 2024 |
| Marion County (Mistletoe) | $851,979.82 | Marion | RTH | 5 | 12/9/2024 | Q4 2024 |
| Ohana Ventures New Wave RTH, LLC (Aster Place) | $814,000 | Jackson | RTH | 5 | 2/10/2025 | Q1 2025 |
| ColumbiaCare Services, Inc. (Pine Ridge) | $1,103,221 | Lane | RTF | 7 | 4/14/2025 | Q2 2025 |
| Central City Concern | $6,000,000 | Multnomah | SUD RTF | 74 | 5/19/2025 | Q2 2025 |
| Cascadia Health (Treeline) | $2,395,000 | Multnomah | RTF | 10 | 8/1/2025 | Q3 2025 |

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Lane County (Bracole) | $323,712 | Lane | AFH | 5 | 9/1/2025 | Q3 2025 |
| Ohana Ventures New Wave RTH, LLC (Maple Court) | $864,000 | Jackson | RTH | 5 | 9/22/2025 | Q3 2025 |
| Community First Solutions LLC | $13,141,661 | Marion | SRTF | 16 | 10/15/2025 | Q4 2025 |
| Lincoln County Health and Human Services | $2,948,917 | Lincoln | SUD RTF | 16 | 10/27/2025 | Q4 2025 |
| Family Recovery, Inc (Milestones) | $1,100,000 | Benton | SUD RTF | 12 | 11/1/2025 | Q4 2025 |
| Washington County | $2,300,000 | Washington | SUD RTF | 48 | 11/17/2025 | Q4 2025 |
| Klamath Basin Behavioral Health | $1,847,255 | Klamath | RTF | 16 | 12/1/2025 | Q4 2025 |
| New Narrative | $1,615,593 | Multnomah | RTF | 11 | 1/12/2026 | Q1 2026 |
| Ohana Ventures New Wave RTH, LLC (Mountain View) | $864,000 | Jackson | RTH | 5 | 4/14/2026 | Q2 2026 |
| Coos County | $550,000 | Coos | RTH | 5 | 8/1/2026 | Q3 2026 |
| Cascadia Health (122nd Melody Court) | $2,410,000 | Multnomah | SRTF | 10 | 9/30/2026 | Q3 2026 |
| New Directions Northwest, Inc. | $1,500,000 | Baker | SUD RTF | 12 | 9/30/2026 | Q3 2026 |

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Lifeworks NW (Kendall House) | $300,000 | Washington | RTH | 5 | 9/30/2026 | Q3 2026 |
| Live. Grow. Share. LLC (Lotus) | $2,891,574 | Lane | RTF | 16 | 11/1/2026 | Q4 2026 |
| Community First Solutions LLC | $10,876,615 | Marion | SRTF | 16 | 11/1/2026 | Q4 2026 |
| OnTrack Inc (Phase 1) | $10,558,181 | Jackson | SUD RTF | 43 | 11/7/2026 | Q4 2026 |
| Sanctuary Agency, LLC | $293,677 | Marion | RTF | 9 | 11/20/2026 | Q4 2026 |
| CGCH II, Inc. (300) | $1,318,756 | Marion | RTF | 10 | 11/30/2026 | Q4 2026 |
| Addictions Recovery Center Inc. | $4,515,000 | Jackson | SUD RTF | 24 | 11/30/2026 | Q4 2026 |
| On Track (Phase 2) | $150,000 | Jackson | SUD RTF | 10 | 12/1/2026 | Q4 2026 |
| Shangri-La | $2,000,000 | Marion | RTH | 5 | 12/1/2026 | Q4 2026 |
| Deschutes County | $1,200,000 | Deschutes | AFH | 5 | 12/31/2026 | Q4 2026 |
| Transformations Wellness Center | $2,593,828 | Klamath | SUD RTF | 25 | 1/1/2027 | Q1 2027 |
| Transformations Wellness Center | $0 (included in award above) | Klamath | Withdrawal Management | 8 | 1/1/2027 | Q1 2027 |

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Elderly & Disabled Services, LLC | $400,000 | Washington | SRTF | 10 | 1/1/2027 | Q1 2027 |
| Columbia Community Mental Health | $4,400,000 | Columbia | Withdrawal Management | 10 | 1/2/2027 | Q1 2027 |
| Best Care Treatment Services, Inc. | $1,100,000 | Deschutes | Withdrawal Management | 9 | 1/15/2027 | Q1 2027 |
| BH-OR-OPCO MLK Center, LLC | $749,900 | Multnomah | SRTF | 16 | 1/31/2027 | Q1 2027 |
| Lane County | $1,374,697.26 | Lane | RTH | 5 | 2/1/2027 | Q1 2027 |
| Samaritan Health Services | $7,500,000 | Benton | Inpatient Psychiatric | 10 | 3/15/2027 | Q1 2027 |
| CGCH II, Inc. (301) | $2,201,962 | Marion | RTF | 10 | 3/31/2027 | Q1 2027 |
| Lifeworks NW (Fredrick House) | $1,200,000 | Washington | RTH | 5 | 3/31/2027 | Q1 2027 |
| New Narrative | $5,200,000 | Washington | RTF | 10 | 4/1/2027 | Q2 2027 |
| The Native American Rehabilitation Association of the Northwest, Inc. | $9,900,000 | Multnomah | SUD RTF | 58 | 5/31/2027 | Q2 2027 |
| Best Care Treatment Services, Inc. | $1,900,000 | Deschutes | SUD RTF | 16 | 7/31/2027 | Q3 2027 |

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Cameron Care | $2,508,796 | Multnomah | RTF | 16 | 8/30/2027 | Q3 2027 |
| Lifeways Inc. | $15,816,185 | Malheur | SRTF | 16 | 12/30/2027 | Q4 2027 |
| Lifeways Inc. | $0 (included in award above) | Malheur | SUD RTF | 36 | 12/30/2027 | Q4 2027 |
| On Track (Phase 3) | $5,520,000 | Jackson | SUD RTF | 15 | 12/30/2027 | Q4 2027 |
| On Track (Phase 3) | $0 (included in award above) | Jackson | Withdrawal Management | 6 | 12/30/2027 | Q4 2027 |
| Lifeways Inc. (Project Hope) | $0 (included in award above) | Malheur | Withdrawal Management | 6 | 12/30/2027 | Q4 2027 |
| Sequoia | $4,900,000 | Washington | SRTF | 12 | 2/15/2028 | Q1 2028 |
| Cascadia (Cleveland Commons) | $7,691,404 | Multnomah | SRTF | 16 | 3/31/2028 | Q1 2028 |
| Cascadia (Dekum Street) | $7,608,769 | Multnomah | SRTF | 16 | 3/31/2028 | Q1 2028 |
| Restorative BH Holdings, LLC | $3,830,134 | Multnomah | SRTF | 24 | 5/31/2028 | Q2 2028 |
| Restorative BH Holdings, LLC | $2,026,158 | Multnomah | RTF | 16 | 7/1/2028 | Q3 2028 |
| Restorative BH Holdings, LLC | $2,080,491 | Multnomah | RTF | 16 | 7/1/2028 | Q3 2028 |

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Restorative BH Holdings, LLC | $2,063,217 | Multnomah | RTF | 16 | 7/1/2028 | Q3 2028 |
| Mid-Columbia Center for Living | $4,500,000 | Wasco | SUD RTF | 24 | 8/1/2028 | Q3 2028 |
| Marion County (Silverton) | $1,476,829 | Marion | RTF | 16 | 12/30/2029 | Q4 2029 |
| Clackamas County (Clackamas County Recovery Campus) | $10,000,000 | Clackamas | SUD RTF | 24 | Fall 2028 | Q3 2028 |
| Clackamas County (Clackamas County Recovery Campus) | $0 (included in award above) | Clackamas | Withdrawal Management | 16 | Fall 2028 | Q3 2028 |
| Deschutes County | $1,650,000 | Deschutes | AFH | 5 | TBD | TBD |
| NiBBus | $1,565,500 | Coos | RTF | 16 | TBD | TBD |

# Licensed Capacity by Quarter




**TBD Licensed Capacity:** A total of 21 additional beds are associated with licensed projects; however, the occupancy date is still being determined by the organization. As such, licensed capacity with a TBD occupancy date is not reflected in the line chart above. **Total licensed capacity: 21 (TBD occupancy date) and 998 (confirmed occupancy date) is a total of 1019 licensed beds.**

# Licensed Capacity Projections: Q3 2026 Overview

| Organization | Capacity | Facility Type | County | Occupancy Date | Quarter |
|---|---|---|---|---|---|
| Coos County | 5 | RTH | Coos | 8/1/2026 | Q3 |
| Cascadia Health (122nd Melody Court) | 10 | SRTF | Multnomah | 9/30/2026 | Q3 |
| New Directions Northwest, Inc. | 12 | SUD RTF | Baker | 9/30/2026 | Q3 |
| Lifeworks NW (Kendall House) | 5 | RTH | Washington | 9/30/2026 | Q3 |
| **Total Q3 2026 Licensed Capacity** | **32** | | | | |

** Please note, this information is based on data from quarterly reports submitted by the organizations. As the next round of quarterly reports are received, it is possible these numbers and/or dates may shift based on project finalization and licensure.*

# Residential Net Capacity Summary

The following slides highlight the net capacity gains for 2023-2025 and capacity projections for 2026-2029. The behavioral health residential bed types include the following:

- **WM:** Withdrawal Management
- **SUD Res:** Substance Use Disorder Residential Treatment Facility
- **RTF:** Residential Treatment Facility
- **RTH:** Residential Treatment Home
- **SRTF:** Secure Residential Treatment Facility

Other terminology used in the visual displays include:

- **L&C:** Licensing and Certification
- **BHI:** Behavioral Health Investments
- **BHI New Capacity*:** New licensed residential capacity for the time frame identified, resulting from BHI grant funding
- **L&C New Capacity:** New licensed residential capacity for the time frame identified, resulting from direct applications to Licensing & Certification (not funded by BHI)
- **L&C Lost Capacity:** L&C residential closures for the time frame identified
- **Net Capacity:** Net number of beds (BHI New Capacity + L&C New Capacity – L&C Lost Capacity = Net Capacity for the time frame identified)

**Note: BHI has not lost capacity. Through 7/31/2026, BHI funded projects which received a grant of $250,000 or more have a Declaration of Restrictive Covenants (DRC), establishing a land use restriction for 20 years to support ongoing operations. As of 8/1/2026, all behavioral health capital investments have a tiered DRC approach based on award amount, which is outlined in OAR 309-037-0220.*

# 2023 Net Residential Capacity Gains Summary



# 2024 Net Residential Capacity Gains Summary



# 2025 Net Residential Capacity Gains Summary



# Net Residential Capacity Gains 2023 – 2025




| Facility Type | 2023 | 2024 | 2025 |
|---|---|---|---|
| SRTF | 8 | 12 | 18 |
| RTF/RTH | 27 | 63 | 151 |
| SUD Res | 2 | 46 | 307 |
| WM | 19 | 20 | 101 |
| Yearly Totals ⟶ | 56 | 141 | 577 |

# BHI Added Residential Capacity Projections 2026 – 2029 & TBD

| Facility Type | 2026 | 2027 | 2028 | 2029 | TBD |
|---|---|---|---|---|---|
| SRTF | 26 | 42 | 68 | 0 | 0 |
| RTF/RTH | 66 | 46 | 48 | 16 | 16 |
| SUD Res | 89 | 150 | 48 | 0 | 0 |
| WM | 0 | 39 | 16 | 0 | 0 |
| Yearly Totals ⟶ | 181 | 277 | 180 | 16 | 16 |



# Non-Licensed Housing Types

**Non-Licensed Housing Types:**

- Supportive Housing (SH)
- Transitional Housing (TH)
- Recovery Housing
- Re-Entry Program

The following slides outline the capacity by quarter for non-licensed housing types funded by BHI.

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Community Counseling Solutions | $1,114,201.04 | Umatilla | Supportive Housing | 7 | 11/1/2022 | Q4 2022 |
| Community Counseling Solutions | $1,044,555.95 | Umatilla | Transitional Housing | 12 | 2/1/2023 | Q1 2023 |
| Options | $500,000 | Josephine | Supportive Housing | 4 | 6/1/2023 | Q2 2023 |
| Multnomah County (VOA Recovery) | $778,540 | Multnomah | Recovery Home | 13 | 6/15/2023 | Q2 2023 |
| New Directions (Men's Home) | $268,715.99 | Baker | Recovery Home | 8 | 8/1/2023 | Q3 2023 |
| New Directions (Women's Home) | $411,416.61 | Baker | Recovery Home | 8 | 8/1/2023 | Q3 2023 |
| Mid Columbia Center for Living (Gloria Center) | $1,250,000 | Wasco | Supportive Housing | 15 | 10/1/2023 | Q4 2023 |
| Wallowa Valley | $1,109,467 | Wallowa | Transitional Housing | 11 | 1/30/2024 | Q1 2024 |
| Tillamook | $1,418,504.65 | Tillamook | Supportive Housing | 5 | 5/1/2024 | Q2 2024 |
| Wallowa Valley | $220,961.98 | Wallowa | Transitional Housing | 2 | 5/15/2024 | Q2 2024 |
| Clackamas County (Transcending Hope) | $950,862.70 | Clackamas | Recovery Home | 10 | 6/1/2024 | Q2 2024 |
| Multnomah County (Holistic Healing) | $734,086.79 | Multnomah | Transitional Housing | 12 | 6/1/2024 | Q2 2024 |

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Multnomah County (Miracles Club) | $217,370.75 | Multnomah | Recovery Home | 11 | 7/1/2024 | Q3 2024 |
| Iron Tribe Network | $750,000 | Multnomah | Recovery Home | 9 | 7/30/2024 | Q3 2024 |
| Iron Tribe Network | $750,000 | Columbia | Recovery Home | 6 | 8/15/2024 | Q3 2024 |
| Transcending Hope | $715,667 | Washington | Recovery Home | 9 | 9/1/2024 | Q3 2024 |
| Mid Columbia Center for Living (The Annex) | $690,000 | Wasco | Supportive Housing | 21 | 9/1/2024 | Q3 2024 |
| Multnomah County (Bridges to Change) | $202,645.62 | Multnomah | Recovery Home | 9 | 9/1/2024 | Q3 2024 |
| Symmetry | $472,525 | Harney | Supportive Housing | 4 | 9/1/2024 | Q3 2024 |
| 4D Recovery, Inc. | $700,000 | Multnomah | Recovery Home | 8 | 9/30/2024 | Q3 2024 |
| 4D Recovery, Inc. (True Colors Home) | $700,000 | Multnomah | Recovery Home | 6 | 9/30/2024 | Q3 2024 |
| Juntos NW, Inc. | $226,900 | Washington | Recovery Home | 6 | 9/30/2024 | Q3 2024 |
| Miracles Club MLK Limited Partnership | $500,000 | Multnomah | Recovery Home | 8 | 9/30/2024 | Q3 2024 |
| Miracles Club MLK Limited Partnership | $500,000 | Multnomah | Recovery Home | 8 | 9/30/2024 | Q3 2024 |

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Painted Horse Recovery, Inc. | $700,000 | Multnomah | Recovery Home | 6 | 9/30/2024 | Q3 2024 |
| Crossroads Communities | $2,700,000 | Linn | Supportive Housing | 9 | 9/30/2024 | Q3 2024 |
| Transcending Hope | $915,177 | Multnomah | Recovery Home | 40 | 10/1/2024 | Q4 2024 |
| Center for Hope & Safety | $1,200,000 | Marion | Supportive Housing | 4 | 10/30/2024 | Q4 2024 |
| The Lasko Refuge, LLC | $211,000 | Multnomah | Recovery Home | 12 | 10/31/2024 | Q4 2024 |
| Free on the Outside, Inc. | $720,000 | Clackamas | Recovery Home | 10 | 12/15/2024 | Q4 2024 |
| Tillamook Family Counseling Center, Inc. | $900,000 | Tillamook | Recovery Home | 11 | 12/15/2024 | Q4 2024 |
| Creating Housing Coalition | $1,600,000 | Linn | Supportive Housing | 8 | 12/15/2024 | Q4 2024 |
| New Directions | $369,181.28 | Baker | Recovery Home | 2 | 12/15/2024 | Q4 2024 |
| Iron Tribe Network | $650,000 | Marion | Recovery Home | 7 | 12/31/2024 | Q4 2024 |
| Miracles Club MLK Limited Partnership | $50,000 | Multnomah | Recovery Home | 6 | 1/15/2025 | Q1 2025 |
| Free on the Outside, Inc. | $750,000 | Washington | Recovery Home | 12 | 2/1/2025 | Q1 2025 |

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Community Counseling Solutions | $331,004.66 | Morrow | Transitional Housing | 3 | 2/17/2025 | Q1 2025 |
| Adapt (Douglas) | $2,953,467 | Douglas | Supportive Housing | 23 | 4/1/2025 | Q2 2025 |
| Community Counseling Solutions | $258,793.22 | Grant | Transitional Housing | 3 | 4/1/2025 | Q2 2025 |
| Free on the Outside, Inc. | $850,000 | Deschutes | Recovery Home | 14 | 4/1/2025 | Q2 2025 |
| Transcending Hope | $350,000 | Clackamas | Recovery Home | 10 | 4/1/2025 | Q2 2025 |
| Lifeways | $669,421.21 | Malheur | Supportive Housing | 5 | 5/27/2025 | Q2 2025 |
| Cascadia Health (Rosewood) | $750,000 | Multnomah | Transitional Housing | 5 | 6/30/2025 | Q2 2025 |
| Multnomah County (Iron Tribe Network) | $881,000 | Multnomah | Recovery Home | 7 | 6/30/2025 | Q2 2025 |
| Options | $2,065,782.38 | Josephine | Transitional Housing | 10 | 6/30/2025 | Q2 2025 |
| Adapt (Hammond House) | $709,340 | Curry | Supportive Housing | 4 | 7/1/2025 | Q3 2025 |
| Community Counseling Solutions | $235,680.31 | Morrow | Transitional Housing | 3 | 7/1/2025 | Q3 2025 |
| Community Counseling Solutions | $328,858.44 | Morrow | Transitional Housing | 3 | 7/1/2025 | Q3 2025 |

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Community Counseling Solutions | $331,599.61 | Gilliam | Transitional Housing | 4 | 7/1/2025 | Q3 2025 |
| Community Counseling Solutions | $324,032.41 | Umatilla | Transitional Housing | 3 | 8/1/2025 | Q3 2025 |
| Community Counseling Solutions | $344,879.58 | Wheeler | Transitional Housing | 4 | 8/1/2025 | Q3 2025 |
| Mid-Willamette Valley Community Action Agency, Inc. | $2,700,000 | Polk | Supportive Housing | 9 | 10/31/2025 | Q4 2025 |
| Jackson County (New Haven) | $316,000 | Jackson | Recovery Home | 7 | 1/1/2026 | Q1 2026 |
| Jackson County (Rogue Retreat) | $650,000 | Jackson | Transitional Housing | 8 | 1/1/2026 | Q1 2026 |
| Linn County | $2,500,000 | Linn | Supportive Housing | 8 | 2/1/2026 | Q1 2026 |
| Options | $457,272.25 | Josephine | Transitional Housing | 5 | 4/29/2026 | Q2 2026 |
| Clatsop Behavioral Healthcare | $2,700,000 | Clatsop | Supportive Housing | 9 | 4/30/2026 | Q2 2026 |
| Community Counseling Solutions | $215,108.75 | Grant | Transitional Housing | 2 | 5/1/2026 | Q2 2026 |
| Lincoln County Health & Human Services | $2,700,000 | Lincoln | Supportive Housing | 9 | 10/31/2026 | Q4 2026 |
| Best Care (Jefferson) | $3,021,010.34 | Jefferson | Supportive Housing | 10 | 11/15/2026 | Q4 2026 |
| New Foundations, LLC (Birch St) | $996,800 | Polk | Supportive Housing | 5 | 12/1/2026 | Q4 2026 |

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Yamhill County | $1,400,641.31 | Yamhill | Transitional Housing | 8 | 12/1/2026 | Q4 2026 |
| Outback Strong | $125,000 | Lake | Supportive Housing | 3 | 12/15/2026 | Q4 2026 |
| Housing Authority of Yamhill County | $2,400,000 | Yamhill | Supportive Housing | 10 | 12/31/2026 | Q4 2026 |
| Restoration House, Inc. | $1,489,088 | Clatsop | Supportive Housing | 10 | 12/31/2026 | Q4 2026 |
| Outback Strong | $751,295.86 | Lake | Supportive Housing | TBD | 12/31/2026 | Q4 2026 |
| Washington County | $2,500,000 | Washington | Supportive Housing | 16 | 12/31/2026 | Q4 2026 |
| Fora Health Treatment & Recovery (Fora Home) | $4,000,000 | Multnomah | Transitional Housing | 46 | 2/1/2027 | Q1 2027 |
| Adapt (Lucky Lane) | $996,660 | Curry | Supportive Housing | 4 | 4/1/2027 | Q1 2027 |
| Northwest Regional Re-Entry Center | $4,000,000 | Multnomah | Re-Entry Program | 20 | 5/1/2027 | Q2 2027 |
| Columbia Community Mental Health | $2,487,410.26 | Columbia | Transitional Housing | 16 | 6/1/2027 | Q2 2027 |
| Adapt Integrated Health Care | $2,700,000 | Curry | Supportive Housing | 9 | 6/30/2027 | Q2 2027 |

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Lane County (Laurel Hill Center) | $865,000 | Lane | Supportive Housing | 45 | 1/15/2028 | Q1 2028 |
| Clackamas County (Clackamas County Recovery Campus) | $0 (funding total included in award on Licensed Tab) | Clackamas | Transitional Housing | 36 | Fall 2028 | Q3 2028 |
| Clatsop Behavioral Healthcare | $78,924.99 | Clatsop | Supportive Housing | 2 | TBD | TBD |
| Community Counseling Solutions | $375,000 | Grant | Transitional Housing | 3 | TBD | TBD |
| Lifeways | $339,262 | Malheur | Transitional Housing | TBD | TBD | TBD |
| Transcending Hope | $304,333 | Washington | Recovery Home | TBD | TBD | TBD |

# Non-Licensed Capacity by Quarter




**TBD Non-Licensed Capacity:** A total of 5 additional beds/units are associated with non-licensed projects; however, the occupancy date is still being determined by the organization. As such, non-licensed capacity with a TBD occupancy date is not reflected in the line chart above. **Total non-licensed capacity: 5 (TBD occupancy date) and 735 (confirmed occupancy date) is a total of 740 non-licensed beds.**